UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARIAH RUTLEDGE

                                                          Case No. CV 07-04274 EMC

            Plaintiff(s),

v.


COUNTY OF SONOMA, et al


            Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.


Dated: November 30, 2007

                                 ----------------/s/-------------------------
                                 _____
                                 Signature

                                 Counsel for:
                                 ZACHARIAH RUTLEDGE

*Left margin (vertical):* United States District Court — For the Northern District of California