**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARIAH J. RUTLEDGE,                         Case No. C07-4274 EMC

      Plaintiff,

   v.                                                              **CLERK'S NOTICE**

COUNTY OF SONOMA, et al.,

      Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for December 19, 2007 at 1:30 p.m. is rescheduled for **January 23, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. An updated Joint Case Management Conference Statement shall be filed by **January 14, 2008**.

Dated: December 4, 2007                                  FOR THE COURT,
                                                       Richard W. Wieking, Clerk

                                       by: _____
                                               Betty Fong
                                               Courtroom Deputy