**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, | CASE NO.:  CV 07-04274 EMC |
| Plaintiff, | **WAIVER OF SERVICE OF SUMMONS** |
| vs. | **RE: MICHAEL POTTS** |
| COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, BEAU R. MARTIN, J. MICHAEL MULLINS, STEPHAN R. PASSALACQUA, GREG JACOBS, SONOMA COUNTY SHERIFF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 40. | |
| Defendants. | |



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5522
Facsimile:  (415) 703-5480
E-Mail:  John.Devine@doj.ca.gov

January 30, 2008

Editte Lerman, Esq.
Law Office of E.D. Lerman
45060 Ukiah Street
P. O. Box 802
Mendocino, CA 95460

RE:   *Zachariah Judson Rutledge v. County of Sonoma, et al.*
      <u>United States District Court, Northern District of California</u>
      <u>Case No. C 07-04274-EMC</u>

Dear Ms. Lerman:

Our office has received a copy of the First Amended Complaint for the above-referenced lawsuit.

We represent defendant Michael Potts, who has provided us authority to accept service of the summons and complaint on his behalf. Accordingly, pursuant to Federal Rules of Civil Procedure Rule 4(d), we waive service of the summons on him.

We will respond to the First Amended Complaint before 60 days have elapsed from January 14, 2008, which was the date of your waiver request.

In the interim, please provide us with any upcoming court dates that Magistrate Judge Chen might have previously set. Thank you.

Sincerely,

JOHN P. DEVINE
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

JPD:sfa