**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, | CASE NO.: CV 07-04274 EMC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, BEAU R. MARTIN, J. MICHAEL MULLINS, STEPHAN R. PASSALACQUA, GREG JACOBS, SONOMA COUNTY SHERIFF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 40. | |
| Defendants. | |

## DECLARATION OF SERVICE

I, Editte D. Lerman, declare as follows:

I am a resident of the State of California, residing or employed in Mendocino, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On February 1, 2008,

**SECOND AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS; INTENTIONAL/NEGLIGENT INFLICTION OF EMOTIONALDISTRESS; ASSAULT AND BATTERY; FALSE ARREST AND IMPRISONMENT;  UNLAWFUL SEARCH AND SEIZURE; SLANDER AND LIBEL; AND FOR DAMAGES UNDER THE CALIFORNIA UNRUH CIVIL RIGHTS ACT AND THE  CALIFORNIA TORT CLAIMS ACT**

was served upon the following parties by (Priority) First Class mail; postage was fully prepaid,  the envelope was sealed and delivered to the United States Postal Service in Mendocino County, California for said service and mailed for delivery:

Edmund G. Brown Jr.
Attorney General
John P. Devine
Deputy Attorney General
State of California
Department of Justice
455 Golden Gate Avenue Ste 11000
San Francisco, CA 94102-7004


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 22th day of February, 2008, at Mendocino, California.


----------------/s/----------------------
_____
Editte D. Lerman