1  Michael D. Senneff, Esq. (SB 039388)
   Bonnie A. Freeman, Esq. (SB 180502)
2  SENNEFF FREEMAN & BLUESTONE, LLP
   50 Old Courthouse Square, Suite 401
3  P.O. Box 3729
   Santa Rosa, CA 95402-3729
4  Telephone:  707-526-4250
   Facsimile:  707-526-0347
5
   Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and
6  Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs,
   Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin
7

8

9                           UNITED STATES DISTRICT COURT

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   ZACHARIAH JUDSON RUTLEDGE,            NO. CV 07-04274 CW
12
              Plaintiff,                 COUNTY DEFENDANTS' NOTICE OF MOTION
13                                       AND MOTION TO DISMISS SECOND
        v.                               AMENDED COMPLAINT
14                                       [FRCP Rule 12(b)(6)]
   COUNTY OF SONOMA, MICHAEL
15 POTTS, et al.,                        Date:  April 10, 2008
                                         Time:  2:00 p.m.
16            Defendants.                Ctrm:  2
                                    /
17

18
        TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD HEREIN:
19
        PLEASE TAKE NOTICE and notice is hereby given that on April 10, 2008, at 2:00 p.m. in the
20
   above entitled court, before the Hon. Claudia Wilken, defendants County of Sonoma (also sued as
21
   Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan
22
   Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick
23
   Casey, and Detective Beau M. Martin (collectively "County Defendants") will and hereby do move for
24
   dismissal of the Second Amended Complaint pursuant to Fed. Rules of Civ. Proc. Rule 12(b)(6). The
25
   motion is made on each of the following grounds:
26
        1.    The Second Cause of Action for violation of the California Constitution, Article I, as
27
              stated under Cal. Civil Code §§51 and 52 fails to state facts sufficient to constitute a cause
28

of action against the County defendants as a matter of law, as Civil Code §§51 and 52 (and the statutory remedies thereunder) do not provide for the relief sought.

2. The Third Cause of Action for intentional/negligent infliction of emotional distress, insofar as it seeks redress pursuant to Civil Code §§51 and 52, fails to state a cause of action as those statutes do not provide remedy for these common law tort claims.

3. The Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Twelfth, Thirteenth and Sixteenth Causes of Action (for various stated constitutional violations) fail to state facts sufficient to constitute separate causes of action against County defendants, as they are merely restatements of the First Cause of Action which adequately alleges violations of the constitutional rights provided under the First, Fourth, Fifth and Fourteenth Amendments.

4. The Tenth Cause of Action for defamation, slander and libel (defamation) fails to state facts sufficient to constitute a cause of action against defendant Christine Cook, as the plaintiff has failed to allege which, if any, of the statements alleged to have been made by defendant Cook were "untrue" or false, and thus has failed to set forth the necessary factual allegations to support a defamation claim.

5. As to the references in the Caption to "assault and battery" and to "excessive force" within the complaint (at ¶54), defendants move to strike such references and/or to dismiss any claim for excessive force and/or assault and battery, as the plaintiff has failed to allege any facts which, if true, would constitute a cause of action against the defendants for either claim.

6. As to defendant Beau Martin, the entire First Amended Complaint, which fails to state facts sufficient to constitute any cause of action against him.

//
//
//
//
//

1   This motion will be based upon this Notice of Motion, the supporting Memorandum of Points and
2   Authorities filed herewith, Request for Judicial Notice, and on such other and further matters as the Court
3   deems proper.

4

5   DATED:       February 29, 2008

SENNEFF FREEMAN & BLUESTONE, LLP

By: /s/ Michael D. Senneff
Michael D. Senneff
Bonnie A. Freeman
Attorneys for Defendants County of Sonoma, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin