1   Michael D. Senneff, Esq. (SB 039388)
    Bonnie A. Freeman, Esq. (SB 180502)
2   SENNEFF FREEMAN & BLUESTONE, LLP
    50 Old Courthouse Square, Suite 401
3   P.O. Box 3729
    Santa Rosa, CA 95402-3729
4   Telephone:    707-526-4250
    Facsimile:    707-526-0347
5
6   Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and
    Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs,
7   Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin

8

9                   UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
    ZACHARIAH JUDSON RUTLEDGE,            NO. CV 07-04274 CW
12
                    Plaintiff,           COUNTY DEFENDANTS' REQUEST FOR
13                                        JUDICIAL NOTICE IN SUPPORT OF MOTION
        v.                                TO DISMISS SECOND AMENDED
14                                        COMPLAINT
    COUNTY OF SONOMA, MICHAEL             [FRCP Rule 12(b)(6)]
15  POTTS, et al.,
                                          Date:   April 10, 2008
16                  Defendants.           Time:   2:00 p.m.
                                          Ctrm:   2
17  _____/

18

19          Pursuant to Fed. Rules of Evid. 201(b), (c) and (d), County defendants request the Court take

20  judicial notice of the following:

21  1.      The Criminal Docket for Superior Court of California, County of Sonoma, Case Number MCR

22          398506/SCR 32528– *People vs. Zachariah Judson Rutledge* (Complaint filed 5/8/02). A true

23          and correct copy of the docket is attached hereto as **Exhibit A.**

24  2.      The Criminal Docket for Superior Court of California, County of Sonoma, Case Number MCR

25          443363– *People vs. Zachariah Judson Rutledge* (Complaint filed 6/15/04). A true and correct

26          copy of the docket is attached hereto as **Exhibit B.**

27  3.      Order Denying Appeal from Denial of Motion to Dismiss of Zachariah Rutledge by Sonoma

28          County Superior Court Appellate Panel, a true and correct copy of which is attached hereto as

SENNEFF
FREEMAN
BLUESTONE

1     **Exhibit C**.

2  4.    Dockets from the California Appellate Courts, First Appellate District, in Case No. SCR 443363,

3        MCR 443363 and SCR 32528, *Rutledge v. Superior Court*, a true and correct copy of which is

4        attached hereto is **Exhibit D.**

5

6  DATED:     February 29, 2008

                      SENNEFF FREEMAN & BLUESTONE, LLP

                      By: _____

                      Michael D. Senneff
                      Bonnie A. Freeman
                      Attorneys for  Defendants County of Sonoma,
                      Stephan Passalacqua, J. Michael Mullins, Greg
                      Jacobs, Christine M. Cook, Russel L. Davidson,
                      James Patrick Casey, and Detective Beau M.
                      Martin

**EXHIBIT C**

FILED

JUN 22 2005

Clerk of the Superior Court of California
County of Sonoma
By
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

APPELLATE DIVISION

ZACHARIAH JUDSON RUTLEDGE,

        Petitioner,

       v.

SUPERIOR COURT OF THE STATE
OF CALIFORNIA, COUNTY OF SONOMA,

        Respondent,

PEOPLE OF THE STATE OF CALIFORNIA,

        Real Party in Interest.

No. SCV-236477
(No. MCR-443363)

**ORDER RE: PETITION FOR
WRIT OF PROHIBITION/
MANDATE, OR IN THE
ALTERNATIVE, WRIT OF
HABEAS CORPUS**

I

## STATEMENT OF FACTS AND PROCEDURAL HISTORY

    The court will limit its statement of facts and procedural history in this lengthy and somewhat convoluted proceeding to matters pertinent to the Petition.

    On May 6, 2002, petitioner Zachariah Judson Rutledge ("Rutledge") was charged with two counts of murder.

    On November 15, 2002, Rutledge was held to answer after a preliminary examination. At that hearing, State Criminalist, Michael Potts, gave detailed testimony regarding a paint transfer on a knife found at the crime scene which implicated Rutledge.

    On January 27, 2004, Mr. Potts wrote a letter to the District Attorney recanting as to significant aspects of his testimony. The District Attorney disclosed this letter to Rutledge's

1  attorney, who on March 8, 2004, filed a non-statutory 995 Motion to Dismiss the

2  Information based upon the disclosures made by Mr. Potts in his letter.  On April 14, 2004,

3  the trial court denied Rutledge's motion.

4        On May 17, 2004, Rutledge renewed his motion based upon an undated

5  memorandum from Michael Potts to Deputy District Attorney James Casey which

6  Rutledge's investigator had uncovered while conducting discovery in the files of another

7  expert employed by the people.  In this memorandum, Mr. Potts had advised Mr. Casey he

8  had not conducted an  "elemental" analysis on the paint on the knife and requested that

9  Mr. Casey contact him regarding such an analysis.  Mr. Potts also stated that he had only

10  furnished one-third of his bench notes to Mr. Casey and asked Mr. Casey if he wanted the

11  rest.

12        After reviewing this memorandum, Judge Raima Ballinger ordered a hearing which

13  was conducted on May 19, 2004.  At this hearing, Mr. Potts testified to the substance of his

14  memorandum and, in addition, that Mr. Casey knew Mr. Potts believed further testing was

15  needed, and that Mr. Casey advised Mr. Potts that he did not desire any additional bench

16  notes at the time of their discussion.  Mr.  Casey testified at the hearing that he did not

17  recall the memorandum from Mr. Potts, and that he did not recall Mr. Potts telling him he

18  wanted to do more testing.  At the conclusion of the hearing, Rutledge requested a new

19  preliminary hearing based on the false and misleading testimony by Mr. Potts.

20        On June 14, 2004, Judge Ballinger granted Rutledge's non-statutory motion to

21  dismiss, finding that the District Attorney had failed to disclose evidence favorable to the

22  defendant, and that considering this evidence there was a  reasonable probability that the

23  magistrate would not have found probable cause.  During the proceedings on Rutledge's

24  motion, Judge Ballinger specifically declined to find that the District Attorney had

25  intentionally withheld evidence.

26        On June 16, 2004, the people filed a new complaint against Rutledge based upon

27  the same charges contained in the initial complaint.  On November 8, 2004, Rutledge filed

28  a motion to dismiss  and a demurrer as to the new complaint.  On February 9, 2005, Judge

1  Wong denied the motion and overruled the demurrer.

2      Rutledge filed a writ in the Court of Appeal seeking review of Judge Wong's order

3  and dismissal of the new complaint. The Court of Appeal ruled that the petition should be

4  heard by the Appellate Division of the Superior Court. Real Party in Interest, The People of

5  the State of California, have responded by way of demurrer and answer to the petition.

6                                    II

7                                 ISSUES

8      A.      Does dismissal of an information pursuant to a non-statutory 995 motion bar

9  the refiling of a complaint?

10      B.      Should refiling of the complaint be barred because of outrageous misconduct

11  by the prosecution?

12      C.      Did Judge Wong improperly interfere with an order previously issued by

13  Judge Ballinger?

14                                   III

15                          STANDARD OF REVIEW

16      In ruling on the people's demurrer, the court must assume as true all material facts

17  properly plead, but may disregard conclusions of law and allegations contrary to facts of

18  which judicial notice may be taken. The court may also consider any other judicially

19  noticed facts as though plead in the petition. *Stanton v. Dumke* (1966) 64 Cal.2d 199, 201-

20  202, including portions of the record referenced in the petition (*Faulker v. California Toll*

21  *Bridge Authority* (1953) 40 Cal.2d 317, 329). If the petition does not state sufficient facts to

22  justify the relief requested, the demurrer should be granted. *Stor Media Inc. v. Superior*

23  *Court* (1999) 20 Cal.4th 449, 455.

24                                   IV

25                               DISCUSSION

26      A.    The People May Re-file a Complaint After Dismissal Pursuant to a Non-

27  Statutory 995 Motion

28      Rutledge argues that the complaint must be dismissed because there is no statutory

3

1  authority allowing the people to re-file after dismissal is granted pursuant to a non-statutory

2  995 motion.  This argument ignores the fact that a non-statutory 995 motion has been

3  created by case law, not statute, and the trial court has the discretion to fashion an

4  appropriate remedy for the violation which resulted in the granting of the motion.  *Stanton*

5  *v. Superior Court* (1987) 193 Cal.App.3d 265, 272.  Although Judge Ballinger did not

6  specifically address refiling by the people, it is clear from the record that both counsel and

7  Judge Ballinger recognized that her purpose in granting the motion was to allow Rutledge a

8  new preliminary hearing untainted by the people's failure to disclose evidence.  Thus, her

9  order necessarily implies refiling by the people.

10      Rutledge argues that refiling of the complaint is not authorized by section 1387 of

11  the Penal Code.  Section 1387 by its own terms applies to statutory 995 motions.  There is

12  no indication that it applies to non-statutory motions such as that at issue here.  The same

13  is true for Penal Code section 999.  Rutledge further argues that by allowing the people to

14  appeal an order of the dismissal, Penal Code section 1238(a)(8) precludes the refiling of

15  the complaint.  No such limitation is contained in the language of section 1238, and none

16  should be implied.

17      Judge Ballinger dismissed the original complaint because the prosecution failed to

18  disclose exculpatory evidence in violation of *Brady v. Maryland* (1963) 373 U.S. 83.  *Brady*

19  and its progeny do not support the proposition that dismissal based on such conduct by the

20  prosecution stands as a bar to future prosecution for the same offense.  Although we have

21  found no cases which address this issue in the context of a preliminary examination, the

22  remedy afforded in cases in which there has been determined to be a *Brady* violation at

23  trial, has been the granting of a new trial, not dismissal of the action in its entirety.  *People*

24  *v. Little* (1997) 59 Cal.App.4th 426, 435.  Judge Ballinger's ruling is consistent with *Little*.

25      B.    Outrageous Conduct as a Bar to Refiling of the Complaint

26      Rutledge argues that refiling of the complaint is barred because Judge Ballinger

27  dismissed the first complaint based on the misconduct of the District Attorney, citing *Boulas*

28  *v. Superior Court* (1986) 188 Cal.App.3d 422, 429, *Morrow v. Superior Court* (1994) 30

4

1  Cal.App 4th 1252, 1259, and *Barber v. Municipal Court* (1979) 24 Cal.3d 742.  These cases

2  stand for the proposition that when misconduct by the prosecution or other law

3  enforcement officials may be so outrageous as to warrant dismissal of the entire action.

4  To warrant this sanction, the misconduct must be flagrant and meet the shocks the

5  conscious standard of *Rochin v. California* (1952) 242 U.S. 165, 172.  *Boulas,* supra, at

6  429.  In *Boulas*, *Morrow* and *Barber*, the conduct found to be outrageous involved the

7  intentional interference with confidential communications between an attorney and his

8  client, intentional acts by police officers to induce defendant to fire his attorney, and

9  infiltration of attorney-client meetings by an undercover police officer.

10       In *People v. Garcia* (1993) 17 Cal.App.4th 1169, the court found that the

11  prosecution had withheld exculpatory evidence regarding a key expert witness who had

12  testified at trial and reversed Garcia's conviction on that basis.  The court recognized that

13  the allegations of "gross and intentional misconduct" by the prosecution might warrant

14  outright dismissal of the entire action, citing *Barber v. Municipal Court* (1979) 24 Cal.3d

15  742.  *Garcia*, supra, at 1180.  However, since the referee who had been assigned to

16  conduct a fact finding hearing as to the nature of the *Brady* violation had not found that the

17  prosecutor had intentionally withheld information,  the court dismissed the conviction and

18  remanded the case to the trial court for further proceedings.

19       Like the referee in *Garcia*, Judge Ballinger made no determination that the

20  prosecution intentionally withheld exculpatory evidence.  As a reviewing court, we cannot

21  substitute our evaluation of a witness's credibility for that of the trial judge.  *People v.*

22  *Barnes* (1986) 42 Cal.3d 284, 304.

23       The conduct in this case does not involve interference with the right to

24  representation.  There is no indication in the record that Judge Ballinger made any finding

25  of intentional prosecutorial misconduct with the attorney-client relationship even after

26  conducting an evidentiary hearing as to the nature of the *Brady* violation.  Discrepancies

27  between the testimony provided by Mr. Potts and Mr. Casey at the evidentiary hearing

28  were resolved by the trial judge who was in the position to assess the demeanor and

1  credibility of the witnesses.  The remedy afforded by Judge Ballinger gave Rutledge the

2  relief to which he is entitled, a preliminary examination untainted by *Brady* error.  (See

3  *People v. Little*, supra.)  Nothing in the record supports the allegation of outrageous

4  conduct which might require dismissal of the entire action.

5      C.  <u>Judge Wong Properly Reviewed Judge Ballinger's Order Dismissing the</u>

6  <u>Complaint</u>

7      Rutledge argues that Judge Wong acted improperly by attempting to interpret the

8  intent of Judge Ballinger, citing *Williams v. Superior Court* (1939) 14 Cal.2d 656, 662, and

9  *In re Kowalski* (1971) 21 Cal.App.3d 67, 71.  These cases stand for the proposition that

10  one judge may not enjoin, restrain or otherwise interfere with the previous judicial act of

11  another judge.  This doctrine has no application to Judge Wong's decision.  She was called

12  upon to rule on Rutledge's motion to dismiss the second complaint and in issuing her

13  order, she properly considered and relied upon Judge Ballinger's order which had

14  dismissed the first complaint, but did not bar relief.  She did not in any way attempt to

15  countermand or change the effect of that order, or to substitute her judgment for that of

16  Judge Ballinger's.

17                          V

18                   <u>DISPOSITION</u>

19      We sustain the people's demurrer without leave to amend and dismiss Rutledge's

20  Petition for Prohibition/Mandate or in the Alternative for Writ Habeas Corpus.

21  DATED: June  8 , 2005         PER CURIAM:

22

23                                _____

24                       RENE AUGUSTE CHOUTEAU
                 PRESIDING JUDGE, APPELLATE DIVISION

25                                _____

26                       ELAINE RUSHING
                 JUDGE OF THE SUPERIOR COURT

27                                _____

28                       GARY NADLER
                 JUDGE OF THE SUPERIOR COURT

## PROOF OF SERVICE

I, the undersigned, say:

I am an employee of the Superior Court of Sonoma County; my business address is 600 Administration Drive, Santa Rosa, California, 95403; I am not a party to the matter or action mentioned in the attached document; and I am over the age of 18 years.

I am readily familiar with the practice of the Superior Court of Sonoma County for collection and processing of correspondence for mailing with the United States Postal Service; and that on the date executed, I placed a copy of the attached document (Decision) in separate envelopes addressed respectively as set forth below and (except as otherwise indicated), placed them for collection and mailing at Santa Rosa, California, first class, postage fully prepaid, following ordinary business practices.

Christine Cook, Deputy District Attorney
Sonoma County District Attorney's Office
Hall of Justice, Room 212-J
(via intra-office courier)

J. David Nick, Esq.
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133

Hon. Cerena Wong
Hall of Justice, Room 203-J
(via intra-office courier)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Rosa, California, on _____ JUN 2 2 2005 _____

_____
Cindy Gaddie
Judicial Assistant

**EXHIBIT D**



# CALIFORNIA APPELLATE COURTS
### Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## Search Results - 1st Appellate District

Change court

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.**

### Search by Case Party

Last Name or Organization: rutledge
First Name: zachariah

<< Search screen
1 - 4 of 4 Records Found.

Click on the case number for more information about a case.

| Court of Appeal Case Number | Trial Court Case Number | Case Caption |
|---|---|---|
| A114287 | SCR443363 | Rutledge v. Superior Court County of Sonoma |
| A112868 | SCR32528 | Rutledge v. he Superior Court, Sonoma County et al. |
| A110632 | MCR443363 | Rutledge v. The Superior Court, Sonoma County et al. |
| A109622 | MCR443363 | Rutledge v. Superior Court Sonoma et al. |

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

## 1st Appellate District

Change court

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.**

Court data last updated: 02/01/2008 03:05 PM



**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

**Rutledge v. Superior Court Sonoma et al.**
**Division 1**
**Case Number A109622**

| Date | Description | Notes |
|------|-------------|-------|
| 03/24/2005 | Filed petition for writ of: | mandate/pro & stay; |
| 03/24/2005 | Exhibits lodged. | twelve volumes; (refiled in A110632 on 7-1-05) |
| 03/24/2005 | Filed declaration of: | counsel re: exhibit 19; |
| 03/25/2005 | Order denying petition filed. | The underlying criminal action is at the pre-preliminary hearing stage. Therefore, this petition should have been presented to the superior court appellate division instead of this Court. (Cite.) The petition for writ of mandate/prohibition or habeas corpus, and the request for immediate stay are denied, without prejudice to petitioner seeking relief in the appellate division of the Sonoma County Superior Court. (JJM,DES) |
| 03/25/2005 | Case complete. | |
| 07/01/2005 | Note: | copy of order filed in A110632 filed in this case |
| 03/10/2006 | Shipped to state retention center, box # / list #: | L220 |

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California



# CALIFORNIA APPELLATE COURTS
case information

Welcome
Search
E-mail
Calendar
Help
Opinions

## 1st Appellate District

Change court

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.**

Court data last updated: 02/01/2008 03:05 PM

<u>Case Summary</u>    <u>Docket</u>    <u>Scheduled Actions</u>    <u>Briefs</u>
<u>Disposition</u>    <u>Parties and Attorneys</u>    <u>Trial Court</u>



home

# Docket (Register of Actions)

**Rutledge v. The Superior Court, Sonoma County et al.**
**Division 1**
**Case Number <u>A110632</u>**

| Date | Description | Notes |
|---|---|---|
| 06/30/2005 | Filed petition for writ of: | Prohibition/Mandate and request for stay; |
| 06/30/2005 | Exhibits lodged. | 2-vols (2 vols. refiled in A112868 on 2/8/06 per court order) |
| 06/30/2005 | Request filed to: | for judicial notice. |
| 07/01/2005 | Order filed. | Petitioner's request that the Court take judicial notice of the exhibits lodged in case number A109622 (Rutledge v. Superior Court) ...is granted. Case number A109622 having been denied without prejudice, on the Court's own motion, Exhibit Volumes I-XII from that case are ordered refiled in this proceeding. On or before 4 pm, 7-19-05, RPI may serve and file opposition, if any, to the petition. The opposition may be in letter format with an original plus four copies. The date for filing any reply brief will be set after filing of the opposition....(Palma notice). |
| 07/01/2005 | Exhibits lodged. | 12 exhibit volumes refiled from A109622 (12 vols. of exhibits refiled in A112868 on 2/8/06 per court order) |
| 07/01/2005 | Record in box. | |
| 07/12/2005 | Requested - extension of time. | eot 30 days to 8/18/05 to file oppo |
| 07/13/2005 | Granted - extension of time. | to 8/18/05 to file oppo |

| 08/11/2005 | Opposition filed. | |
|------------|-------------------|---|
| 08/11/2005 | Letter sent to: | counsel; dated 8/11; reply to opposition, if any, due by 4pm on 8/25; (sent by SER) |
| 08/25/2005 | Reply filed to: | opposition; by petitioner Rutledge |
| 08/31/2005 | Order denying petition filed. | the petition for writ of mandate/prohibition & the request for stay are denied |
| 08/31/2005 | Case complete. | |
| 09/09/2005 | Petition for review in Supreme Court received. | from petitioner |
| 09/09/2005 | Record transmitted to Supreme Court. | |
| 10/12/2005 | Petition for review denied in Supreme Court. | |
| 01/25/2006 | Record returned from Supreme Court. | |
| 03/10/2006 | Shipped to state retention center, box # / list #: | L220 |

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
Case Information

Welcome
Search
E-mail
Calendar
Help
Opinions

## 1st Appellate District

Change court

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.**

Court data last updated: 02/01/2008 03:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court



## Docket (Register of Actions)

**Rutledge v. he Superior Court, Sonoma County et al.**
**Division 1**
**Case Number A112868**

| Date | Description | Notes |
|---|---|---|
| 02/06/2006 | Filed petition for writ of: | Prohibition/Mandate; |
| 02/06/2006 | Exhibits lodged. | 14 vols. (originally filed under A109622 & A110632) |
| 02/06/2006 | Request for judicial notice filed. | |
| 02/08/2006 | Order denying petition filed. | Petitioner's request that the Court take judicial notice of the exhibits filed in case A110632 is granted. Exhibit vols. I-XIV from that case are ordered refiled in this proceeding. Petitioner's request that the Court take judicial notice of the exhibits filed in case A109622 is denied, the exhibits vols. previously filed in that case were refiled in case number A110632 by prior order of this court and by this order will be refiled in this case. Petitioner is hereby place on notice that he is responsible for providing an adequate record in conjunction with a petition for extraordinary writ and that future motions for judicial notice unaccompanied by copies of the subject documents will be denied. The petition for writ of prohibition/mandate is denied. Order filed in A109622 & A110632. |
| 02/08/2006 | Record in box. | (1) |
| 02/08/2006 | Case complete. | |
| | Shipped to state retention | L239 |

| 10/30/2006 | center, box # / list #: | |
|---|---|---|

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California

## CALIFORNIA APPELLATE COURTS
### Case Information

| | |
|---|---|
| Welcome | **1st Appellate District**         Change court |
| Search | |
| E-mail | **Attention: 1st District Court of Appeal database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.** |
| Calendar | |
| Help | Court data last updated: 02/01/2008 03:05 PM |
| Opinions | |



home

**Case Summary**    **Docket**    **Scheduled Actions**    **Briefs**
**Disposition**    **Parties and Attorneys**    **Trial Court**

# Docket (Register of Actions)

**Rutledge v. Superior Court County of Sonoma**
**Division 1**
**Case Number A114287**

| Date | Description | Notes |
|---|---|---|
| 06/28/2006 | Filed petition for writ of: | Petition for Writ of Mandate and Request for Stay |
| 06/28/2006 | Exhibits lodged. | 2 volumes exhibits |
| 06/29/2006 | Order filed. | On or before 10:00 a.m., Friday, June 30, 2006, petitioner shall personally serve a copy of the petition and exhibits on the Attorney General and on the Public Defender of the County of Sonoma and file proof thereof in this Court. The request for an immediate stay of the order granting the request of the County of Sonoma to appoint the Public Defender is deferred. On or before 10:00 a.m., Monday, July 10, 2006 the Attorney General and the County of Sonoma shall serve and file opposition, if any, to the petition. On or before 10:00 a.m., Monday, July 10, 2006, the Public Defender may serve and file a brief in support of or in opposition to the petition. The filing of any reply brief will be set upon further order of the Court. (Cal. Rules of Court, rule 56(g)(3) and (4).) All parties are hereby placed on notice that the Court may choose to act by issuing its peremptory writ in the first instance. (Palma v. U.S. Industrial Fasteners, Inc. (1984) 36 Cal.3d 717, 177-180.) |
| 06/29/2006 | Filed proof of service. | amended; of petition & exhbits upon AG (SF office) and Sonoma County Public Defender |
| 07/07/2006 | Opposition filed. | 10am; from AG |
| 07/10/2006 | Opposition filed. | 10am; from County of Sonoma |
| 07/12/2006 | Order filed. | Pending resolution of the petition on file herein, and |

subject to further order of this Court, the May 19, 2006 order appointing the public defender to represent Zachariah Judson Rutledge in People v. Rutledge (Sonoma County Superior Court No. SCR 443363) is stayed... The July 3, 2006 declaration of John R. Abrahams and the July 7, 2006 declaration of Jeffrey L. Berk (included in the county's opposition to the petition) were not presented to respondent, superior court. This Court declines to consider them. (Peterson v. Superior Court (1995) 10 Cal.4th 1185, 1200, fn. 9.)... For the following reasons, the superior court erred when, on the motion of the County of Sonoma, it appointed the public defender to represent petitioner Rutledge in People v. Rutledge:... 1) The assignment of, and the determination of reasonable compensation for, court-appointed counsel are the responsibility of the superior court. (Pen. Code, " 987, 987.05, 987.3.)... 2) The superior court failed to make inquiry into and findings regarding defendant/petitioner's claim that the public defender has a conflict of interest in this case. (See People v. Cox (2003) 30 Cal.4th 916, 949-950 and cases cited therein.)... 3) The superior court failed to ascertain whether the public defender is available to try this no time waiver case, on the date set for trial. (Pen. Code, ' 987.05; Williams v. Superior Court (1996) 46 Cal.App.4th 320, 329-332.)...4) If the public defender has a conflict of interest, or is otherwise unable to try the case on the date set for trial, the superior court "[i]n the interest of justice . . . may depart from that portion of the procedure requiring appointment of a county-contracted attorney after making a finding of good cause and stating the reasons therefor on the record." (Pen. Code, ' 987.2, subd. (d).)... Therefore, let an alternative writ of mandate issue, commanding respondent, County of Sonoma Superior Court, to set aside its May 19, 2006 order appointing the public defender in People v. Rutledge, and to instead hold a hearing to consider the appointment of counsel for the defendant according to law and any relevant evidence. The county through its county counsel shall not participate in said hearing... The alternative writ is to be issued, served and filed on or before July 14, 2006, and shall be deemed served when certified copies are mailed by the Clerk of this Court to all parties and to respondent superior court.... Petitiioner shall: (1) Confirm that respondent superior court has filed this order and the alternative writ. (2) On or before 4:00 p.m., July 31, 2006, inform this Court in writing whether the superior court has held a hearing in compliance with the alternative writ, and serve and file any new orders.... If respondent complies with the alternative writ, by vacating the appointment of the public defender and holding a hearing as directed, this Court will promptly discharge the writ, dissolve the stay, and summarily deny the petition as moot... Otherwise, a written return to the alternative writ shall be served and filed on or before 4:00 p.m., August 3, 2006, and the matter will be heard before Division One

| | | of this Court when it is ordered on calendar. |
|---|---|---|
| 07/12/2006 | Issued alternative writ. | Per order filed 7/12/06. |
| 07/26/2006 | Filed letter from: | petitioner's counsel dated 7/21; copy of 7/20/06 minute order and order attached. |
| 07/27/2006 | Petition summarily denied by order. | On July 20, 2006, the superior court complied with this Court's July 12, 2006 alternative writ of mandate. Therefore, said writ is discharged. The stay previously imposed is dissolved, and the petition on file herein is summarily denied as moot. This order is final as to this Court immediately. |
| 07/27/2006 | Case complete. | |
| 01/15/2008 | Shipped to state retention center, box # / list #: | L257 |

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California

**EXHIBIT A**

```
SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA  swilliam Page    1
MCR-398506                    CRIMINAL DOCKET          Printed  9/28/2007   11:32
```

Docket of
```
DE 1    RUTLEDGE, ZACHARIAH JUDSON                    Offense Date: 10/23/1998
DOB 01/25/1976 DLN CA A9920344                           DA #: DAR-443724
```

   Filed Charges
```
   F PC 187(a)  2 Counts Held to Answe      F PC 459 Held to Answer
   F PC 187(a)  2 Counts Dismissed          F PC 459 Dismissed
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT           Agency #: SCY-98102411
Box Number: 113147                                       DA Location: LSTMG
===============================================================================
```

```
05/08/2002 DE 1
    DECLARATION IN SUPPORT OF WARRANT OF ARREST FILED
    WARRANT #5262370 SIGNED AND ISSUED IN THE AMOUNT OF $1,000,000
    COMPLAINT FILED
    F PC 187(a) 2 Counts               F PC 459
    ADDED TO CALENDAR BY JAIL - 05/10/2002 at 8:30am M13, WARRANT IN
       CUSTODYS
```

```
05/09/2002 DE 1
    RECEIVED PEOPLE'S REQUEST RE: BAIL
```

```
05/10/2002 DE 1
    ORDER ON MEDIA REQUEST TO PERMIT COVERAGE
    MEDIA REQUEST  TO PHOTOGRAPH, RECORD OR BROADCAST FILED
    PEOPLE'S REQUEST RE: BAIL FILED
    PEOPLE FILE INVENTORY OF DOCUMENTS
```

```
05/10/2002 DE 1    Courtroom Minutes of Department M13
```

```
    HON: Dean A. Beaupre  DDA: JAMES PATRICK CASEY   REP: MARIA HANNAN   CLK: BW
    Defendant present in custody
    Counsel Steve Weiss, Public Defender, appearing
    Public Defender Appointed
    Defendant handed copy of complaint
    Discovery provided
    Warrant #5262370 Recalled
    NO BAIL
    People request no bail
    Defendant informed of Right to Counsel
    Case Referred to Probation Department for RPO
    Re: Release on Own Recognizance or Bail Reduction
    CONTINUED TO - 05/15/2002 at 8:30am M13, RPO/BAIL REDUCTION,
       ARRAIGNMENT, PLEA
```

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

05/15/2002 DE 1     Courtroom Minutes of Department M13

    HON: C. WONG  DDA: JAMES PATRICK CASEY  REP: Sandra L. Carranza  CLK: CM
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    NO BAIL
    Bail report filed
    CONTINUED TO - 06/06/2002 at 8:30am S2, PLEA, TO SET

05/23/2002 DE 1
    ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FILED
    MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST FILED

06/06/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JCP  REP: B L Peterson  CLK: VL
    Defendant present in custody
    Counsel A Thomas, Public Defender, appearing
    Defendant stipulates to due and proper arraignment
    Waives reading of complaint
    Defendant pleads Not Guilty to count I PC 187(a)
    Defendant pleads Not Guilty to count II PC 187(a)
    Defendant pleads Not Guilty to count III PC 459
    Defendant Waived Time for Preliminary Hearing, including 10 day
    rule
    Defendant Waived Time for Preliminary Hearing, including 60 day
    rule
    CONTINUED TO - 07/11/2002 at 8:30am S2, TO SET

07/11/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: KATHLEEN A. KNOTTS  REP: LYNN ANDERSON  CLK: VL
    Defendant present in custody
    Counsel A Thomas, Public Defender, appearing
    Defendant Waived Time for Preliminary Hearing, including 10 day
    rule
    Defendant Waived Time for Preliminary Hearing, including 60 day
    rule
    Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
    Time estimate-2-3 days

07/11/2002 DE 1
    INVENTORY OF TRANSCRIPTIONS FILED WITH THE COURT

10/22/2002 DE 1
    CONTINUED TO - 10/23/2002 at 8:30am S2, TO SET, COMPEL

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page 3

10/23/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: LYNN ANDERSON  CLK: VL
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
    Time estimate for prelim: 2-3 days
    Motion to Compel Discovery Set - 10/30/2002 at 8:30am S2, MOTION,
      COMPEL, DISCOVERY

10/23/2002 DE 1
    MOTION TO COMPEL DISCOVERY
    ORDER FOR TEMPORARY REMOVAL OF PRISONER DRE ALLEN BUETOW AND HIS
    PRODUCTION AS A WITNESS FILED
    DECLARATION IN SUPPORT OF ORDER FOR TEMPORARY REMOVAL OF PRISONER
    DRE ALLEN BUETOW AND HIS PRODUCTION AS A WINTNESS FILED

10/28/2002 DE 1
    PEOPLE'S REPLY TO DEFENDANT'S MOTION TO DISCOVERY

10/30/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: LYNN ANDERSON  CLK: VL
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
    time estimate 2-3 days
    Motion for Discovery is discussed and ruled upon the various matters
      as placed on the record in open Court.

11/13/2002 DE 1
    WITNESS LISTS FILED

11/14/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: MARIA HANNAN  CLK: BW
    Judge has file
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Defendant agrees to waive right to have continual prelim
    Preliminary Hearing called at 10:30 a.m.
    Cause heard at 10:30 a.m.
    Defense calls for declaration and exclusion of People's witnesses
    People call for declaration and exclusion of Defense witnesses
    Defense advises Court Tom Johnson will be present at Defense counsel
    table as Defense Investigator.
    Court excuses all witnesses from open courtroom.
    People call Sergeant Russell Davidson, Sonoma County S.O., sworn

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 4

11/14/2002 DE 1    Courtroom Minutes of Department S2    (continued)
and testified at 10:35 a.m.
People's exhibit 1, marked for identification: large black and
white map diagram
People's exhibit 2, marked for identification: very large board
with 10 color photos (DA label A)
Stipulation stated on the record
People's exhibit 3, marked for identification: very large board
with color photos (DA label E)
People's exhibit 4, marked for identification: very large board
with color photos (DA label B)
People's exhibit 5, marked for identification: very large board
with color photos (DA label F)
People's exhibit 6, marked for identification: very large board
with color photos (DA label C)
People's exhibit 7, marked for identification: medium size board
with 4 color photos (DA label C-A)_
People's exhibit 8, marked for identification: very large board
with color photos (DA label F-A)
Cross examination by defense at 11:21 a.m.
Redirect 11:33 a.m.
Witness identifies Defendant(s).
Recross examination by Mr. Thomas at 11:39 a.m.
At 11:56 a.m. Court declares noon recess.
At 1:42 p.m. Court reconvenes with all parties and defendant present
Court reporter change to Susan Standish.
Witness Sgt. Russell Davidson resumes witness stand, having been
previously sworn and still under oath.
People state on the record several stipulations for the purposes
of this prelim hearing.
Court is adjourned at 2:10 p.m.
People's exhibit 9, marked for identification: white long bow with
brown leather sheath and knife
At 2:05 p.m. Court interrupts proceedings to take a plea on another
matter.
At 2:10 p.m. Court resums this matter.  All parties present.
Recross examination at 2:10 p.m. by Mr. Thomas.
Witness excused at 2:30 p.m.
People call Charles Augustine Marcum, Jr. sworn and testifies at
2:31 p.m.
Cross examination at 2:36 p.m. by Mr. Thomas.
Redirect at 3:02 p.m.
Witness excused at 3:03 p.m.
Recess: 3:03 p.m.
Reconvene: 3:20 p.m.; All Parties present
People call Deborah Ann Becker, sworn and testified at 3:21 p.m.
Witness identifies Defendant(s).
Cross examination at 3:31 p.m.

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA                    Page 5

11/14/2002 DE 1    Courtroom Minutes of Department S2    (continued)
Witness steps down at 3:53 p.m.
People call Otto Meyer, sworn and testified at 3:54 p.m.
Cross examination by defense at 4:03 p.m.
Witness steps down at 4:06 p.m.
People call William McMahon, sworn and testified at 4:06 p.m.
Witness identifies Defendant(s).
People's exhibit 10, marked for identification: white long box
with rifle inside
People's exhibit 11, marked for identification: very large board
with color photos (DA label D)
Cross examination by defense at 4:18 p.m.
Redirect at 4:23 p.m.
Witness steps down
People call Greg Adair, sworn and testified at 4:23 p.m.
Witness identifies Defendant(s).
Cross examination at 4:30 p.m. by defense
Witness steps down
People call Spencer Tomosvary, sworn and testified at 4:37 p.m.
Witness identifies Defendant(s).
Cross examination at 4:42 p.m.
Witness steps down
Defendant waives right for continual prelim hearing for 11/15/2002.
Preliminary Examination set - 11/15/2002 at 10:00am S2, PRELIMINARY
At 4:46 p.m. court stands adjourned.

11/15/2002 DE 1    Courtroom Minutes of Department S2

HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY   REP: S STANDISH   CLK: VL
Defendant present in custody
Counsel A. Thomas, Public Defender, appearing
Preliminary Examination held
At 1:33pm, Court reconvenes. Counsel present. Defendant present.
Cross examination James L. Lewis, Jr., heretofore sworn, resumes
the stand and further testifies.
Witness steps down
Sergeant Russell Davidson, heretofore sworn, resumes the stand and
further testifies.
Witness steps down
People call Michael L. Potts, sworn and testified.
Stipulation announced.
Cross examination
Witness steps down
People call Brad Burke, sworn and testified.
Witness steps down
People call John Douglas Yount, sworn and testified.
Stipulation announced.
Courtroom Clerk change to Brenda Wesson.

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 6

11/15/2002 DE 1     Courtroom Minutes of Department S2    (continued)
    Cross examination
    Recess: 2:55pm
    Reconvene: 3:08pm
    People call Dre Allen Buetow, sworn and testifies at 3:09pm
    Witness identifies Defendant(s).
    Cross examination
    Witness steps down
    People recall Sgt. Russell Davidson at 3:15pm.
    Witness steps down
    People's exhibit(s) 1-15 moved into evidence.
    No objections by defense.
    People rest
    Defense argues
    Submitted
    Defendant Held to Answer to count I PC 187(a) as charged
    Enhancement to count I PC 12022.53(d) held to answer
    Enhancement to count I PC 190.2(a)(3) held to answer
    Enhancement to count I PC 190.2(a)(15) held to answer
    Enhancement to count I PC 12022.5(b)(2) held to answer
    Defendant Held to Answer to count II PC 187(a) as charged
    Enhancement to count II PC 12022.53(d) held to answer
    Enhancement to count II PC 190.2(a)(3) held to answer
    Enhancement to count II PC 190.2(a)(15) held to answer
    Enhancement to count II PC 12022.5(b)(2) held to answer
    Defendant Held to Answer to count III PC 459 as charged
    Enhancement to count III PC 12022.5(b)(2) held to answer
    Information to be filed in Superior Court by - 11/26/2002 at 8:30am
      S2, INFORMATION TO BE FILED
    Bail status remains the same; $0 - NO BAIL
    All People's Exhibits withdrawn and remain with DA for safekeeping.
    Transcript by: 11/24/2002
    Reporter: Susan Standish

11/18/2002 DE 1
    PERTINENT PAPERS DELIVERED TO COUNTY CLERK; RECEIPT FILED #SCR-32528

11/21/2002 DE 1
    CRIMINAL HEARING - 11/26/2002 at 8:30am S2, INFORMATION TO BE FILED
    BAIL INVESTIGATION RPT
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED NOV. 15, 2002
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED NOV. 14, 2002

11/25/2002 DE 1
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 7

11/26/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: R KOOP  CLK: VL
    Defendant present in custody
    Counsel Ande Thomas, Public Defender, appearing
    INFORMATION FILED
    F PC 187(a) 2 Counts                F PC 459
    Defendant stipulates to due and proper arraignment
    Defendant waives reading of information
    Defendant pleads Not Guilty to count I PC 187(a)
    Defendant pleads Not Guilty to count II PC 187(a)
    Defendant pleads Not Guilty to count III PC 459
    Enhancements/Allegations denied
    Fingerprint form filed
    Defendant waives time to 1-7-2003 plus 75 days
    CONTINUED TO - 01/07/2003 at 8:30am S2, TO SET

12/16/2002 DE 1
    ORDER

01/07/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.DALE  DDA: JAMES PATRICK CASEY  REP: B L Peterson  CLK: LA
    Defendant present in custody
    Counsel B Kinnison obo A Thomas, Public Defender, appearing
    Defendant waives time to 1-28-2003 plus 75 days
    CONTINUED TO - 01/28/2003 at 8:30am S2, TO SET

01/28/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Larry J. Scoufos  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Public Defender Relieved
    Counsel J David Nick appearing
    Counsel appearing generally
    Public Defender Fee Incurred filed.
    Defendant waives time to 2/18/2003 plus 60 days
    CONTINUED TO - 02/18/2003 at 8:30am S2, TO SET

02/18/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Counsel J David Nick appearing
    Defendant waives time to 4-2-2003 plus 60 days
    CONTINUED TO - 04/02/2003 at 8:30am S2, TO SET

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA            Page 8

04/02/2003 DE 1      Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    No file
    Defendant present in custody
    Counsel J David Nick appearing
    People's response due 05/14/2003
    Defendant waives time to 05/29/2003 plus 60 days
    995 PC Motion Set - 05/29/2003 at 2:30pm S2, 995PC TO DISMISS
    Time estimate for motion: 2 hours

04/25/2003 DE 1      Courtroom Minutes of Department S2

    HON: R.BALLINGER  REP: C A Martinez  CLK: LA
    no file
    In camera hearing held
    Confidential motion held and ruled upon
    995 Motion Set - 05/29/2003 at 2:30pm S2, 995PC TO DISMISS
    Confidential motion granted
    Court reporter ordered transcript of in camera hearing sealed.

05/14/2003 DE 1
    PEOPLE'S OPPOSITIONT O DEFENDANT'S MOTION TO DISMISS INFORMATION
    PURSUANT TO PENAL CODE 995 AND CALIFORNIA COMMON LAW FILED
    PROOF OF SERVICE BY MAIL

05/27/2003 DE 1
    Defendant's Reply to Opposition to Motion to Dismiss Filed

05/29/2003 DE 1      Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    At 3:05 pm motion held
    Counsel Nick presents Motion to Dismiss
    Defendant waives time to 06/19/2003 plus 60 days
    Further 995 Motion Set - 06/19/2003 at 2:30pm S2, 995PC TO DISMISS

06/19/2003 DE 1      Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: MB
    DA: C Cook
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives time to 07/17/2003 plus 60 days
    Exhibits withdrawn

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 9

06/19/2003 DE 1    Courtroom Minutes of Department S2    (continued)
    Discovery motion to be filed by 07/07/2003
    995 PC Motion Held
    995 PC Motion Denied
    Discovery Motion Set - 07/17/2003 at 2:30pm S2, DISCOVERY MOTION

07/07/2003 DE 1
    NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FILED

07/17/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: E POPOVICH  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Stipulation between counsel Nick and Assistant DA G Jacobs re:
    transfer of custody of case evidence filed.
    Defendant waives time to 07/31/2003 plus 60 days
    Hearing Held
    Time estimate 8-12 weeks
    CONTINUED TO - 07/31/2003 at 2:30pm S2, FURTHER PROCEEDINGS

07/31/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: R KOOP  CLK: LA
    No File
    Defendant present in custody
    Defense Counsel J. Nick not present M. Linscheid specially
    appearing
    Amended stip between Attorney Nick and Ada Greg Jacobs re: Transfer
    of custody case evid.
    Defendant waives time to 01-19-2004 plus 60 days
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
        CONFIRMATION
    CONTINUED TO - 09/25/2003 at 2:30pm S2, COMPLIANCE

08/13/2003 DE 1
    CONTINUED TO - 08/14/2003 at 2:30pm S2, FURTHER PROCEEDINGS, AT
    JUDGE'S REQUEST

08/14/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick not present, E Vizzi appearing
    Mr. Jackson present and addresses the Court
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 10

08/14/2003 DE 1     Courtroom Minutes of Department S2    (continued)
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION
    CONTINUED TO - 08/21/2003 at 2:30pm S2, FURTHER PROCEEDINGS

08/21/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J. Nick not present, Counsel M Linscheid, specially
    CONTINUED TO - 09/25/2003 at 2:30pm S2, COMPLIANCE
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION

09/25/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION

11/13/2003 DE 1
    STIPULATION BETW ATTY J. DAVID NICK & ASST D.A. GREGORY JAC
    OBS RE: TRANSFER OF CUSTODY OF CASE EVIDENCE FILED

11/20/2003 DE 1
    NOTICE OF MOTION AND MOTION TO DISMISS INFORMATION FOR FAILURE OF
    THE PROSECUTION TO DIVULGE MATERIAL EXCULPATORY EVIDENCE PRIOR
    TO THE PRELIMINARY EXAMINATION FILED
    CONTINUED TO - 12/11/2003 at 2:30pm S2, MOTION, CONTINUE
    TABLE OF EXHIBITS IN SUPPORT OF DEFENDANTS MOTION TO DISMISS
    INFORMATION FOR FAILURE OF THE PROSECUTION TO DIVULGE MATERIAL
    EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY EXAMINATION FILED
    DECLARATION OF MICHAEL LINSCHEID IN SUPPORT OF DEFENDANTS MOTION TO
    DISMISS INFORMATION FOR FAILURE OF THE PROSECUTION TO DIVULGE
    MATERIAL EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY EXAMINATION
    FILED

11/24/2003 DE 1
    NOTICE OF MOTION AND MOTION COMPEL DISCOVERY FILED

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 11

12/05/2003 DE 1
    PEOPLES OPPOSITION TO DEFENDANTS MOTION TO DISMISS INFORMATION FOR
    FAILURE TO DIVULGE EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY
    EXAMINATION FILED
    PEOPLES OPPOSITION TO DEFENDANTS MOTION TO COMPEL DISCOVERY FILED
    REQUEST FOR INFORMAL DISCOVERY FILED

12/09/2003 DE 1
    Defendant's Reply to People's Opposition to Def's Motion to
    Dismiss Information Filed

12/11/2003 DE 1
    Memo of Ps and As in Support of Certificate of Materiality
    for Transfer of Federal Inmate Brady Lee Gatewood Filed

12/11/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: KLK
    No file; Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Case heard 2:40 p.m.
    Motion to compel discovery addressed
    Defense files supplemental memorandum of points and authorities in
    support of defendant's motion to dismiss for failure of prosecutor
    to divulge material exculpatory evidence prior to preliminary
    hearing
    Defense argues
    Recess: 3:36 p.m.
    Reconvene: 3:55 p.m.; All Parties present
    People respond
    Recess: 4:04 p.m.
    Reconvene: 4:10 p.m.; All Parties present
    Defense files memorandum of points and authorities in support of
    materiality for transfer of federal inmate Brady Gatewood from FCI
    Sheridan to Sonoma County for testifying at trial
    CONTINUED TO - 12/22/2003 at 11:00am S2, RULING, DISCOVERY
        COMPLIANCE

12/11/2003 DE 1
    Defendant's Supplemental Ps and As in Support of Motion to
    Dismiss Information Filed

12/19/2003 DE 1
    DROPPED FROM CALENDAR - 12/22/2003 at 11:00am S2

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 12

12/24/2003 DE 1
    Certificate of Materiality for The Transfer of Federal Inma
    te Brady Lee Gatewood Filed

01/06/2004 DE 1
    NOTICE OF PEOPLES MOTION TO CONTINUE FILED
    POINTS AND AUTHORITIES IN SUPPORT OF PEOPLES MOTION TO CONTINUE
    FILED
    DECLARATION IN SUPPORT OF PEOPLES MOTION TO CONTINUE FILED

01/07/2004 DE 1
    SUPPLEMENTAL DECLARATION IN SUPPORT OF PEOPLES MOTION TO CONTINUE
    FILED

01/09/2004 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    DA: C. Cook
    Judge has the file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Reported in chambers side bar hed, defendant waives his app for said
      hearing
    Court finds good cause for cont.
    Jury Trial Set - 02/26/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 02/13/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION
    Vacated - 01/20/2004 at 9:30am S2
    995 PC Motion Granted
    995 PC Motion Denied
    1050 PC Motion Granted
    People's 1050 PC Motion Denied

02/10/2004 DE 1
    CONTINUED TO - 02/23/2004 at 8:30am 2, TO SET, TO QUASH, AT
      ATTORNEY'S REQUEST

02/13/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.DALE  DDA: Greg J. Jacobs  REP: A MERTLE  CLK: KLK
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Court orders Counsel not to take other trials.
    Pretrial Conference Held
    Readiness Conference Set - 02/20/2004 at 10:00am 2, READINESS
      CONFERENCE
    DROPPED FROM CALENDAR - 02/23/2004 at 8:30am 2

SCR-32528       SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 13

02/20/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C J Hamilton  CLK: LA
    Judge has file
    DA: /G. Jacobs
    Court orders DA not accept any other trials pending this matter
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Def. waives uninterrupted jury, specifically 3-15-2004 - 3-19-2004
    Defendant waives time to 4-1-2004
    Jury Trial Set - 03/08/2004 at 9:30am 2, JURY TRIAL
    Readiness Conference Held
    Vacated - 02/26/2004 at 9:30am 2

02/23/2004 DE 1
    CONTINUED TO - 02/23/2004 at 8:30am 2, FURTHER PROCEEDINGS

02/23/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C J Hamilton  CLK: LA
    Defendant present in custody
    Defense Counsel J. Nick appearing
    P. Gallagher present, addresses the Court
    matter DROPPED from calendar
    CONTINUED TO - 03/08/2004 at 9:30am 2, JURY TRIAL

03/02/2004 DE 1
    Media Request and Order Thereon Filed

03/08/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: PJS
    Jury Trial 1st DAY
    DA also Greg Jacobs
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    People's Proposed Witness List filed
    People's Trial Brief filed
    The following motions are filed by Mr. Nick:
    Notice of Motion & Motion In Limine to Exclude Scientific Evidence
    To Wit: Paint Identification & Random Match Probability Evidence
    & Demand for "Kelly-Frye" Hearing
    Notice of Motion & Motion To Dismiss Information In Light Of
    Recently Discovered Misrepresentations Made By Senior Criminalist
    Michael Potts Of The California Department of Justice At The
    Preliminary Examination
    Defendant's Motion In Limine To Dismiss Because Of Denial Of Right
    To Due Process Under The Constitutions Of The United States &

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 14

03/08/2004 DE 1    Courtroom Minutes of Department 2    (continued)
California Based Upon Preacussation Delay
Defendant's Motion In Limine To Exclude Any Mention Of Any Alleged
Fight Between Defendant And Victim Jason Blore As A Motive For
Either Of The Murders In The Present Case
Defendant's Motion In Limine To Exclude Admission Of A Symbol That
Was Carved Above A Door In A Cabin Owned By Defendant's Parents
Pursuant To Evidence Code 403 & 352
Defendant's Motion In Limine To Exclude Statements Made By Defendant
At Santa Rosa Junior College, In the Police Vehicle, Or At The
Sonoma County Sheriff's Department After Having Been Subjected To A
Custodial Interrogation & After Having Invoked His Right To Counsel
Defendant's Motion In Limine To Exclude Any Reference To A
Polygraph Examination
Defendant's Motion In Limine To Exclude Any Reference To A
March 29, 2002, Annoying Phone Call Placed By Defendant To
Occidental Leather Pursuant to Evidence Code 1101(b) & Evidence
Code 352
Defendant's Motion In Limine To Exclude Circumstances Surrounding
An April 3, 2002 Incident Pursuant To Evidence Code 1101(b)
Defendant's Motion In Limine To Exclude Admission Of Defendant's
Prior Bad Acts Pursuant To Evidence Code 1101(b)
Defendant's Motion In Limine To Instruct The Prosecution to Advise
All Witnesses Of The Orders Of The Court Following In Limine
Motions
Defendant's Motion In Limine To Exclude Statements Made By Defendant
To Any In-Custody Informant As Such Statements Were Obtained From
Defendant In Violation Of His Sixth Amendment Right To Counsel
Defendant's Motion In Limine For An Order Sealing Defendant's
Mental Health Records, And For An Order Excluding The Prosecution
From Arguing Or Eliciting Testimony Concerning Defendant's Mental
Health As Set Forth In His Mental Health Records
Defendant's Motion In Limine To Exclude The Knife Found At The
Crime Scene
Defendant's Motion In Limine To Exclude The Prosecution From
Referencing The Weapon As An "Assault" Rifle
Defendant's Motion In Limine to Exclude Any Writings By Defendant
Or Any Reference Thereto
Defendant's Motion In Limine To Exclude Any Mention Of Defendant's
Homosexuality, The Homosexuality Of The Victims, Or Defendant's
Alleged Hatred Of Homosexuals As A Motive For Either Of The
Murders In The Present Case
Defendant's Motion In Limine To Exclude Conviction & Circumstances
Surrounding Defendant's Prior Arrest For Possession Of Sawed Off
Shotgun Pursuant To Evidence Code 1101(b)

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 15

03/08/2004 DE 1      Courtroom Minutes of Department 2    (continued)
    Defendant's Motion In Limine to Exclude Photographs & Videotapes Of
    Victims Pursuant To Penal Code 352
    Jury Trial Set - 03/10/2004 at 1:30pm 2, JURY TRIAL, CONTINUE

03/10/2004 DE 1
    DROPPED FROM CALENDAR PER JUDGE BALLINGER - 03/10/2004 at 1:30pm 2
    CONTINUED TO - 03/12/2004 at 1:30pm 2, MOTION IN LIMINE, AT JUDGE'S
    REQUEST

03/12/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 2nd DAY
    District Attoreny Greg Jacobs also present
    Defendant present in custody
    Defense Counsel J. Nick appearing
    Court orders mental health records not be released to anyone pending
    further Court order
    People's exhibit 1, marked for identification:  copy of release
    signed by defendant
    People's exhibit 2, marked for identification:  copy of letter
    Specialist P. Dietz MD is not to discuss records with anyone
    CONTINUED TO - 03/26/2004 at 1:30pm 2, MOTION

03/18/2004 DE 1
    APP & AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE
    WITNESS IN FEDERAL CUSTODY: BRADY GATEWOOD FILE
    WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE WITNESS IN FEDERAL
    CUSTODY: BRADY GATEWOOD FILED
    CERTIFICATE OF COURT CLERK FILED

03/23/2004 DE 1
    PEOPLES RESPONSE TO DEFENDANTS NOTICE OF MOTION AND MOTION IN
    LIMINE TO EXCLUDE SCIENTIFIC EVIDENCE TO WIT: PAINT IDENTIFICATION
    AND
    RANDOM MATCH PROBABILITY EVIDENCE AND DEMAND FOR "KELLY" HEARING
    FILED
    People's Opposition to Defendant's Motion in Limine to Excl
    ude Defendant's Statements Made to Police Filed
    People's Supplemental Attachment to Previously Filed Trial
    Brief: People's Offer of Proof By Park Dietz, MD, PhD Filed
    People's Opposition to Defendant's Motion in Limine to
    Exclude Symbol in Defendant's Home Filed
    People's Opposition to Defendant's Motion to Dismiss Info.
    for Failure to Divulge Exculpatory Evidence Filed
    People's Partial Non-Opposition to Defendant's Motion
    Re: Mental Health Records Filed

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 16

03/23/2004 DE 1                                          (continued)
    People's Opposition to Defendant's Motion in Limine To
    Dismiss for Preaccusation Delay Filed
    People's Opposition to Defendant's Motion in Limine to
    Exclude the Knife Found at the Crime Scene Filed
    People's Opposition to Defendant's Motion in Limine to Excl
    ude any Mention of Defendant's Homosexuality, etc. Filed
    People's Opposition to Defendant's Motion in Limine to
    Exclude Photographs and Videotapes of Victims Filed
    People's Response to Defendant's Motion in Limine to Exclud
    e Admission of Defendant's Prior Bad Acts Filed
    People's Opposition to Defendant's Motion in Limine to Excl
    ude Mention of Alleged Fight Bet. Def and Jason Blore Filed

03/25/2004 DE 1
    DROPPED FROM CALENDAR - 03/26/2004 at 1:30pm 2
    CONTINUED TO - 04/02/2004 at 10:00am 2, MOTION
    SUBPOENAED RECDS FR SO CO MADF REC'D IN CABINET

03/29/2004 DE 1
    Defendant's Resp to People's Trial Brief re: Objec to Admis
    of Prior Shotgun Possession Conviction etc. Filed
    Defendant's Response to People's Trial Brief re: Defense
    Opposition to Use of Psychiatric Profile Evidence etc Filed

04/02/2004 DE 1
    Defense Response to DA's Trial Brief re: Defendant's Opp to
    Intro of Evidence to Prove Motive of Defendant FILED

04/02/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 3rd DAY
    District Attorney Greg Jacobs also present
    Defendant present in custody
    Defense Counsel J. Nick appearing
    Motion to Dismiss for Pre Arrest Delay is argued
    Defendant waives his right to be present at crime scene
    Defendant waives his right to Court Reporter at crime scene
    Court's prior order re: mental health records remains in effect
    CONTINUED TO - 04/06/2004 at 10:00am 2, JURY TRIAL
    Reconvene: At 4:37 p.m. Court is adjourned; All Parties present
    CONTINUED TO - 04/05/2004 at 10:00am 2, JURY TRIAL

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 17

04/05/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 4th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. David Nick appearing
Deputy District Attorney Christine Cook also appearing for People
402 hearing held RE: Preaccusation Delay
Further Points on Preaccusation Delay filed
People call Detective Russell L. Davidson, sworn and testified.
Witness steps down
402 Hearing convened re; Mental Health Records
Defendant waives any confidentiality issues relating to Mental
Health reports
Defense calls Deputy Public Defender Ande Thomas, sworn and
testified
Defendant waives any irregularities re: Court exhibit 1a and 2a
People's exhibit #1A, marked for identification:  COPY Of
Dedendant's waiver re: mental health records
People's exhibit 2a, marked for identification:  copy of letter
from Public Defender to District Attorney
Witness steps down
Witness ordered to appear on 4/7/04 at 10:00 Dept. 2 if his files
indicate any new information
Recess: 11:36 a.m. for regularly scheduled noon break
Reconvene: 1:44 p.m.; All Parties present
Court reporter Susan Standish replaces Court Reporter C. Martinez
Detective Russell Davidson retakes the stand and further testifies
Court's exhibit(s) 3, marked for identification:  copy of yellow
pages from phone book for 1999
Recess: 3:12 P.M.
Reconvene: 3:31 P.M.; All Parties present
At 4:47 p.m. Court is adjourned
CONTINUED TO - 04/06/2004 at 10:00am 2, JURY TRIAL
People's Brief Concerning Motive Evidence filed

04/06/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: R L Whitney  CLK: LA
JURY TRIAL 5th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. David Nick appearing
At 10:28 a.m. Court convenes.
Defense calls Detective Russell Davidson, previously sworn, retakes
the stand and further testifeis.
Cross examination

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 18

04/06/2004 DE 1    Courtroom Minutes of Department 2    (continued)
    Court's exhibit 4, marked for identification:  17 page document
    including copy of arrest warrant
    Redirect
    Witness excused
    Defense call Detective Bradford Burke, sworn and testified.
    Defense Supplemental Memo Of Points And Authorities In Support Of
    Motion In Limine To Dismiss Due To Denial Of Right To Due Process
    Under Constitution Of United State Of America Based Upon Preaccus-
    ation Delay filed
    At 11:54 a.m. Court declares regularly scheduled break
    Reconvene: 2:25 p.m.; All Parties present
    Detective Bradford Burke retakes the stand and further testifies
    Cross examination
    Redirect
    Witness excused, subject to recall
    At 3:25 p.m. Court declared brief break
    Reconvene: 3:40 p.m.; All Parties present
    Defense calls Chris Reynolds, sworn and testified
    Cross examination
    CONTINUED TO - 04/07/2004 at 10:00am 2, JURY TRIAL
    Witness steps down
    At 5:05 p.m. Court is adjourned

04/07/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Craig T Brooks  REP: C A Martinez  CLK: LA
    JURY TRIAL 6th DAY
    Defendant present in custody
    Deputy District Attorney Christine Cook also appearing
    Defense Counsel J. David Nick appearing
    At 10;34 a.m. Court convenes, All parties are present.
    Detective Russell retakes the stand and further testifies.
    Cross examination
    Witness steps down
    Counsel stipulate the Mr. Nick first appeared on this case on
    1/23/04
    Counsel stipulate that DAR number was assigned on 4/29/02
    Defense calls Martin Marovich, sworn and testified
    Cross examination
    Witness steps down
    Defense calls Richard Marovich, sworn and testified
    Cross examination
    Redirect
    Recross
    Witness excused
    At 11:25 a.m. Court declares regularly scheduled noon break
    Reconvene: 1:36 p.m.; All Parties present

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 19

04/07/2004 DE 1    Courtroom Minutes of Department 2    (continued)
People call Detective Russell Davidson, sworn and testified on
behalf of the People
Cross examination
Witness steps down
People call Phil Abrams Deputy District Attorney, sworn and
testified on behalf of the People
Cross examination
Witness steps down
People call Larry Scoful, Deputy District Attorney, sworn and
testified on behalf of the People
People's exhibit 5, marked for identification:  copy of desk top
calendar
At 3:13 p.m. Court declares a brief recess
At 3:35 p.m. Court reconvenes, all parties are present
People call James Casey Deputy District Attorney, sworn and
testified on behalf of the People
Cross examination
CONTINUED TO - 04/12/2004 at 10:00am 2, JURY TRIAL
Witness steps down
At 4:32 p.m. Court is adjourned

04/12/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 7th DAY
District Attorney Grege Jacobs also present
Defendant present in custody
Defense Counsel J. David Nick appearing
Legal discussions are held re: Dismissal
At 11:25 a.m. Court is adjourned.
CONTINUED TO - 04/13/2004 at 10:00am 2, JURY TRIAL

04/13/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 8th Day
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. D.Nick appearing
Counsel Christine Cook also present
At 11:05 a.m. Court convenes
Legal discussions held re: Cont. 995 Motion
CONTINUED TO - 04/14/2004 at 10:30am 2, JURY TRIAL
Defendant and Counsel Nick waive their presence during Court
viewing evidence presented at Preliminary Exam

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 20

04/14/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 9th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. D. Nick appearing
Deputy District Attorney C. Cook present
At 10:38 a.m. Court convenes
Counsel J. Nick addresses the Court
Court makes the following RULING:
995 Motion is DENIED over objection of Defense
Court GRANTS Motion For Return Of Mental Health Records
Court orders that District Attorney return to Counsel Nick all
Mental Health records.  Court further orders that the Distict Attny
Sign a Statement Under Penalty Of Perjury that all original mental
health records and all copies have been returned to defense Counsel
At 10:57 a.m. Court declares a brief break
At 11:39 a.m. Court reconvenes - All parties are present
Court will allow blood splatter analysis video
At 11:42 a.m. Court declares regularly scheduled lunch break
Court's exhibit(s) 6, marked for identification:  16X20 photo of
Mr. Blore's head
Court's exhibit(s) 7, marked for identification:  16X20" photo of
Mr. Blore's right chest
Court's exhibit(s) 8, marked for identification:  16X20" photo of
Mr. Blore's chest close up
Court's exhibit(s) 9, marked for identification:  16X20" photo of
livingroom
Court's exhibit(s) 10, marked for identification:  16X20" photo of
wall above Mr. Blore
Court's exhibit(s) 11, marked for identification:  16X20" photo of
Mr. Grahlmann
Court's exhibit(s) 12, marked for identification:  16X20" photo of
Mr. Grahlmann with evidence tag
Court's exhibit(s) 13, marked for identification:  16X20" photo of
Mr. Grahlmann from behind
Court's exhibit(s) 14, marked for identification:  16X20" photo of
Mr. Grhalmann's from a distance
Court's exhibit(s) 15, marked for identification:  16X20" photo of
Mr. Grahlmann from behind/side
Court's exhibit(s) 16, marked for identification:  16X20" photo of
Mr. Grahlmann's head outside
Court's exhibit(s) 17, marked for identification:  16X20" photo of
Mr. Grahlmann's hands bagged
Court's exhibit(s) 18, marked for identification:  16X20" photo of
Mr. Blore's arm
Court's exhibit(s) 19, marked for identification:  3X5" photo of

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 21

04/14/2004 DE 1    Courtroom Minutes of Department 2    (continued)
Mr. Blore's autopsy chest/arm
Court's exhibit(s) 20: 3X5" photo of Mr. Grahlmann's autopsy head,
marked for identification:
Court's exhibit(s) 21, marked for identification:  3X5" photo of
Mr. Blore's torso with shirt
Court's exhibit(s) 22, marked for identification:  16X20" photo of
Mr. Grahlmann's autopsy
Court's exhibit(s) 23, marked for identification:  16X20" photo of
Mr. Grahlmann's ear
Court's exhibit(s) 24, marked for identification:  16X20" photo of
Mr. Blore's arm
Courts  exhibit(s) 25, marked for identification:  16X20" photo of
Mr. Blore alive
Courts  exhibit(s) 26, marked for identification:  16X20" photo of
Mr. Blore alive
Courts  exhibit(s) 27, marked for identification:  16x20" photo of
Mr. Grahlmann alive
Courts  exhibit(s) 28, marked for identification:  16X20" photo of
Mr. Blore behind computer
Courts  exhibit(s) 29, marked for identification:  16X20" photo of
Mr. Blore behind computer from his feet
Courts  exhibit(s) 30, marked for identification:  16x20" photo of
telephone
Courts  exhibit(s) 31, marked for identification:  3X5" photo of
Mr. Grahlmann's head/ear
Courts  exhibit(s) 32, marked for identification:  3X5" photo of
Mr. Grhalmann's head/chin
Courts  exhibit(s) 33, marked for identification:  3x5" photo of
Mr. Blore with telephone
Reconvene: 1:40 p.m.; All Parties present
Testimony resumes re: Preaccusation Delay
Defense calls Thomas Lynch, sworn and testified
Cross examination
Witness excused
Court's exhibit(s) 34, marked for identification:  1 page copy of
telephone records
People's exhibit #34  received into evidence.
Defense calls Otto G. Meyer, sworn and testified
Side bar conference is held
Cross examination
Redirect
Witness excused
Counsel stipulate to custody status and location of Dre Buetow from
3/1/00 to 8/31/00.
Counsel stipulate Mr. Buetow arrived on 2/28/00 from Nebraska on a
on No Bail warrant
Defense exhibit(s) #35, marked for identification:  yellow and

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 22

04/14/2004 DE 1     Courtroom Minutes of Department 2     (continued)
    white pages from phone book of 9/17/99
    At 2:27 p.m. Court declares a brief break
    Reconvene: 2:37; All Parties present
    Counsel stipulate that Court's exhibits #7, 8, 9, 10, 11, 12, 13,
    14, 15, 16, 17, 18, 19, 20, 21, and 33 may be introduced into evid-
    ence
    At 3:27 p.m. Court declares a brief break
    Reconvene: 3:51 p.m.; All Parties present
    Courts  exhibit(s) 36, marked for identification:  3X4" photo of
    Mr. Blore behind computer
    Courts exhibit #29 is withdrawn
    People call Detective Russell Davidson, sworn and testified.
    Cross examination
    CONTINUED TO - 04/16/2004 at 10:00am 2, JURY TRIAL
    At 4:38 Court is adjourned for the day.

04/16/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 10th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    At 10:42 a.m. Court convenes
    District Attorney Greg Jacobs also present.
    The Court makes the following RULING:
    Court denies the People using Court's exhibit #25
    Court's exhibit #26 will be modified, picture will be cropped
    Court's exhibit #27 will be modified, picture will be cropped
    Court's exhibit #36 will be used in lieu of Court's exhibit #29
    People call Detective Russell Davidson, sworn and testified.
    Court's  exhibit #37, marked for identification:  VHS tape case
    Court's  exhibit #37A, marked for identification:  VHS tape
    Court's  exhibit #37b, marked for identification:  transcript of
    taped interview #37A
    Court's  exhibit #38, marked for identification:  1 page
    transcript of taped interview
    Court's  exhibit(s) #37, #37A, #37B, #38 received into evidence.
    Cross examination
    Redirect
    Witness is excused
    CONTINUED TO - 04/19/2004 at 9:30am 2, JURY TRIAL
    At 11:35 a.m. Court is adjourned

04/19/2004 DE 1
    CONTINUED TO - 04/19/2004 at 10:00am 2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 23

04/19/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 11th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 10:25 a.m. Court convenes.
Side bar conference is held
Defense argues
People respond
At 11:44 a.m. Court declares regularly scheduled noon break
Reconvene: 1:53 p.m.; All Parties present
402 Hearing re: Preaccusation Delay cont.
Defense calls Sgt. Bradford Burke, sworn and testified
Cross examination
Redirect
Witness steps down
People argue
At 3:02 p.m. Court declares a brief recess
Reconvene: 3:17 p.m.; All Parties present
People's argument cont.
At 4:07 p.m. Court declares a brief recess
Reconvene: 3:24 p.m. All parties present
Defense responds
At 4:39 p.m.Court goes off the bench briefly
CONTINUED TO - 09/20/2004 at 10:00am 2, JURY TRIAL
At 4:42 p.m. Court is adjourned
DROPPED FROM CALENDAR - 09/20/2004 at 10:00am 2
CONTINUED TO - 04/20/2004 at 10:00am 2, JURY TRIAL

04/20/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: CDC  REP: C A Martinez  CLK: LA
JURY TRIAL 12th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 11:03 a.m. Court convenes
Counsel J. David Nick argues Discovery Issue
At 12:00 p.m. Court declares regularly scheduled noon recess
Reconvene: 1:38 p.m.; All Parties present
Counsel Greg Jacobs responds
Court orders all members of the District Attorney and Sheriff's
Department who worked on this case to meet prior to Friday
Defense calls Detective Russell Davidson, sworn and testified.
Cross examination
Counsel argues Preaccusatory Delay

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 24

04/20/2004 DE 1    Courtroom Minutes of Department 2    (continued)
    At 2:55 p.m. Court declares a brief break
    Reconvene: 3:25 p.m.; All Parties present
    CONTINUED TO - 04/21/2004 at 10:00am 2, JURY TRIAL
    Court adjourns at 4:03 p.m.

04/21/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 13th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 10:35 a.m. Court convenes
    Court's exhibit(s) #39, marked for identification:  18 page
    document
    Counsel Cook addresses the Court
    Court's exhibit(s) #40, marked for identification:  summary of
    powerpoint
    Counsel Jacobs addresses the Court
    Defense responds
    At 11:58 a.m. Court declares regularly scheduled noon recess
    Reconvene: 1:37 p.m.; All Parties present
    Court makes the following RULING: there will be no reference to
    "assault rifle".
    Counsel argue Motion to exclude knife
    Counsel Nick responds
    At 3:05 p.m. Court declares a brief recess
    Reconvene: 3:20 p.m. All parties are present
    Counsel Nick continues response
    Counsel Cook responds
    CONTINUED TO - 04/26/2004 at 10:00am 2, JURY TRIAL

04/23/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Brian Staebell  REP: C A Martinez  CLK: LA
    IN CHAMBERS
    Defendant not present in custody
    Defense Counsel J. David Nick not present
    DROPPED FROM CALENDAR - 04/26/2004 at 10:00am 2
    CONTINUED TO - 04/27/2004 at 10:00am 2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 25

04/27/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    Defendant not present
    Defense Counsel J. David Nick, not present
    CONTINUED TO - 04/28/2004 at 10:00am 2, JURY TRIAL

04/28/2004 DE 1
    DROPPED FROM CALENDAR - 04/19/2004 at 9:30am 2

04/28/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 14th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 1:41 p.m. Court convenes
    Argument continues re: Third Party Culpability
    At 2:18 p.m. Court declares a break
    Reconvene: 3:48 p.m.; All Parties present
    Court makes the following RULING:
    As to Voluntariness Motion To Suppress is DENIED, defendant was
    not in custody at the time
    As to Pre-accusatory Delay Motion DENIED
    CONTINUED TO - 04/30/2004 at 9:30am 2, JURY TRIAL
    At 4:14 p.m. Court is adjourned

04/30/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAl 15th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    Motions In Limine continue to be argued
    Counsel Jacobs argues
    Court's exhibit #41, marked for identification:  search warrant
    affadavit for Wheeler
    Court's exhibit #42, marked for identification:  police report
    Counsel Nick responds
    CONTINUED TO - 05/03/2004 at 1:30pm 2, JURY TRIAL
    At 12:06 p.m. Court is adjourned

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 26

05/03/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 16th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 1:56 p.m. Court convenes
    People's Motions In Limine continue
    At 2:42 p.m. Court declares a brief break
    At 2:47 p.m Court reconvenes All parties are present
    Counsel Nick responds
    People's exhibit #43, marked for identification:  16 page
    affidavit of Detective Davidson
    At 3:25 p.m. Court declares a brief break
    At 4:02 p.m. Court reconvenes - All parties are present
    Court reserves Ruling
    Court RULES that Counsel Nick is not required to turn over interview
    of witness
    Court's exhibits #6 through #33 to remain with DA for safekeeping
    CONTINUED TO - 05/05/2004 at 10:00am 2, JURY TRIAL
    At 4:38 p.m. Court is adjourned

05/04/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  CLK: LA
    Judge has file
    Defendant not present in custody
    Defense Counsel J David Nick not present
    Vacated - 05/05/2004 at 10:00am 2
    CONTINUED TO - 05/10/2004 at 9:30am 2, JURY TRIAL, CONTINUED

05/04/2004 DE 1
    DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
    DEFENDANT'S IN LIMINE MOTION TO EXCLUDE STATEMENTS PUR US V.
    CRAWFORD FIL

05/07/2004 DE 1
    Defendants Motion in Limine for Order for Sanctions for
    Prosecution's Discovery Violations FILED

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 27

05/10/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER   DDA: Christine M Cook   REP: P Schrader   CLK: LA
    JURY TRIAL 17th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 11:02 a.m. Court convenes.
    Motions In Limine continue re: Writings and Third party Culpability
    Counsel Nick addresses the Court
    At 11:36 a.m. Court declares regularly scheduled noon break
    At 1:39 p.m. Court reconvenes - All parties are present
    Counsel Jacobs responds
    At 2:26 Court declares a brief break
    Counsel Cook responds
    At 2:35 p.m. Court reconvnes.  All parties are present
    At 2:56 p.m. Court declares a brief break
    At 3:24 p.m. Court reconvenes - All parties are present
    Counsel Cook continues response
    At 5:02 p.m. Court is adjourned
    CONTINUED TO - 05/11/2004 at 1:30pm 2, JURY TRIAL

05/11/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER   DDA: Christine M Cook   REP: S STANDISH   CLK: LA
    JURY TRIAL 18th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 1:50 p.m. Court convenes
    Counsel Cook reopens People's argument to Motion
    At 2:15 p.m. Court declares a brief recess
    At 2:35 p.m Court reconvenes - All parties are present
    Counsel Jacobs addresses the Court
    Counsel Nick responds
    At 3:17 p.m.  Court declares a brief recess
    At 3:33 p.m Court reconvenes - All parties are present
    Defendant's memorandum Of Points And Authorities In Support Of Def-
    endant's Motion To Inspect And Copy Calaveras County Probation
    Report And Records Of Prosecution Witness Tyson McLain Pursuant To
    Penal Code 1203.05 And Government Code 6250
    At 3:54 p.m Court is adjourned
    CONTINUED TO - 05/14/2004 at 10:00am 2, JURY TRIAL

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 28

05/14/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: GREGORY JACOBS  REP: KAREN THOMPSON  CLK: IR
****** Jury Trial Motions - 19th day********
Defendant present in custody
Defense Counsel J. David Nick appearing
Motions heard and held on the record
Jury Trial Set - 05/17/2004 at 10:00am 2, JURY TRIAL, CONTINUED,
  MOTION

05/17/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: PJS
Defendant present in custody
Defense Counsel J. David Nick appearing
JURY TRIAL - MOTIONS - 20TH DAY
At 10:47am, the Court convenes.
Mental health records of Mr. Rutledge are handed to Mr. Nick by
Mr. Jacobs
Declaration by Gregory J. Jacobs re:  Mental Health Records filed
Mr. Nick argues to the Court re: sanctions for discovery violations
Mr. Reynolds is sworn and testifies on behalf of the defendant.
No cross examination
Court's exhibit # 44 is marked for identification:  copy of one
page document
People's opposition to defendant's motion in limine for sanctions
for discovery violations filed
Court's exhibit #45 is marked for identification:  copy of one
page document
Court's exhibit #46 is marked for identification:  copy of part of
Detective Davidson's report
Court's exhibit #47 is marked for identification:  copies of
America's Most Wanted tip sheets
Court's exhibit #48 is marked for identification:  copy of letter
from Brad Burke
At 12 noon, the Court declares a recess
At 1:40pm, the Court reconvenes,  All parties present
Argument by Mr. Nick continues
Court's exhibit #49 is marked for identification:  investigation
report from Tom Johnson to Ande Thomas
Court's exhibit #50 is marked for identification:  copy of e-mail
from Tom Johnson to Brad Burke, dated 11-8-02
Court's exhibit #51 is marked for identification:  page 13 of 26 -
narrative report prepared by Detective Davidson
Ande Thomas is sworn and testifies on behalf of the defense.
Cross examination
Court questions the witness
Recess: 2:45pm

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 29

05/17/2004 DE 1    Courtroom Minutes of Department 2    (continued)
Reconvene: 3:10pm; All Parties present
Mr. Thomas, heretofore sworn, resumes the stand
Redirect
Recross
Witness steps down
Court's exhibit #52 is marked for identification:  copy of page 43
of 43 - audio tape transcript
Court's exhibit #53 is marked for identification:  copy of video
tape transcript
Court's exhibit #54 is marked for identification:  copy of e-mail
from  Jim Casey to Ande Thomas dated 10-10-02
Court's exhibit #55 is marked for identification:  copy of e-mail
from Jim Casey to Ande Thomas dated 10-9-02
Mr. Jacobs addresses the Court
Jury Trial Set - 05/19/2004 at 10:00am 2, JURY TRIAL, CONTINUE

05/19/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: F SANDERS  CLK: LA
JURY TRIAL 21st DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
Deputy District Attorney Greg Jacobs also present
At 10:27 a.m. Court convenes
Court addresses Counsel
Counsel Jacobs responds re: paint on knife and Mr. Potts reports
Unreported in chambers conference held
Defense calls Mr. Michael Potts, sworn and testified
Court's  exhibit #56, marked for identification:  1 page letter
written by Mr. Potts
Court's  exhibit #57, marked for identification:  copy of 1 page
document page 4 of Mr. Potts report
Court's  exhibit #58, marked for identification:  copy of 1 page
document page 5 of Mr. Potts report
Court's  exhibit #59, marked for identification:  copy of 1 page
document page 6 of Mr. Potts report
Court's  exhibit #60, marked for identification:  copy of 1 page
document page 7 of Mr. Potts report
Court's  exhibit #61, marked for identification:  copy of 1 page
document page 8 of Mr. Potts report
Court's  exhibit #62, marked for identification:  1 page document
"verbal communication" for Dept. Of Justice
Mr. Potts steps down.
At 12:01 p.m. Court declares regularly scheduled noon break
Reconvene: 1:43; All Parties present
Mr. Potts heretofore sworn, retakes the stand and further testifies
Cross examination conducted by Counsel Jacobs

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA                Page 30

05/19/2004 DE 1      Courtroom Minutes of Department 2      (continued)
    Redirect
    Court questions witness
    At 2:26 p.m. Court declares a brief recess
    Reconvene: 2:54 p.m.; All Parties present
    People call Deputy District Attorney James Casey, sworn and
    testified.
    People's exhibit 363, marked for identification:  copy of 2 page
    letter from Deputy Public Defender Ande Thomas
    Cross examination conducted by Counsel Jacobs
    Redirect
    Witness excused
    People call Sgt. Russell Davidson, sworn and testified.
    Cross examination
    Witness excused.
    Counsel Nick argues Common Law Motion To Dismiss
    At 4:36 p.m. Court is adjourned to reconvene on May 21, 2004 at 10am
    CONTINUED TO - 05/20/2004 at 10:00am 2, JURY TRIAL
    DROPPED FROM CALENDAR - 05/20/2004 at 10:00am 2
    CONTINUED TO - 05/21/2004 at 10:00am 2, JURY TRIAL

05/21/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 22nd DAY - MOTIONS
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Deputy District Attoreny Greg Jacobs also present
    At 10:36 a.m. Court convenes
    Counsel J. D. Nick addresses the Court re: Sanctions re: Discovery
    CONTINUED TO - 05/25/2004 at 1:30pm 2, JURY TRIAL
    At 11:01 a.m Court is adjourned

05/25/2004 DE 1
    CONTINUED TO - 05/25/2004 at 1:30pm 2, JURY TRIAL

05/25/2004 DE 1      Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 23rd DAY MOTIONS
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    At 1:28 p.m. Court convenes
    Deputy District Attorney Greg Jacobs also present
    Counsel Jacobs responds to Defense Motion Re: Sanctions re: Disc
    People call Deputy Public Defender Ande Thomas, sworn and
    testified.
    Cross examination

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 31

05/25/2004 DE 1    Courtroom Minutes of Department 2    (continued)
Court's exhibit #64, marked for identification: copy of article
re: paint samples
Witness excused
Defense renews 995 Motion
Court's exhibit #65, marked for identification: copy of
transcript pages 169 through 175
Court's exhibit #66, marked for identification: copy of forensic
analysis
At 2:47 p.m. Court declares a brief recess
At 3:17 p.m. Court reconvenes - All parties are present
Counsel Jacobs argues Discovery issue
CONTINUED TO - 05/26/2004 at 1:30pm 2, JURY TRIAL
At 4:09 p.m. Court is adjourned to reconvene May 26, 2004 at 1:30 pm
Courtroom 2

05/26/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
24th DAY JURY TRIAL MOTIONS CONTINUES
At 1:40 P.M. Court convenes
Defendant present in custody
Defense Counsel J David Nick appearing
Deputy District Attorney Greg Jacobs also present
Counsel Nick addresses the Court
Rebuttal
Counsel Jacobs responds
Submitted
Counsel Jacobs addresses the Court re: 3rd Party culpability
Counsel Cook addresses the Court re; prior conviction
Recess: 3:00 p.m.
Reconvene: 3:28 p.m. All parties are present
Court grants People's Motion to re-open re: shotgun
Counsel Nick responds
Counsel Cook responds
Counsel Nick responds
Submitted
 Court's exhibit #67, marked for identification: redacted copy of
interview with defendant Rutledge
Court's exhibit(s) #67 received into evidence.
At 4:25 p.m. Court is adjourned
Matter CONTINUED to 6/7/04 at 10:00 a.m. Courtroom 2

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 32

06/04/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    IN CHAMBERS
    Defendant not present in custody
    CONTINUED TO - 06/09/2004 at 10:00am 2, JURY TRIAL

06/04/2004 DE 1
    REPORTER'S TRANSCRIPT FILED PROCEEDINGS OF 10/30/02

06/08/2004 DE 1
    Def's Obj. to Intro of Portions of the Statements Made by
    Def and Law Enf. Officers in 9/17/99 Inter. with Def FILED

06/08/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    IN CHAMBERS MINUTES
    Defendant not present in custody
    Defense Counsel J David Nick not present
    DROPPED FROM CALENDAR - 06/09/2004 at 10:00am 2
    CONTINUED TO - 06/14/2004 at 10:00am 2, JURY TRIAL

06/10/2004 DE 1
    FILE IN JUDGE BALLINGER'S CHAMBERS

06/11/2004 DE 1
    PEO'S SUPPLEMENTAL OFFER OF PROOF RE: ADMISSIBILITY OF DEFT
    'S WRITINGS FILED

06/14/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    25th DAY JURY TRIAL
    Defendant present in custody
    Defense Counsel J David Nick appearing
    At 1:37 p.m. Court convenes
    Deputy District Attorney Greg Jacobs is also present
    Regarding Defense Non-statutory 995 Motion was properly filed
    Court states on the record reasons for this Court's decision
    Court finds there is a reasonable expectation that the prior Magis-
    trate would not have found a holding order
    Court GRANTS Defense Motion to DISMISS
    Court orders that Defendant be released FORTHWITH
    995 PC Motion Granted
    Case Dismissed

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 33

06/21/2004 DE 1
  AUTOMATED 8715 REPORT ISSUED

08/17/2004 DE 1
  REPORTER'S TRANSCRIPT FILED PRETRIAL MOTION

08/26/2004 DE 1
  FILES TO SUSAN STANDISH-COURT ANEX #19

08/30/2004 DE 1
  REPORTER'S TRANSCRIPT FILED PRETRIAL MOTIONS

10/20/2004 DE 1
  REPORTER'S TRANSCRIPT FILED PROCEEDINGS 3/8/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 3/12/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/2/04
  REPORTER'S TRANSCRIPT FILED PROCEEDINGS 4/5/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/12/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/13/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/14/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/16/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/19/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/20/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/21/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/28/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 4/30/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 5/3/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 5/17/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 5/21/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 5/25/04
  REPORTER'S TRANSCRIPT FILED MOTIONS 5/26/04

02/28/2005 DE 1
  REPORTER'S TRANSCRIPT FILED PRETRIAL MOTION

09/01/2005 DE 1
  SUBPOENED_RECORDS_DESTROYED

01/17/2006 DE 1
  CONTINUED TO - 01/20/2006 at 8:30am 14, RECONSIDERATION

01/19/2006 DE 1
  ORDER SHRTNG TIME FOR FILING OF PEOPLE'S OPPO TO DEF'S MOTION TO
  RE-CONSIDER DEF'S NONSTATUTORY MTN TO DISMISS BASED UPON PREVIOUSLY
  UN-
  PEOPLE'S OPPOSITION TO DEF'S MOTION TO RECONSIDER DEF'S
  NONSTATUTORYMOTION TO DISMISS BASED UPON UNDISCLOSED EVIDENCE FILED

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 34

01/20/2006 DE 1     Courtroom Minutes of Department 14

   HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
   Defendant present in custody
   Defense Counsel J David Nick appearing
   CONTINUED TO - 01/24/2006 at 8:30am 14, RECONSIDERATION

01/23/2006 DE 1
   Defendant's Supplem. Reply to People's Opp. to Motion to
   Reconsider Def's Nonstatutory Mot to Dismiss RECEIVED

01/24/2006 DE 1     Courtroom Minutes of Department 14

   HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
   Defendant present in custody
   Defense Counsel J David Nick appearing
   Defense argues
   People respond
   Submitted
   This Court rules that it does not have authority to do anything
   further in this case

02/24/2006 DE 1
   REC'D COPY OF: PETITION FOR WRIT OF PROHIBITION/MANDATE W/ EXHIBITS
   AND MEMO OF POINTS & AUTHORITIES FROM D.C.A.
   SENT JUDGE BALLINGER-#14 DCA COPIES OF PETITION FOR WRIT OF PROHIB.
   MANDATE..., AND EXHIBITS IN SUPPORT OF..
   PETITION FOR WRIT OF PROHIBITION/MANDATE IS DENIED.

03/12/2007 DE 1
   NTC RE: DISPOSITION OF EXHIBITS FILED

             *****   End of Docket   *****

**EXHIBIT B**

```
MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA  swilliam Page    1
                           CRIMINAL DOCKET              Printed  9/28/2007   11:40


Docket of
DE 1    RUTLEDGE, ZACHARIAH JUDSON                 Offense Date: 10/23/1998
DOB 01/25/1976 DLN CA A9920344                          DA #: DAR-443724

    Filed Charges
    F PC 187(a) 2 Counts Held to Answe     F PC 459 Held to Answer
    F PC 187(a) 2 Counts Acquitted         F PC 459 Acquitted

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT        Agency #: SCY-98102411
Box Number: C00950                                 DA Location: LSTMG
=============================================================================

06/14/2004 DE 1
    ADDED TO CALENDAR BY JAIL - 06/16/2004 at 8:30am 4, IN CUSTODY


06/15/2004 DE 1
    COMPLAINT FILED
    F PC 187(a) 2 Counts                    F PC 459


06/16/2004 DE 1     Courtroom Minutes of Department 4

    HON: C. WONG  DDA: Greg J. Jacobs  REP: TERI HOSMER  CLK: CM
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Conflict Counsel appointed by the Court per Harris 19 cal 3rd 786
    pg. 796
    AMENDED COMPLAINT FILED
    F PC 187(a) 2 Counts                    F PC 459
    NO BAIL
    CONTINUED TO - 07/21/2004 at 8:30am 4, DEMURRER


07/21/2004 DE 1     Courtroom Minutes of Department 4

    HON: Dean A. Beaupre  DDA: Carla L Claeys  REP: SHELLY BERG  CLK: PJS
    Defendant present in custody
    Defense Counsel J David Nick not present; R. Scott appearing
    CONTINUED TO - 07/28/2004 at 8:30am 4, APPEARANCE OF COUNSEL,
       FURTHER PROCEEDINGS
```

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

07/28/2004 DE 1    Courtroom Minutes of Department 4

HON: Dean A. Beaupre  DDA: Christine M Cook  REP: SHELLY BERG  CLK: PJS
DA: G Jacobs
Defendant present in custody
Defense Counsel J David Nick not present, E Michael Linscheid
appearing
People's response due 09/15/2004
CONTINUED TO - 08/25/2004 at 8:30am 4, Filing of motion
Demurrer Motion Set - 09/22/2004 at 1:30pm 4, DEMURRER

08/25/2004 DE 1    Courtroom Minutes of Department 4

HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: JT1
Defendant present in custody
Defense Counsel J David Nick appearing
170.6 CCP filed re: Judge Ballinger by DA
Court will contact court reporters regarding transcripts request by
Mr. Nick
Vacated - 09/22/2004 at 1:30pm 4
CONTINUED TO - 09/27/2004 at 8:30am 4, DEMURRER

09/27/2004 DE 1    Courtroom Minutes of Department 4

HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: PJS
Defendant present in custody
Defense Counsel J David Nick appearing
Defendant continues to waive time
CONTINUED TO - 11/01/2004 at 8:30am 1, Filing of motion

11/01/2004 DE 1    Courtroom Minutes of Department 1

HON: R.DALE  DDA: Christine M Cook  REP: B L Peterson  CLK: KLK
Defendant present in custody
Defense Counsel J David Nick appearing
CONTINUED TO - 11/08/2004 at 8:30am 4, Filing of motion

11/08/2004 DE 1    Courtroom Minutes of Department 4

HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: JT1
Defendant present in custody
Defense Counsel J David Nick appearing
D/C files Def. Notice of Motion and Motion to Dismiss New Complaint;
 Demurrer; Decl. of J. David Nick.
Response by 12-17-2004

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

11/08/2004 DE 1    Courtroom Minutes of Department 4    (continued)
    Reporter's transcript of 4-6-2004 filed
    Reporter's transcript of 4-7-2004 filed
    Motion to Dismiss Set - 01/05/2005 at 1:30pm 4, Motion to Dismiss

12/14/2004 DE 1
    REQUEST FOR ORDER EXTENDING TIME TO FILE PEOPLE;S RESPONSE TO
    DEFENDANT'S DEMURRER; AND CONTINUACE OF HEARING DATE FILED
    CONTINUED TO - 12/17/2004 at 8:30am 4, CONTINUE

12/17/2004 DE 1    Courtroom Minutes of Department 4

    HON: C. WONG  DDA: Christine M Cook  REP: TERI HOSMER  CLK: JT1
    No file
    Defendant present in custody
    Defense Counsel J. Nick not present, C. Andrian appearing
    Bail remains as set  - no bail
    People file response by 1-7-2005 at 3:00 p.m.
    Vacated - 01/05/2005 at 1:30pm 4
    CONTINUED TO - 02/02/2005 at 2:30pm 4, Motion to Dismiss

01/07/2005 DE 1
    PEOPLE'S OPPO TO DEFENDANT'S MOTION TO DISMISS NEW COMPLAINT;
    DEMURRER FILED

01/24/2005 DE 1
    Defendant's Reply to People's Opposition to Defendant's
    Motion to Dismiss  Demurrer Filed

01/26/2005 DE 1
    DEFENDANT'S REPLY TO PEOPLE'S OPPO TO DEFENDANT'S MOTION TO DISMISS
    NEW COMPLAINT; DEMURRER FILED

01/31/2005 DE 1
    PEOPLE'S RESPONSE TO DEFENSE REPLY; MOTION TO DISMISS NEW
    COMPLAINT; DEMURRER FILED

02/02/2005 DE 1
    ORDER SHORTENING TIME TO FILE PEOPLE'S NOTICE OF MOTION AND MOTION
    FOR A CONTINUANCE AND REQUEST TO RESCHEDULE HEARING FILED
    DCE IN SUPPORT OF ORDER SHORTENING TIME AND CONTINUANCE OF HEARING
    DATE FILED
    P & A'S IN SUPPORT OF PEOPLE'S MOTION TO CONTINUE FILED
    NOTICE OF PEOPLE'S MOTION TO CONTINUE AND PEOPLE'S MOTION TO
    CONTINUE FILED

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 4

02/02/2005 DE 1    Courtroom Minutes of Department 4

    HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: JT1
    No file; file with Judge Wong
    DA: G. Jacobs
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Motion to Dismiss Held
    CONTINUED TO - 02/09/2005 at 1:30pm 4, RULING
    Re: ruling on motion to dismiss

02/09/2005 DE 1    Courtroom Minutes of Department 4

    HON: C. WONG  REP: SHELLY BERG  CLK: JT1
    FILE IN DEPT. 4
    Defendant present in custody
    Defense Counsel J David Nick appearing
    DA: G.J. Jacobs and C.M. Cook appearing
    Defendant pleads Not Guilty to count I PC 187(a)
    Defendant pleads Not Guilty to count II PC 187(a)
    Defendant pleads Not Guilty to count III PC 459
    Enhancements/Allegations denied
    10th day is 2/28/2005.
    Defense Counsel waives single session rule for prelim (continuous).
    Defendant does not waive time
    Preliminary Examination set - 02/24/2005 at 9:30am 4, PRELIMINARY,
      SPECIAL SET
    Motion to Dismiss Denied, as stated on the record

02/15/2005 DE 1
    NOTICE OF MOTION AND MOTION TO CONTINUE PRELIMINARY EXAMINATION
    PURS TO PENAL CODE 1050 DECLARATION OF COUNSEL FILED
    CONTINUED TO - 02/24/2005 at 9:30am 4, MOTION, CONTINUE

02/16/2005 DE 1
    PEOPLE'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE PRELIMINARY
    EXAMINATION AND DECLARATION OF CHRISTINE COOK FILED

02/18/2005 DE 1    Courtroom Minutes of Department 4

    HON: C. WONG  DDA: Juliette Olson  REP: A MERTLE  CLK: JT1
    Defendant present in custody
    Defense Counsel J David Nick appearing
    People file (2) People's application for order for conditional Exam
    under PC 1335; (2) Declaration in support of application for
    conditional examination; (2) order for conditional examination per P
    C 1339
    Defendant waived time for Preliminary Hearing

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 5

02/18/2005 DE 1    Courtroom Minutes of Department 4    (continued)
   Defendant Waived Time for Preliminary Hearing, including 10 day
   rule
   Defendant Waived Time for Preliminary Hearing, including 60 day
   rule
   Preliminary Examination set - 04/04/2005 at 9:30am 2, PRELIMINARY,
     SPECIAL SET
   Time estimate 5 to 7 days
   Vacated - 02/24/2005 at 9:30am 4

02/23/2005 DE 1
   DROPPED FROM CALENDAR - 02/24/2005 at 9:30am 4

03/02/2005 DE 1
   DECLARATION IN SUPPORT OF ORDER FOR TEMPORARY REMOVAL OF PRISONER
   AND HIS PRODUCTION AS A WITNESS; DRE. ALLEN BUETOW FILED
   ORDER FOR TEMPORARY REMOVAL OF PRISONER AND HIS PRODUCTION AS A
   WITNESS; DRE ALLEN BUETOW FILED

03/03/2005 DE 1
   REPORTER'S TRANSCRIPT FILED MOTION TO DISMISS
   REPORTER'S TRANSCRIPT FILED RULING

03/15/2005 DE 1
   SUBPOENAED RECORDS FROM SBC PACIFIC BELL

03/21/2005 DE 1
   SUBPOENAED RECORDS FROM APPLEWOOD INN RESTAURANT

03/22/2005 DE 1
   NOTICE OF MOTION AND MOTION TO CONTINUE PRELIMINARY EXAMINATION;
   DEC OF COUNSEL FILED
   CONTINUED TO - 03/24/2005 at 8:30am 3, MOTION, CONTINUE
   PEOPLE'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE PRELIMINARY
   EXAMINATION AND DECLARATION OF CHRISTINE COOK FILED
   MOVED TO - 03/24/2005 at 8:30am 4, MOTION, CONTINUE

03/24/2005 DE 1    Courtroom Minutes of Department 4

   HON: C. WONG  DDA: Christine M Cook  REP: TERI HOSMER  CLK: JT1
   Defendant present in custody
   Defense Counsel J David Nick appearing
   Preliminary Examination set - 04/04/2005 at 9:30am 2, PRELIMINARY,
     SPECIAL SET
   1050 PC Motion Denied

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 6

03/30/2005 DE 1
    SUBPOENAED RECORDS FROM FLAVORS UNLIMITED

04/04/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: JT1
    File with Judge Wong
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Parties state prelim was vacated due to writ
    CONTINUED TO - 04/12/2005 at 10:00am 2, FURTHER PROCEEDINGS

04/12/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: TERI HOSMER  CLK: JT1
    Pass to 1:30
    Defendant present in custody
    Defense Counsel J David Nick appearing
    CONTINUED TO - 05/31/2005 at 8:30am 2, CALENDAR CONTROL
    Reporter: T. Hosmer
    CONDITIONAL EXAMINATION 2:10 p.m.
    People call William McMahon, sworn and testified.
    Witness identifies Defendant(s).
    Cross examination
    Recess: 3:00 p.m.
    Reconvene: 3:19 p.m.; All Parties present
    Cross examination
    Witness excused
    People call James Rice, sworn and testified.
    Cross examination
    Witness identifies Defendant(s).
    Redirect
    Recross
    Witness excused
    Court orders transcript of today's proceeding be prepared and
    sealed, to be kept with clerk in courtroom 2
    Court exhibits 1, 2, 3, marked for ID: photocopies of photographs
    Recess: 4:29 p.m.

04/19/2005 DE 1
    Stipulation and Order Permitting the Unsealing and Copying
    of Subpoenaed Phone Records FILED

04/26/2005 DE 1
    SUBPOENAED RECORDS FROM SONOMA COUNTY M.A.D.F.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 7

05/24/2005 DE 1
    Order for Appointment of Investigator Chris Reynolds and
    Approval for Defense Fees

05/25/2005 DE 1
    SUBPOENED RECORDS REC-SONICNET

05/31/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG DDA: Anne Masterson  REP: TERI HOSMER  CLK: JT1
    Defendant present in custody
    Defense Counsel J. Nick not present
    Proceedings further stayed pending appeal
    No further court dates set per Judge Wong

08/12/2005 DE 1
    BRIEF IN OPPOSITION TO PETITION FOR WRIT OF MANDATE AND/OR
    PROHIBITION RECD

08/18/2005 DE 1
    CONTINUED TO - 09/16/2005 at 8:30am 2, FURTHER PROCEEDINGS, AT
    ATTORNEY'S REQUEST

08/23/2005 DE 1
    CONTINUED TO - 08/24/2005 at 8:30am 2, FURTHER PROCEEDINGS, AT D.A.
    REQUEST

08/24/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: JT1
    Defendant present in custody
    Defense Counsel J David Nick not present
    Court orders def be allowed 2 phone cals to contact Counsel
    CONTINUED TO - 08/25/2005 at 8:30am 2, APPEARANCE OF COUNSEL,
    FURTHER PROCEEDINGS

08/25/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: LARRY J. SCOUFOS  REP: TERI HOSMER  CLK: KLK
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Court orders 2 phone calls for defendant to contact counsel
    CONTINUED TO - 08/26/2005 at 8:30am 2, FOR COUNSEL, FURTHER
    PROCEEDINGS

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 8

08/26/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Larry J. Scoufos  REP: TERI HOSMER  CLK: KA
    Defendant present in custody
    Defense Counsel J David Nick not present
    Stipulation between Attorney David Nick and Chief DDA Christine Cook
      regarding clarification of items for court record and order
    confirming stipulation filed.
    Defendant waives time to 09-16-2005 for prelim.
    CONTINUED TO - 09/16/2005 at 8:30am 2, FURTHER PROCEEDINGS, AT
      ATTORNEY'S REQUEST, TO SET

08/26/2005 DE 1
    Media Request Filed (Granted) (Channel 50)

09/16/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: KLK
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives right to continuous preliminary hearing
    Defendant Waived Time for Preliminary Hearing, including 10 day
    rule
    Defendant Waived Time for Preliminary Hearing, including 60 day
    rule
    Preliminary Examination set - 11/17/2005 at 9:30am 2, PRELIMINARY,
      SPECIAL SET
    Time estimate 5 days

09/21/2005 DE 1
    REC'D:"PETITION FOR REVIEW-..DENIAL OF PET'S WRIT OF HAB CORP"

09/26/2005 DE 1
    Media Request Filed (Denied) (Channel 50)

10/27/2005 DE 1
    DECLARATION IN SUPPORT OF ORDER FOR TEMPORARY REMOVAL OF PRISONER
    AND HIS PRODUCTION AS A WITNESS: JAMES LARRY LEWIS JR FILED
    ORDER FOR TEMPORARY REMOVAL OF PRISONER AND HIS PRODUCTION AS A
    WITNESS:JAMES LARRY LEWIS JR.

11/02/2005 DE 1
    CONTINUED TO - 11/08/2005 at 8:30am 2, MOTION, CONTINUE, AT D.A.
      REQUEST

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 9

11/08/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: TERI HOSMER  CLK: JT1
    Defendant present in custody
    Defense Counsel J. Nick appearing
    Defense counsel files notice of Motion & Motion to Continue prelim.
    hearing
    Defendant waived time for Preliminary Hearing
    Preliminary Examination set - 01/23/2006 at 9:30am 2, PRELIMINARY
    Vacated - 11/17/2005 at 9:30am 2
    1050 PC Motion Granted
    No objection by people

11/10/2005 DE 1
    SUPBOENED RECORDS FROM WESTAMERICA BANK

11/15/2005 DE 1
    Order for the Disbursement of Supplemental Funds to Defense
    Expert Gregg Stutchman and Order for Future Funds Filed

11/22/2005 DE 1
    Order on Media Request filed is Denied Channel 50 News

11/29/2005 DE 1
    DEF'S NOTICE OF MOTION AND MOTION TO RECONSIDER DEF'S NONSTATUTORY
    MOTION TO DISMISS BASED UPON PREVIOUSLY UNDISCLOSED EVIDENCE FILED
    DEFENDANT'S MOTION TO STRIKE DISQUALIFICATION OF JUDGE BALLINGER AS
    UNTIMELY PURSUANT TO 170.4(B) & 170.6(A)(2) CCP FILED

11/30/2005 DE 1
    CONTINUED TO - 12/14/2005 at 2:30pm 2, TO STRIKE, MOTION, AT
    ATTORNEY'S REQUEST

12/14/2005 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Rafael E. Donnelly  REP: SHELLY BERG  CLK: JT1
    File in dept 2
    Defendant present in custody
    Defense Counsel J David Nick appearing
    CONTINUED TO - 01/17/2006 at 8:30am 2, FURTHER PROCEEDINGS

12/16/2005 DE 1
    NOTICE OF PEOPLE'S MOTION AND PEOPLE'S MOTION TO CONTINUE FILED
    CONTINUED TO - 01/17/2006 at 8:30am 2, FURTHER PROCEEDINGS, MOTION,
    CONTINUE

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 10

01/12/2006 DE 1
    AMENDED PROOF OF SERVICE FOR PEOPLE'S MOTION TO CONTINUE;DEC IN
    SUPPORT AND P&A'S IN SUPPORT OF MOTION TO CONTINUE FILED
    PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE
    DISQUALIFICATIONOF JUDGE BALLINGER AS UNTIMELY PURUANT TO
    170.6(A)(2) FILED
    People's opp. def's motion to reconsider DEF'S NON-STATUTORY MOTION
    TO DISMISS BASED UPON PREVIOUSLY UNDISCLOED EVIDENCE FILED

01/17/2006 DE 1    Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: TERI HOSMER  CLK: KDH
    Judge Wong has file
    Pass to 10:00 am
    Defendant present in custody
    Defense Counsel J Nick appearing
    Upon conclusion of argument by Counsel, Court denied 170.6 PC and
    and court denies motion to strike
    Bail remains as set
    People (CMC) in trial in another courtroom
    Preliminary Examination set - 01/23/2006 at 9:30am 2, PRELIMINARY
    Court indicates motion for reconsideration needs to be heard
    by Judge Ballinger.
    Court will allow mtion to be filed in old case SCR-32528. Motion
    paperwork to be moved to SCR-32528 from MCR-443363
    People's request time to repsond to motio being moved to
    SCR-32528. Court will sign any orders shortening time.
    CONTINUED TO - 01/20/2006 at 8:30am 14, FOR REFERENCE
    1050 PC Motion Denied - People's
    Def responds, Crt comments, Peo argue.

01/18/2006 DE 1
    Defendant's Reply to People's Opposition to Motion to
    Reconsider Defendant's Motion to Dismiss FILED

01/19/2006 DE 1
    POINTS AND AUTHORITIES IN SUPPORT OF PEOPLE'S MOTION TO CONTINUE
    FILED
    DECLARATION IN SUPPORT OF PEOPLE'S MOTION FOR CONTINUANCE FILED

01/20/2006 DE 1    Courtroom Minutes of Department 14

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick appearing
    CONTINUED TO - 01/24/2006 at 8:30am 14, FOR REFERENCE

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 11

01/23/2006 DE 1     Courtroom Minutes of Department 2

  HON: C. WONG   DDA: Carla L Claeys   REP: E POPOVICH   CLK: JT1
NO FILE
Defendant present in custody
Defense Counsel J David Nick appearing
Defendant Waived Time for Preliminary Hearing, including 10 day
rule
Preliminary Examination set - 04/17/2006 at 9:30am 2, PRELIMINARY,
  SPECIAL SET
Time estimate 12 days
People's 1050 PC Motion Granted - good cause shown

01/24/2006 DE 1     Courtroom Minutes of Department 14

  HON: R.BALLINGER   DDA: Christine M Cook   REP: C A Martinez   CLK: LA
Defendant present in custody
Defense Counsel J David Nick appearing
Preliminary Examination set - 04/17/2006 at 9:30am 2, PRELIMINARY,
  SPECIAL SET
Time estimate 12 days
CONTINUED TO - 01/25/2006 at 8:30am 2, FURTHER PROCEEDINGS

01/24/2006 DE 1

  Defense Applic. to Seal Pitchess Dec and Exhibits  Dec in
Support thereof Filed
Notice to Set Re: Pitchess Motion and Pitchess Motion Filed

01/25/2006 DE 1     Courtroom Minutes of Department 2

  HON: C. WONG   DDA: Christine M Cook   REP: SHELLY BERG   CLK: JT1
File in Dept 2
Defendant present in custody
Defense Counsel J David Nick appearing
Ann Keck, Co Counsel present
People submit documentation to Court, which is sealed
Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
  SPECIAL SET
Vacated - 04/17/2006 at 9:30am 2
Defense Counsel ordered to appear 03-27-2006
to Seal Pitchess Motion Set - 02/15/2006 at 2:30pm 2, PITCHESS
  MOTION

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 12

01/26/2006 DE 1
    Defense Notice of Motion and Motion to Traverse, Quash
    Warrant and Suppress Evidence Filed
    Defense Exhibits Lodged in Support of Mot. to Traverse,
    Quash Warrant and Suppress Evidence Filed
    Defense Memorandum of Law in Support of Motion for
    Discovery of Police Report Received

01/31/2006 DE 1
    Defense Memo of Law in Support of Motion for Discovery
    of Police Report Filed

02/06/2006 DE 1
    REPORTER'S TRANSCRIPT FILED -OF PROCEEDINGS 01/23/06

02/14/2006 DE 1
    Order on Media Request filed is Denied Channel 50 - For 3/27/06
    Hearing

02/15/2006 DE 1     Courtroom Minutes of Department 2

    HON: F PASSALACQUA  DDA: Daniel H. Carr  REP: SHELLY BERG  CLK: JT1
    Defendant present in custody
    Defense Counsel J. Nick appearing
    County Counsel Mark Bartholomew present
    Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
      SPECIAL SET
    Pitchess Mtn & Motion to seal reSet - 02/22/2006 at 2:30pm 2,
      PITCHESS MOTION

02/16/2006 DE 1
    CONTINUED TO - 02/24/2006 at 8:30am 2, HEARING RE: RESTITUTION, AT
      ATTORNEY'S REQUEST

02/22/2006 DE 1     Courtroom Minutes of Department 2

    HON: C. WONG  DDA: Christine M Cook  REP: SHELLY BERG  CLK: BW
    JUDGE HAS FILE
    Defendant present in custody
    Defense Counsel J. Nick not present. R. Scott appearing
    County Counsel Anne Keck present.
    Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
      SPECIAL SET
    Pitchess Motion dropped per Court without prejudice.

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 13

02/24/2006 DE 1
    REC'D COPY OF: PETITION FOR WRIT OF PROHIBITION/MANDATE W/ EXHIBITS
    AND MEMO OF POINTS & AUTHORITIES FROM D.C.A.

02/24/2006 DE 1     Courtroom Minutes of Department 2

    HON: C. WONG DDA: Robert M. LaForge  REP: M K Hentz  CLK: JT1
    File with Judge Wong
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Pitchess motion deemed refiled
    Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
      SPECIAL SET
    Pitchess Motion Set - 03/08/2006 at 2:30pm 2, PITCHESS MOTION

02/24/2006 DE 1
    SENT JUDGE BALLINGER-#14 DCA COPIES OF PETITION FOR WRIT OF PROHIB.
    MANDATE.., AND EXHIBITS IN SUPPORT OF...
    PETITION FOR WRIT OF PROHIBITION/MANDATE IS DENIED. COPY REC'D FROM
    D.C.A.

03/08/2006 DE 1     Courtroom Minutes of Department 2

    HON: C. WONG DDA: SPENCER R. BRADY  REP: SHELLY BERG  CLK: JT1
    File in Dept 2
    Defendant present in custody
    Defense Counsel J David Nick appearing
    A.Keck, County Counsel appearing
    Defense argues
    County Counsel argues
    Court denies motion to seal declaration in Pitchess Motion
    Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
      SPECIAL SET
    CONTINUED TO - 03/10/2006 at 9:00am 2, DISCOVERY MOTION, SPECIAL SET
    Motion to Disclose Police Report
    Pitchess Motion Set - 04/04/2006 at 9:00am 2, PITCHESS MOTION,
      SPECIAL SET

03/10/2006 DE 1     Courtroom Minutes of Department 2

    HON: C. WONG DDA: SPENCER R. BRADY  REP: TERI HOSMER  CLK: JT1
    No File
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defense Counsel files: "Declaration of Counsel in Support of
    Pitchess" - and is ordered sealed - People object to sealing
    Parties discuss legal issues
    Vacated - 04/04/2006 at 9:00am 2

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 14

03/10/2006 DE 1    Courtroom Minutes of Department 2    (continued)
    Preliminary Examination set - 03/27/2006 at 9:30am 2, PRELIMINARY,
    SPECIAL SET
    Pitchess Motion Set - 03/30/2006 at 9:30am 2, PITCHESS MOTION,
    SPECIAL SET

03/13/2006 DE 1
    CONTINUED TO 1 - 04/04/2006 at 9:30am 2, MOTION, AT ATTORNEY'S
    REQUEST
    DROPPED FROM CALENDAR - 03/30/2006 at 9:30am 2

03/21/2006 DE 1
    PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO TRAVERSE, QUASH
    WARRANTAND SUUPRESS EVIDENCE UNDER PC 1538.5 AND FOURTH AMENDMENT

03/23/2006 DE 1
    Defense Notice of Motion and Motion for Discovery of the
    Police Report Re Detective Davidson's Arrest FILED
    Defense Motion in Limine Supporting Ps and As and Decl.
    of Counsel RECEIVED
    Defense Notice of Motion and Motion to Compel Admonishment
    to Witness RECEIVED

03/24/2006 DE 1
    Supplement to Defendant's Notice of Motion and Motion for
    Discovery of Police Report Re: Det. Davidson FILED
    Defense Not of Motion and Motion to Bar James Lewis and
    Tyson McClaim from testifying at Prelim RECEIVED
    PEOPLE'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR DISCOVERY OF
    POLICE REPORT REGARDING DRIVING UNDER THE INFLUENCE ARREST OF
    RUSSEL

03/27/2006 DE 1
    Defense Memo of Law and Request for the Magistrate to Make
    Explicit Factual Findings Received

03/27/2006 DE 1    - Courtroom Minutes of Department 2

    HON: C. WONG   DDA: Christine M Cook   REP: SHELLY BERG   CLK: JT1
    Transferred to Dept 3 forthwith
    Hon. D. A. Beaupre
    DDA:  D. Carr/C. Cook
    Reporter: B. Hart
    Clerk: K. Krell
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    In Chambers discussion held
    Court will allow two defense investigators to be present during

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 15

03/27/2006 DE 1 ___ Courtroom Minutes of Department 2 ___ (continued)
  hearing
  To 2:30 p.m. for preliminary hearing
  Case heard 2:36 p.m.
  Defense files notice of motion and motion to compel discovery of all
   Giglio and Brady material and notice ofmotion and motion for
  discovery of investigation reports pertaining to the disappearance
  of Geoff Adair; declaration of counsel
  Motion to exclude witnesses granted
  People declare Det. Brad Burke as Investigating Officer.
  People have premarked exhibits 1 through 108 and provide list of
  same
  People call Det. Jerry Robinson, sworn and testifies.
  Witness identifies people's exhibits 1-22; 25-27; 30-33; 28-29; 35-
  36; 38-41; 44-45; 48; 47; 46; 49-52
  Recess: 3:23 p.m.
  Reconvene: 3:36 p.m.; All Parties present
  Witness Det. Robinson resumes stand under direct examination
  Witness identifies people's exhibits 53-54; 56-58; 60-76; 78; 80-81;
  24; 34; 37; 42-43; 55; 59; 77; 79;
  Defendant personally waives right to continuous hearing
  Case continued to 3/28/06 1:30 p.m. for continued preliminary
  hearing
  Recess: 4:24 p.m.
  CONTINUED TO - 03/28/2006 at 1:30pm 3, CONTINUED, PRELIMINARY
  Preliminary Examination held

03/28/2006 DE 1 ___ Courtroom Minutes of Department 3 ___

  HON: Dean A. Beaupre   DDA: Daniel H. Carr   REP: Barrie Hart   CLK: KLK
  Defendant present in custody
  Defense Counsel J. David Nick appearing
  Case continued at 1:52 p.m. - all parties present
  Witness Det. Robinson resumes the stand
  People re-open direct examination
  Witness identifies people's exhibit 23
  Cross examination
  Defense exhibit(s) marked for identification: A-8x10 photo; B-blown
  up version of A; C-photo;
  Defense's exhibit(s) A-C received into evidence
  Defense exhibit(s) marked for identification: D-8x10 photo; E-photo;
  F-photo; G-8x10 photo; H-8x10 photo; I-photo; J-photo
  Recess: 2:55 p.m.
  Reconvene: 3:12 p.m.; All Parties present
  Cross examination resumes
  Redirect
  Recross
  Re-redirect

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 16

03/28/2006 DE 1    Courtroom Minutes of Department 3    (continued)
    All People's exhibits received into evidence reserving defense
    objection to 80 and 81
    Defense's exhibit(s) F-J received into evidence
    Witness excused
    People call Det. Brad Burke, sworn and testifies.
    Witness identifies People's exhibits 83-88; 92-94
    Cross examination
    Defense exhibit(s) marked for identification: K-photo
    Defense exhibit(s) marked for identification: L-abstract of judgment
    Court takes judicial notice of Defense L
    Defense's exhibit(s) L received into evidence
    Witness steps down
    Case continued to 3/29/06 9:30 a.m. Courtroom 3 for continued
    hearing
    Recess: 4:32 p.m.
    CONTINUED TO - 03/29/2006 at 9:30am 3, CONTINUED, PRELIMINARY

03/28/2006 DE 1
    Declaration of J. David Nick in Support of Applic. for
    Further Funds for Chris Reynolds Investigations Received
    Order for Disbursement of Further Funds for Defense
    Investigator Chris Reynolds for an Indigent Def. FILED

03/29/2006 DE 1    Courtroom Minutes of Department 3

    HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: Barrie Hart  CLK: KLK
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Case continued 10:49 a.m. - all parties present
    People call Sgt. Steve Brown, sworn and testifies.
    Witness identifies people's exhibits 109,110
    Witness identifies Defendant(s).
    Cross examination
    Defense exhibit(s) marked for identification: M- article containing
    photo of SKS rifle
    Witness excused, subject to recall
    People call Investigator Kristin Allen, sworn and testifies.
    Witness identifies Defendant(s).
    Witness identifies people's exhibit 111
    Cross examination
    Defense exhibit(s) marked for identification: N- aerial photo
    Redirect
    Witness excused
    People's exhibit(s) 109-110 received into evidence.
    People call Investigator Tony Gillotte, sworn and testifies.
    Cross examination
    Witness excused

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 17

03/29/2006 DE 1    Courtroom Minutes of Department 3    (continued)
   Recess: 11:57 a.m.
   Reconvene: 2:26 p.m.; All Parties present
   Court and counsel discuss and argue defense motions
   Court rules on the record
   Case continued to 3/30/06 10:30 a.m. Courtroom 3 for continued
   preliminary hearing
   CONTINUED TO - 03/30/2006 at 10:30am 3, CONTINUED, PRELIMINARY

03/30/2006 DE 1    Courtroom Minutes of Department 3

   HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: Barrie Hart  CLK: KLK
   Defendant present in custody
   Defense Counsel J. David Nick appearing
   Case continued at 11:17 a.m. - all parties present
   Defense moves for court to review conditional exam of witness
   McMahon
   Court indicates it will admit the conditional exam
   Deputy District Attorney C. Cook conducts questioning of next two
   witnesses
   People call Daniel Hemenway, sworn and testifies.
   Witness identifies Defendant(s).
   People's exhibit marked for identification: 112 - transcript of
   statement
   Cross examination
   Witness admonished and ordered to return at 1:45 p.m.
   Recess: 12:08 p.m.
   Reconvene: 1:55 p.m.; All Parties present
   Witness Hemenway resumes the stand under cross examination
   Defense exhibit(s) marked for identification: O - 8x10 photo
   Recess: 2:53 p.m.
   Reconvene: 3:09 p.m.; All Parties present
   Witness resumes the stand under cross examination
   Defense exhibit(s) marked for identification: P, Q - transcripts
   Witness excused, subject to recall
   People's exhibit marked for identification: 113 - docket
   Defense's exhibit O received into evidence
   People call Sean Gee, sworn and testifies.
   Witness identifies Defendant(s).
   People's exhibit marked for identification: 114 - transcript
   People's exhibit marked for identification: 115 - transcript
   Witness excused to 4/3 at 10:00 a.m.
   People's exhibit(s) 82-92,111 received into evidence.
   Recess: 4:24 p.m.
   CONTINUED TO - 04/03/2006 at 10:00am 3, CONTINUED, PRELIMINARY

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA            Page 18

04/03/2006 DE 1    Courtroom Minutes of Department 3

HON: Dean A. Beaupre  DDA: Christine M Cook  REP: S. HARDGROVE  CLK: TH
CONTINUING PRELIMINARY HEARING
At 10:32 am the Court reconvenes, pursuant to the adjournment of
March 30, 2006.
Defendant is present in custody.
Defense counsel, J. David Nick is present.
Defense counsel, Michael Linscheid is present.
Legal issues addressed on the record regarding proposed coverage by
channel 50.
SEAN GEE having previously been administered the oath, resumes the
stand and further testifies.
Further direct examination conducted by Ms. Cook.
The following PEOPLE'S EXHIBITS are marked for identification:
#116 - 3x5 COLOR PHOTOGRAPH DEPICTING A KNIFE WITH RULER
#117 - 3x5 COLOR PHOTOGRAPH DEPICTING A KNIFE
#118 - 3x5 COLOR PHOTOGRAPH DEPICTING A KNIFE
#119 - 3x5 COLOR PHOTOGRAPH DEPICTING A KNIFE
#120 - 3x5 COLOR PHOTOGRAPH DEPICTING A KNIFE WITH RULER
#121 - 4 page copy of memo to David Nick from Chris Reynolds dated
       3-31-06
At 10:53 am the Court declares a brief recess.
At 11:02 am the Court reconvenes.
All parties are once again present.
SEAN GEE having previously been administered the oath, resumes the
stand and further testifies.
Cross-examination conducted by Mr. Nick.
The following DEFENDANT'S EXHIBIT is marked for identification:
R - 1 PAGE COPY OF E-MAIL DATED 2-20-04 TO CHRIS REYNOLDS TO SEAN
    GEE
Redirect-examination conducted by Ms. Cook.
The following PEOPLE'S EXHIBITS are marked for identification:
#122 - 36 PAGE COPY OF INTERVIEW WITH SEAN GEE BY CHRIS REYNOLDS
       DATED 2-8-04
#123 -  2 PAGE COPY OF MEMO TO DAVID NICK FROM CHRIS REYNOLD DATED
        2-19-04
#124 - 3 PAGE COPY OF SONOMA COUNTY SHERIFF'S DEPARTMENT NARRATIVE/
       STATEMENT DATED 2-19-04 (SUPPLEMENTAL #14)
Recross-examination conducted by Mr. Nick.
The witness it thanked and excused subject to recall.
At 11:47 am the Court declares a recess until 1:30 pm this date.
At 1:38 pm the Court reconvenes.
Chief District attorney Christine Cook is not present.
All other parties are once again present.
JOHN DOUGLAS YOUNT is administered the oath and testifies on behalf
of the People.
Stipulation announced on the record, for preliminary purposes,  as

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 19

04/03/2006 DE 1    Courtroom Minutes of Department 3    (continued)
    to the criminal's expertise.
    Direct-examination conducted by Mr. Carr.
    Cross-examination is conducted by
    Re-direct-examination conducted by Mr. Carr.
    Re-cross-examination is conducted by Michael Linscheid
    The witness is thanked and excused.
    At 2:42 pm the Court declares a brief recess.
    At 2:51 pm the Court reconvenes.
    All parties are once again present.
    RUSSELL DAVIDSON is administered the oath and testifies on behalf of
     the People.
    Direct-examination conducted by Mr. Carr.
    The witness identifies the Defendant.
    At 3:11 pm the Court declares a recess until 10:30 am on APRIL 4,
    2006 in Courtroom #3 for further Preliminary Hearing.
    CONTINUED TO - 04/04/2006 at 10:30am 3, PRELIMINARY

04/03/2006 DE 1
    DROPPED FROM CALENDAR - 04/04/2006 at 9:30am 2
    CONTINUED TO - 04/04/2006 at 9:30am 3, MOTION, AT ATTORNEY'S REQUEST

04/04/2006 DE 1    Courtroom Minutes of Department 3

    HON: Dean A. Beaupre   REP: S. HARDGROVE   CLK: TH
    PITCHESS MOTION
    Deputy District Attorney Daniel Carr present.
    Deputy County Counsel Ann Keck present.
    Defense counsel, J. David Nick present.
    Defendant present in custody.
    The Court will not allow the Discovery of the reports.
    The Court will conduct an In-Camera review on Friday April 7, 2006
    at 10:00 am.  Defendant nor Defense counsel need not be present for
    this proceeding.

04/04/2006 DE 1    Courtroom Minutes of Department 3

    HON: Dean A. Beaupre   REP: S. HARDGROVE   CLK: TH
    CONTINUING PRELIMINARY HEARING
    At 10:36 am the Court reconvenes, pursuant to the adjournment of
    April 3, 2006.
    Chief District Attorney Christine Cook is not present.
    Deputy District Attorney Daniel Carr present.
    Defense counsel, J. David Nick is present.
    Defense counsel, Michael Linscheid is not present.
    Defendant is present in custody.
    RUSSELL DAVIDSON having previously been administered the oath,
    resumes the stand and further testifies.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 20

04/04/2006 DE 1    Courtroom Minutes of Department 3    (continued)
    Further Direct-examination conducted by Mr. Carr.
    The following PEOPLE'S EXHIBIT is marked for identification:
    #125 - CASSETTE TAPE OF INTERVIEW WITH SEAN GEE ON 1-14-04
    Parties stipulate that the court reporter need not transcribe the
    playing of People's Exhibit #125.
    Cross-examination conducted by Mr. Nick.
    At 11:53 am the witness is excused until 1:30 pm this date.
    Legal issues addressed on the record regarding People's request of
    Discovery.
    At 11:55 am the Court stands in recess until 1:30 pm this date.
    At 1:35 pm the Court reconvenes.
    All parties are once again present.
    Defense counsel, Michael Linscheid is now present.
    RUSSELL DAVIDSON having previously been administered the oath,
    resumes the stand and further testifies.
    Further Cross-examination conducted by Mr. Nick.
    At 1:42 pm the Court declares a brief recess.
    At 1:43 pm the Court reconvenes.
    All parties are once again present.
    RUSSELL DAVIDSON having previously been administered the oath,
    resumes the stand and further testifies.
    Further Cross-examination conducted by Mr. Nick.
    The following DEFENDANT'S EXHIBIT is marked for identification:
    S - 1 PAGE COPY OF U.S. NAVAL OBSERVATORY ASTRONOMICAL APPLICATIONS
        DEPARTMENT - SUN AND MOON DATA FOR ONE DAY
    At 1:55 pm the Court declares a brief recess.
    At 2:00 pm the Court reconvenes.
    All parties are once again present.
    RUSSELL DAVIDSON having previously been administered the oath,
    resumes the stand and further testifies.
    Further Cross-examination conducted by Mr. Nick.
    At 3:02 pm the Court stands in recess for the evening.
    CONTINUED TO - 04/05/2006 at 10:00am 3, PRELIMINARY

04/05/2006 DE 1    Courtroom Minutes of Department 3

    HON: Dean A. Beaupre  DDA: Daniel H. Carr   REP: S. HARDGROVE   CLK: KLK
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Defense Counsel M. Linscheid appearing
    PRELIMINARY HEARING continues at 10:25 a.m.
    Witness Russell Davidson resumes the stand under cross examination
    Clerk change at 10:58 a.m. to B. Wesson
    Defense exhibit(s) T, marked for identification: one page document -
    copy of minute order from Calaveras County
    Defense exhibit(s) U, marked for identification: JUS 8715 of McLain,
    Tyson

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 21

04/05/2006 DE 1    Courtroom Minutes of Department 3    (continued)
    At 11:58 a.m., Court declares recess until 1:30 p.m.
    Defense's exhibit(s) T, U received into evidence
    Reconvene: 1:37 p.m.; All Parties present
    Clerk K. Krell
    Witness Russell Davidson resumes the stand under cross examination
    Defense exhibit(s) V, marked for identification: Order of summary
    probation - Mendocino County
    Defense's exhibit(s) V received into evidence
    Recess: 2:56 p.m.
    Reconvene: 3:17 p.m.; All Parties present
    Witness Davidson resumes the stand under cross examination
    Defense exhibit(s) W, marked for identification: binder containing
    documents previously subpoenaed August 2003
    Defense's exhibit(s) W received into evidence
    Defense exhibit(s) X1, X2, marked for identification: page 62 and
    page 63 from transcript
    Defense's exhibit(s) X1, X2 received into evidence
    Witness excused, subject to recall
    People's exhibit(s) received into evidence: 80-81; 93-104; 106-108;
    112-114; 116-120; 125
    People withdraw exhibits 105; 115; 121-124
    People rest
    Defense exhibit(s) Y, marked for identification: certified copy of
    conviction re: Hemenway
    Defense exhibit(s) Z, marked for identification: copy of letter
    Defense's exhibit(s) Y,Z received into evidence
    Defense calls Ed Svetlik, sworn and testifies
    Witness identifies Defendant(s).
    Cross examination
    At 4:44 p.m., case continued to April 6, 2006 at 9:30 a.m., whereby
    Court adjourns
    CONTINUED TO - 04/06/2006 at 9:30am 3, CONTINUED, PRELIMINARY

04/06/2006 DE 1    Courtroom Minutes of Department 3

    HON: Dean A. Beaupre  DDA: Daniel H. Carr   REP: S. HARDGROVE   CLK: KLK
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Defense Counsel M. Linscheid appearing
    At 9:45 a.m., Court reconvenes pursuant to adjournment of April 5,
    2006
    Witness Ed Svetlik resumes the stand under cross examination
    Court takes notice of stipulation as to original date of defendant's
     arraignment
    Redirect
    Recross
    Witness excused, subject to recall

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 22

04/06/2006 DE 1    Courtroom Minutes of Department 3    (continued)

Defense calls Danny Fair, sworn and testifies
Witness identifies Defendant(s).
Cross examination
Witness excused, subject to recall
Defense calls Mitchell Marovich, sworn and testifies
Witness identifies Defendant(s).
Defense exhibit(s) AA, marked for identification: set if oernuts and
documents from PRMD
Defense's exhibit(s) AA received into evidence
Cross examination
Redirect
Recross
Witness excused, subject to recall
Defense calls Marty Marovich, sworn and testifies
Cross examination
Recess: 11:12 a.m.
Reconvene: 11:27 a.m.; All Parties present
Witness Marty Marovich resumes the stand
Redirect
Court questions witness
Further follow-up questioning by counsel Carr
Further follow-up questioning by counsel Nick
Witness excused
Defense calls Flora Greve, sworn and testifies
Witness identifies Defendant(s).
Cross examination
Redirect
Recross
Re-redirect
Witness excused
Recess: 12:03 p.m.
Reconvene: 1:34 P.M.; All Parties present
Defense calls Joyce Svetlik, sworn and testifies
Cross examination
Redirect
Recross
Re-redirect
Re-recross
Further questioning by counsel Nick
Witness excused
Court and counsel discuss legal issues
At 2:31 p.m., case continued to 4-10-06 10:30 a.m. for continued
preliminary, whereby Court adjourns
CONTINUED TO - 04/10/2006 at 10:30am 3, CONTINUED, PRELIMINARY

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 23

04/10/2006 DE 1    Courtroom Minutes of Department 3

HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: S. HARDGROVE  CLK: TH
CONTINUING PRELIMINARY HEARING
At 10:32 am the Court reconvenes, pursuant to the adjournment of
April 5, 2006.
Defendant is present in custody.
Defense counsel, J. David Nick is present.
Defense counsel, Michael Linscheid is present.
RONALD SVETLIK is administered the oath and testifies on behalf of
the Defendant.
Direct-examination conducted by Mr. Nick.
Cross-examination conducted by Mr. Carr.
At 12:00 pm the court declares a recess until 1:30 pm this date.
At 1:37 pm the Court reconvenes.
All parties are once again present.
RONALD SVETLIK having previously been administered the oath, resumes
the stand and further testifies.
Further Cross-examination conducted by Mr. Carr.
Redirect-examination conducted by Mr. Nick.
Recross-examination conducted by Mr. Carr.
The witness is thanked and excused subject to recall.
JEANNIE BRANDON is administered the oath and testifies on behalf of
the Defendant.
Direct-examination conducted by Mr. Nick.
The following DEFENDANT'S EXHIBITS are marked for identification:
BB - COPIES OF TRANSCRIPT OF INTERVIEWS WITH TYSON MCLAIN
CC - VIDEO CASSETTE TAPE OF INTERVIEW WITH TYSON MCLAIN
DD - TRANSCRIPT OF INTERVIEW WITH TYSON MCLAIN DATED 1/12/03 PAGES
     1-80
At 2:58 pm the Court declares a brief recess.
At 3:14 pm the Court reconvenes.
All parties are once again present.
JEANNIE BRANDON having previously been administered the oath,
resumes the stand and further testifies.
Further Direct-examination conducted by Mr. Nick.
Mr. Nick offers Defendant's Exhibit BB in evidence.
Mr. Carr presents argument.
At 3:50 pm the Court declares a brief recess.
At 3:53 pm the Court reconvenes.
All parties are once again present.
JEANNIE BRANDON having previously been administered the oath,
resumes the stand and further testifies.
Further Direct-examination conducted by Mr. Nick.
The witness is thanked and excused subject to recall.
EZEKIEL RUTLEDGE is administered the oath and testifies on behalf of
the Defendant.
Direct-examination conducted by Mr. Nick.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 24

04/10/2006 DE 1    Courtroom Minutes of Department 3    (continued)
    The witness is instructed to return at 1:30 pm on APRIL 12, 2006 in
    Courtroom #7
    At 5:00 pm the stands adjourned for the evening.
    CONTINUED TO - 04/12/2006 at 1:30pm 7, PRELIMINARY

04/12/2006 DE 1    Courtroom Minutes of Department 7

    HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: S STANDISH  CLK: KLK
    At 1:43 p.m., Court reconvenes pursuant to adjournment of April 10,
    2006
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Defense Counsel M. Linscheid appearing
    Witness Ezekiel Rutledge, previously sworn, resumes the stand under
    direct examination
    Cross examination
    Witness excused, subject to recall
    Defense calls Tom Johnson, sworn and testifies
    Cross examination
    Witness excused, subject to recall
    Defense calls Patti Davis, sworn and testifies
    Cross examination
    Redirect
    Defense moves to have witness Becker's testimony from previous
    preliminary transcript admitted
    Recess: 2:48 p.m.
    Reconvene: 3:06 p.m.; All Parties present
    Witness Davis resumes the stand under direct examination
    Defense exhibit(s) EE, marked for identification: box containing
    register receipt rolls
    Witness excused, subject to recall
    Defense exhibit(s) FF, marked for identification: pages 66-67 of
    testimony of Deborah Becker from 2002 transcript
    Defense's exhibit(s) FF received into evidence
    Defense calls Gail Gugino, sworn and testifies
    Cross examination
    Witness excused
    Defense calls Kristin Allen, sworn and testifies
    Witness excused
    Defense exhibit(s) GG, marked for identification: transcript
    Defense calls Chris Reynolds, sworn and testifies
    Stipulate reporter need not transcribe while CD is playing
    People voir dire of witness
    Witness steps down
    Court indicates no discoverable evidence from in camera hearing of
    Russell Davidson's personnel file

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 25

04/12/2006 DE 1    Courtroom Minutes of Department 7    (continued)
    At 4:49 p.m., case continued to 4-14-06 at 1:30 p.m. in Courtroom 9,
    whereby Court adjourns
    CONTINUED TO - 04/14/2006 at 1:30pm 9, CONTINUED, PRELIMINARY

04/14/2006 DE 1    Courtroom Minutes of Department 9

    HON: Dean A. Beaupre  DDA: Daniel H. Carr   REP: M K Hentz   CLK: KLK
    At 1:34 p.m. Court reconvenes pursuant to adjournment of April 12,
    2006
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Defense exhibit(s) GG1, marked for identification: CD
    Defense calls Charles Marcum, sworn and testifies
    Cross examination
    Redirect
    Witness excused, subject to recall
    Defense calls Ande Thomas, sworn and testifies
    Cross examination
    Redirect
    Witness excused, subject to recall
    Defense calls Det. Russell Davidson, previously sworn and testifies
    People question witness under rebuttal
    Cross examination
    Witness excused, subject to recall
    Recess: 2:53 p.m.
    Reconvene: 3:14 p.m.; All Parties present
    Defense recalls Ande Thomas, previously sworn and testifies
    Witness excused
    Defense calls Tyson McLain, sworn and testifies
    Court advises witness of right to counsel and right not to
    self-incriminate
    Witness identifies Defendant(s).
    At 4:40 p.m., case continued to April 17, 2006 at 9:30 a.m. in
    Courtroom 2, whereby Court adjourns
    CONTINUED TO - 04/17/2006 at 9:30am 2, CONTINUED, PRELIMINARY

04/17/2006 DE 1    Courtroom Minutes of Department 2

    HON: Dean A. Beaupre  DDA: Daniel H. Carr   REP: R L Whitney   CLK: JT1
    CONTINUING PRELIMINARY HEARING
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Before Court, Defense files:  Memo of Law and Motion to Permit
    Defense Counsel to Impeach and or examine Adverse Witnesses through
    leading Questions per Evidence Code 767
    At 9:44a.m., Court convenes.  All parties present
    Parties discuss legal issues

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 26

04/17/2006 DE 1    Courtroom Minutes of Department 2    (continued)
Tyson McLain retakes the stand, under direct examination by Mr. Nick
Defense exhibit HH, marked for identification: Mendocino County
Court docket for Tyson McLain
Defense's exhibit HH received into evidence
Recess: 10:55a.m.
Reconvene: 11:11a.m.; All Parties present
Mr. McLain retakes the stand under direct examination by Mr. Nick
Recess: 11:58a.m.
Reconvene: 1:34p.m.; All Parties present
Mr. McLain retakes the stand under direct examination by Mr. Nick
Cross examination by Mr. Carr
Redirect by Mr. Nick
Witness excused
Recess: 2:58p.m.
Reconvene: 3:13p.m.; All Parties present
Parties enter into the following stipulations:  1) Greg Adair would
testify as he did on pages 98-100 on the preliminary hearing
transcript of the previous preliminary hearing in 2002
2) Greg Adair would testify that he never shot the weapon after
March of 1998    3) Greg Adair would testify he was never aware that
 MCLain owned the SKS rifle at any time    4) Nan McLain, the mother
 of Tyson McLain, would testify that Tyson told her the Adair's were
 making a deal in this case which involved bringing in a rifle
Above stipulations are as to preliminary hearing purposes only
Recess: 3:18p.m.
CONTINUED TO - 04/21/2006 at 10:00am 1, PRELIMINARY

04/21/2006 DE 1    Courtroom Minutes of Department 1

HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: Barrie Hart  CLK: KDH
Judge Wong has file(s)
Defendant present in custody
Defense Counsel J David Nick appearing
Preliminary hearing continues
Recess: 10:04 am
Court and counsel discuss status of exhibits for the record
Motion to Traverse Warrant Held
Court comments
Motion to Traverse Warrant Granted
Defense calls Hon. Raima Ballinger, sworn and testified
Cross examination
Witness excused
Defense rests
People rest
People argue
Defense argues
People respond

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 27

04/21/2006 DE 1    Courtroom Minutes of Department 1    (continued)
   Defendant held to answer Cournts 1,2, & 3 and special
   circumstances in Counts 1 and 2
   Defendant Held to Answer to count I PC 187(a) as charged
   Enhancement to count I PC 12022.53(d) held to answer
   Enhancement to count I PC 190.2(a)(15) held to answer
   Enhancement to count I PC 12022.53(c) held to answer
   Enhancement to count I PC 12022.5(a)(1) held to answer
   Enhancement to count I PC 12022.53(b) held to answer
   Enhancement to count I PC 190.2(a)(3) held to answer
   Defendant Held to Answer to count II PC 187(a) as charged
   Enhancement to count II PC 12022.53(d) held to answer
   Enhancement to count II PC 190.2(a)(15) held to answer
   Enhancement to count II PC 12022.53(c) held to answer
   Enhancement to count II PC 12022.5(a)(1) held to answer
   Enhancement to count II PC 12022.53(b) held to answer
   Enhancement to count II PC 190.2(a)(3) held to answer
   Defendant Held to Answer to count III PC 459 as charged
   Information to be filed - 05/05/2006 at 8:30am 2, INFORMATION TO BE
      FILED
   Exhibits withdrawn, to remain with submitting parties, for
   safekeeping.
   Bail remains as set

04/26/2006 DE 1
   FILE IN DEPT 2

05/02/2006 DE 1
   REPORTER'S TRANSCRIPT FILED -FELONY HEARING 04/12/06

05/03/2006 DE 1
   TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/14/06

05/04/2006 DE 1
   TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -VOL. XII (Pages
   1561-1711)

05/05/2006 DE 1    Courtroom Minutes of Department 2

   HON: Dean A. Beaupre  DDA: Daniel H. Carr  REP: TERI HOSMER  CLK: JT1
   File in Dept 2
   Defendant present in custody
   Defense Counsel J David Nick appearing
   M.Lindschild present
   J.Berk, County Counsel, present
   INFORMATION FILED
   F PC 187(a) 2 Counts                    F PC 459
   1st Amended Information filed

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA            Page 28

05/05/2006 DE 1    Courtroom Minutes of Department 2    (continued)
    Complaint orally amended to allege in Count 2 victim as Jason Blore
    Defendant waives reading of information
    After call of case, defense files Notice of Motion & Motion to
    Set Briefing Schedule for Pretrial & In Limine in Advance of Trial
    Defendant pleads Not Guilty to count I PC 187(a)
    Defendant pleads Not Guilty to count II PC 187(a)
    Defendant pleads Not Guilty to count III PC 459
    Enhancements/Allegations denied
    Fingerprint form filed
    Defendant does not waive time
    Jury Trial Set - 06/22/2006 at 9:30am 2, JURY TRIAL
    CONTINUED TO - 05/19/2006 at 8:30am 2, FURTHER PROCEEDINGS, APPOINT
        COUNSEL, TO SET, PRELIMINARY

05/09/2006 DE 1
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -03/27/06
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -03/28/06 VOL. II Pages
    72-163
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -03/29/06 VOL. III
    PAGES 164-246
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -03/30/06 VOL. IV PAGES
    247-364
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/21/06 VOL. XIII
    PAGES 1712-1763

05/15/2006 DE 1
    REQUEST TO RE-APPOINT PUBLIC DEFENDER FILED
    DECLARATION OF JEFFREY L. BERK IN SUPPORT OF REQUEST TO REAPPOINT
    PUBLIC DEFENDER FILED
    DECLARATION OF JOHN ABRAHAMS IN SUPPORT OF REQUEST TO REAPPOINT
    PUBLIC DEFENDER FILED
    PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO SET A BRIEFING
    SCHEDULEFOR PRETRIAL AND IN LIMINE MOTIONS IN ADVANCE OF TRIAL
    FILED

05/16/2006 DE 1
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/03/06
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/04/06
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/05/06
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/06/06
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED -04/10/06

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 29

05/19/2006 DE 1    Courtroom Minutes of Department 2

HON: C. WONG  DDA: Diana Gomez  REP: TERI HOSMER  CLK: JT1
FILE IN DEPT. 2
Defendant present in custody
Defense Counsel J David Nick appearing
C. Andrian appearing on behalf of C. Reynolds. J. Berk, County
Counsel, present and argues before the Court. Mr. Nick argues.
Court grants County Counsel's Request to reappoint the Public
Defender
Mr. Nick states he will now be counsel Pro Bono for Mr. Rutledge and
will remain representing Defendant.
Parties discuss invesigator bills; Court states it will need
briefing regarding the issue.
Court orders that all bills for Chris Reynolds investigative fees
prior to today's date be paid by the County of Sonoma.
CONTINUED TO - 05/23/2006 at 1:30pm 2, HEARING

05/23/2006 DE 1
Def's Request for Reconsideration of Appointment of
Defense Counsel J. David Nick Received

05/23/2006 DE 1    Courtroom Minutes of Department 2

HON: C. WONG  DDA: Diana Gomez  REP: Karen Stewart  CLK: JT1
Clerk files: defs request for reconsideration of appt of defense
counsel
Defense Counsel J Nick appearing
J Berk, county counsel present
Parties discuss legal issues; County of Sonoma will continue to
pay ancillary expenses incured in this case
Def would be willing to waive time, to trail Easterling in #1
Jury Trial Set - 06/22/2006 at 9:30am 2, JURY TRIAL
CONTINUED TO - 06/01/2006 at 8:30am 1, FURTHER PROCEEDINGS, Filing
of motion
Further proceedings pretrial motion, before Judge Daum - to file
995 motion
Court assigns case to Judge Daum
Motion for reconsideration Motion Denied

05/25/2006 DE 1
Order for Payment of Additional Fees of Investigator Filed
(FEES OF CHRIS REYNOLDS)

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 30

06/01/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives time to 08-01-2006 plus 30 days
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Pretrial Confirmation Set - 07/21/2006 at 8:30am 1, PRETRIAL
      CONFIRMATION
    Readiness Conference Set - 07/26/2006 at 9:00am 1, READINESS
      CONFERENCE
    Time estimate 2 months
    Vacated - 06/22/2006 at 9:30am 2
    CONTINUED TO - 06/08/2006 at 8:30am 1, Filing of motion

06/01/2006 DE 1
    NTC. OF MTN. & MTN. TO COMPEL DISCOVERY; DECLARATION OF COUNSEL

06/08/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Amy Ariyoshi  REP: KS  CLK: VL
    Mr Nick makes an oral motion to advance the trial date; people
    object
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives time to 8-1-2006 plus 30 days
    Pretrial Confirmation Set - 07/21/2006 at 8:30am 1, PRETRIAL
      CONFIRMATION
    Readiness Conference Set - 07/26/2006 at 9:00am 1, READINESS
      CONFERENCE
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Time estimate 2 months
    CONTINUED TO - 06/13/2006 at 8:30am 1, Filing of motion

06/12/2006 DE 1
    ALL FILES ARE IN #1

06/13/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Christine M Cook  REP: Barrie Hart  CLK: VL
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives time to 8/1/2006 plus 30 days
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Pretrial Confirmation Set - 07/21/2006 at 8:30am 1, PRETRIAL
      CONFIRMATION
    Readiness Conference Set - 07/26/2006 at 9:00am 1, READINESS
      CONFERENCE

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 31

06/13/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    Time estimate 2 months
    CONTINUED TO - 06/20/2006 at 8:30am 1, MOTION, COMPEL, DISCOVERY
    Motions Set - 07/12/2006 at 10:00am 1, MOTION
    Motions Filed
    Time estimate all day
    People to file their response to all the motions by 7/3/206. Any
    reply to be filed by 7/10/2006.

06/13/2006 DE 1
    DEFENDANT'S MTN. IN LIMINE TO EXCLUDE ADMISSION OF A SYMBOL THAT
    WASCARVED ABOVE A DOOR IM A CABIN OWNED BY DEFT.S PARENTS PER EV
    403
    DEFENDANT'S SUPPLEMENT TO THE OPPOSITION TO INTRODUCTION OF
    EVIDENCE FOR THE ALLEGED PURPOSE OF PROVINMG MOTION ON THE PART OF
    DEFENDANT'S OPPOSITION TO INTRODUCTION OF EVIDENCE FOR THE ALLEGED
    PURPOSE OF PROVING MOTIVE ON THE PART OF THE DEFENDANT
    DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE KNIFE FOUND AT THE
    CRIME SCENE
    DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CIRCUMSTANCES SURROUNDING
    AN APRIL 3, 2002 INCIDENT PURSUANT TO EV CODE 1101(B)
    DEFENDANT'S MTN. IN LIMINE TO EXCLUDE PHOTOGRAPHS AND VIDEOTAPES
    OF VICTIMS PURSUANT TO PC 352
    DEFENDANT'S MTN. IN LIMINE TO EXCLUDE THE PROSECUTION FROM
    REFERENCING THE WEAPON AS AN "ASSAULT RIFLE"
    DEFENDANT'S MTN. IN LIMINE TO DISMISS BECAUSE OF DENIAL OF RIGHT TO
    DUE PROCESS UNDER THE CONSTITUTIONS OF THE US AND CALIFORNIA BASED
    DEFT'S OBJECTION TO ADMISSION OF PRIOR SHOTGUN POSSESSION
    CONVICTION& UNCHARGED HARRASING PHONE CALL INCIDENT PURSUANT TO EV
    CODE 1101
    NTC. OF MTN. & MTN. TO SET ASIDE INFORMATION PER PC 995 AND
    CALIFORNIA COMMON LAW
    DEFT'S MTN. IN LIMINE TO EXCLUDE ANY MENTION OF ANY ALLEGED FIGHT
    BETWEEN DEFT. & VICTIM JASON BLORE AS A MOTIVE FOR EITHER OF THE

06/16/2006 DE 1
    MTN. IN LIMINE TO PERMIT INTRODUCTION OF TYSON MCLAIN'S VIDEO
    RECORDED POLYGRAPH EXAM, MEMORANDUM OF P&A
    DEFENDANT'S MTN. IN LIMINE TO EXCLUDE ADMISSION OF DEFENDANT'S
    PRIOIR BAD ACTS PER EVIDENCE CODE 1101(B)
    DEFENDANT'S MEMORANDUM OF P&A IN SUPPORT OF DEFT'S MTN. TO EXCLUDE
    HEARSAY STATEMENTS PURSUANT TO CRAWFORD V.WASHINGTON
    DEFENDANT'S OPPOSITION TO THE USE OF PSYCHIATRIC PROFILE EVIDENCE
    AND PSYCHIATRIC EVIDENCE THAT DEFENDANT HAD CAPACITY TO HARBOR

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page 32

06/20/2006 DE 1
    DEFENDANT'S MTN. IN LIMINE TO INSTRUCT THE PROSECUTION TO ADVISE
    ALL WITNESSES OF THE ORDERS OF THE COURT FOLLOWING IN LIMINE MTNS.
    DEFT. MTN. IN LIMINE TO EXCLUDE EVIDENCE OF A FIREARM ALLEGED TO
    HAVE BEEN BROUGHT TO THE RESIDENCE OF FLORA GREVE OR ANY FIREARM
    DEFT'S MTN. IN LIMINE TO ORDER THE PROSECUTION NOT TO DISPARGE
    DEFENSE COUNSEL OR MEMBERS OF THE DEFENSE IN THE PRESENCE OF THE
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. FOR DISCOVERY

06/20/2006 DE 1     Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Christine M Cook  REP: Barrie Hart  CLK: VL
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Court request that any reports/information regarding Jeff Berk and
    Deborah Becker should be provided to the defense.  Court request
    both parties bring all the exhibits of theirs on the hearing of
    July 12, 2006 that were marked at the preliminar hearing.
    Defendant waives time to 8-1-2006 plus 30 days
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Pretrial Confirmation Set - 07/21/2006 at 8:30am 1, PRETRIAL
      CONFIRMATION
    Readiness Conference Set - 07/26/2006 at 9:00am 1, READINESS
      CONFERENCE
    Time estimate 2 months
    CONTINUED TO - 07/12/2006 at 10:00am 1, MOTION

06/21/2006 DE 1
    subpoenaed records received from Sonoma County Permit
    and Resource Management Dept.

06/28/2006 DE 1
    subpoenaed records received from Calaveras County Jail/
    Sheriff's Dept.

06/30/2006 DE 1
    subpoenaed records received from DMV

07/05/2006 DE 1
    PEOPLE'S ADDITIONAL MOTIONS IN LIMINE
    PEOPLE'S MOTION IN LIMINE TO ADMIT DEFENDANT'S STATEMENTS
    PEOPLE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF WITNESS' PRIOR
    CONVICTIONS
    PEOPLE'S MOTION IN LIMINE TO ADMIT DEFENDANT'S PRIOR FELONY
    CONVICTION
    PEOPLE'S MOTION IN LIMINE TO ADMIT DEFENDANT'S PRIOR FELONY
    CONVICTION
    PEOPLE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THIRD PARTY

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 33

07/05/2006 DE 1                                        (continued)
    CULPABILITY
    PEOPLE'S MOTION IN LIMINE TO ALLOW THE JURY TO VIEW THE CRIME
    SCENE
    PEOPLE'S MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT'S
    UNCHARGED MISCONDUCT
    PEOPLE'S MOTION IN LIMINE TO ADMIT PHOTOGRAPHS OF VICTIMS
    NTC. OF MTN. & MTN. TO DISMISS INFORMATION FOR FAILURE OF THE
    PROSECUTION TO DIVULGE MATERIAL EXCULPATORY EVIDENCE PRIOR TO THE

07/07/2006 DE 1
    PEOPLE'S OPPOSITION TO DEF'S MTN TO DISMISS INFO FOR FILURE TO
    DIVULGE EXCUPATORY EVIDENCE PRIOR TO THE PRELIM EXAMINATION FILED

07/07/2006 DE 1    Courtroom Minutes of Department 1

    CLK: VL
    ---------- In Chambers Minutes in #1 ----------
    Defendant not present
    Defense Counsel Not present
    Due to clerical mistake any and all ex-parte/order shortening time
    motions from both the People and Defensen will be heard on
    Wednesday, July 12, 2006 at 10:00 a.m. in Department One.
    CONTINUED TO - 07/12/2006 at 10:00am 1, MOTION

07/07/2006 DE 1
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. TO DISMISS PER PC 995
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE
    PHOTOGRAPHS AND VIDEOTAPES OF VICTIMS
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO PERMIT
    INTRODUCTION OF TYSON MCLAIN'S VIDEO RECORDED POLYGRAPH EXAM
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE
    STATEMENTS PURSUANT TO UNITED STATES V. CRAWFORD
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE
    EVIDENCE OF A FIREARM
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE ANY
    MENTION OF ALLEGED FIGHT BETWEEN DEFENDANT AND JASON BLORE
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE THE
    KNIFE FOUND AT THE CRIME SCENE
    PEOPLE'S NON-OPPOSITIONM TO DEFENDANT'S MTNS INM LIMINE OR PARTS OF
    MOTIONS
    PEOPLE'S OPPOSITION TO DEFENDANT'S MTN. IN LIMINE TO EXCLUDE
    SYMBOL IN DEFENDANT'S HOME

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 34

07/10/2006 DE 1
    PEOPLE'S OPPOSITION TO DEF'S MTN IN LIMINE TO DISMISS FOR
    PREACCUSATION DELAY FILED
    EX-PARTE REQUEST FOR ORDER SHORTENING TIME
    ORDER SHORTENING TIME FOR HEARING ON MTN. TO COMPEL DISCOVERY
    NTC. OF MTN. & MTN. FOR FORMAL DISCOVERY ORDER
    MEMORANDUM OF POINTS & AUTHORITIES
    DECLARATION OF DIANA E. GOMEZ IN SUPPORT OF NTC. OF MTN. & MTN. FOR
    FORMAL DISCOVERY ORDER

07/12/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Deanne Murphey  CLK: VL
    Also present in Court is Deputy D.A. Christine Cook.
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Court and counsel discuss legal issues and motions in limine.
    At 11:36 a.m. Court declares a break.
    At 11:45 a.m. Court reconvenes.  All counsel are present.
    Defendant present.
    Court and counsel resume discussion of legal issues and motions in
    limine.
    At 12:06 p.m. Court declares the regular noon recess, whereby
    Court is adjourned until 1:30 p.m.
    At 1:35 p.m. Court reconvenes.  All counsel are present.
    Defendant present.  Court Reporter is Barrie Hart.
    Court and counsel resume discussion of legal issues and motions in
    limine.
    995 PC Motion Denied (in its entirety)
    At 3:46 p.m. Court declares a break.
    At 4:03 p.m. Court reconvenes.  All counsel present.  Defendant
    present.
    Court addresses with Ms. Gomez and Mr. Nick the request of if the
    Defendant and counsel would waive their presence and just have the
    Court and Court personnel go downstairs to the juryroom where the
    Court will address the prospective jurors regarding the time
    frame of the case, questionnaires and hardship.
    Ms. Gomez on behalf of the People advises the Court that she will
    waive her right to be present.
    Mr. Nick will discuss it with his client and advise the Court at
    the next hearing.
    Matter is continued to July 20, 2006 at 10:30 a.m. in Department
    One for further hearing on the various motions.
    Court is adjourned at 4:14 p.m.
    CONTINUED TO - 07/20/2006 at 10:30am 1, MOTION

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA            Page 35

07/12/2006 DE 1
    DEFENDANT'S OPPOSITION TO PROSECUTION'S MOTIONS IN LIMINE
    PEOPLE'S SUPPLEMENTAL MOTION IN LIMINE TO EXCLLUDE EVIDENCE OF
    THIRD PARTY CULPABILITY
    SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO DISMISS
    FOR PREACCUSATION DELAY
    DECL. OF J. DAVID NICK IN SUPPORT OF APPLICATION FOR FURTHER FUNDS
    FOR CHRIS REYNOLDS INVESTIGATION (FILED UNDER SEAL)
    EX-PARTE REQUEST TO AMEND ORDER FOR APPOINTMENT OF SECONDARY
    COUNSEL (FILED UNDER SEAL)
    ORDER TO PRODUCE A COPY OF SONOMA COUNTY PROBATION RECORDS FOR
    ZACHARIAH RUTLEDGE IN SCR-24928 (FILED UNDER SEAL)
    ORDER FOR DISBURSEMENT OF FURTHER FUNDS FOR DEFENSE INVESTIGATOR
    CHRIS REYNOLDS FOR AN INDIGENT DEFENDANT (FILED UNDER SEAL)
    ORDER AMENDING APPOINTMENT OF PARALEGAL (FILED UNDER SEAL)
    DEFT'S EX PARTE REQUEST TO INSPECT HIS PROBATION RECORDS; DECL. OF
    COUNSEL (FILED UNDER SEAL)

07/18/2006 DE 1
    DEFENDANT'S OFFER OF PROOF REGARDING MARK WHEELER (THIRD PARTY
    CULPABILITY)

07/20/2006 DE 1      Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Larry J. Scoufos  REP: Karen Stewart  CLK: VL
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Defendant waives time to 8-1-2006 plus 30 days
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Pretrial Confirmation Set - 07/25/2006 at 10:30am 1, PRETRIAL
      CONFIRMATION
    Readiness Conference Set - 07/25/2006 at 10:30am 1, PRETRIAL
      CONFIRMATION, READINESS CONFERENCE
    Time estimate 2 months
    Vacated - 07/21/2006 at 8:30am 1
    Vacated - 07/26/2006 at 9:00am 1
    Court will now proceed with the hearing on the Writ Of Mandate.
    Present in Court is Defendant, Attorney J. David Nick and John
    Abrahams.
    Court ask Mr. Abrahams the following questions:
    1.  Does the Public Defender's Office have a conflict
    representing the Defendant in this case, to which he responds No.
    2.  Is the Public Defender's Office available and ready for trial
    in this matter which is set for August 1, 2006, to which he
    responds No.
    3.  How long would it take the Public Defender's Office to come up
    to speed and be ready for trial in this matter, to which he
    responds 90 days or moare.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 36

07/20/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    Based on the information provided to the Court, Court finds that
    there is good cause to appoint and have the representation of the
    Defendant by J. David Nick for reasons stated in open Court.
    Court appoints Mr. J. David Nick to represent the Defendant
    Zachariah Rutledge through the entire trial and at the expense of
    the County Of Sonoma.  This order is being made Nunc Pro Tunc to
    May 19, 2006.

07/20/2006 DE 1
    PEOPLE'S ADDENDUM #2 TO PEOPLE'S PROPOSED WITNESS LIST
    REPORTERS TRANSCRIPT OF PROCEEDINGS (MAY 23, 2006)

07/21/2006 DE 1
    SUBPOENAED RECORDS RECEIVED FROM DMV FOR SUBPOENA DATED 7/18/06
    SUBPOENAED RECORDS RECEIVED FROM DMV FOR SUBPOENA DATED 8/1/06

07/25/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Court and counsel discuss motions in limine.
    Defendant waives time to 8-1-2006 plus 30 days
    Jury Trial Set - 08/01/2006 at 9:30am 1, JURY TRIAL
    Pretrial Conference Held
    Time estimate 2 months
    CONTINUED TO - 07/26/2006 at 10:30am 1, MOTION

07/25/2006 DE 1
    PEOPLE'S P&A IN SUPPORT OF REQUEST FOR PROTECTIVE ORDER
    PEOPLE'S P&A IN SUPPORT OF REQUEST FOR COURT ORDER THAT DEFENSE
    ATTYDAVID NICK OR DEP. PD TURN OVER EVIDENCE TO THE PEOPLE

07/26/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
    This cause comes on regularly this date for further hearing on the
    pretrial motions and motions in limine pursuant to adjournment of
    July 25, 2006.  At 10:32 a.m. Court convened.  Counsel J. David
    Nick present.  Defendant present.
    Court and counsel resume discussion of pretrial motions and motions
    in limine.
    At 11:45 a.m. Court declares the regular noon recess, whereby
    Court is adjourned until 1:30 p.m.
    At 1:32 p.m. Court reconvenes.  Counsel J. David Nick present.
    Defendant present.
    Court and counsel resume discussion of pretrial motions and motions

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 37

07/26/2006 DE 1     Courtroom Minutes of Department 1    (continued)
in limine.
At 2:47 p.m. Court declares a break.
At 3:01 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 3:31 p.m. Court is adjourned until July 27, 2006 at 10:30 a.m.
in Department One for further hearing on motions.
CONTINUED TO - 07/27/2006 at 10:30am 1, MOTION

07/26/2006 DE 1
REQUEST FOR THE PRODUCTION OF WITNESS ADDRESSES

07/27/2006 DE 1     Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: CHRIS ARNESON  CLK: VL
This cause comes on regularly this date for further pretrial
motions and motions in limine pursuant to adjournment of July
26, 2006.  At 10:51 a.m. Court convened.  Counsel J. David Nick
present.  Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 11:26 a.m. Court declares the regular noon recess, whereby
Court is adjourned until 1:45 p.m.
At 2:02 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  Clerk is Juli Thompson.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 3:00 p.m. Court declares a break.
At 3:18 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 4:19 p.m. Court declares a break.
At 4:24 p.m. Court reconvenes.  Counsel, J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motion
in limine.
Vacated - 08/01/2006 at 9:30am 1
CONTINUED TO - 08/03/2006 at 10:30am 1, MOTION

08/02/2006 DE 1
DEFENDANT'S ADDITIONAL INLIMINE MOTIONS
DEF'S MTN ON LIMINE TO EXCLUDE EVDNCE & CRCMSTNCS SURROUNDING AN
SKSRIFLE ALLEGED TO HAVE BEEN TAKEN FROM ADAIR RESDNCE IN 96 BY DEF

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 38

08/03/2006 DE 1     Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
This cause comes on regularly this date for further hearing on
pretrial motions and motions in limine pursuant to adjournment of
July 27, 2006.  At 10:57 a.m. Court convened.  Counsel J. David
Nick present.  Defendant present.
Court and counsel go over juror hardship form and calendar.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 12:01 p.m. Court declares the regular noon recess, whereby
Court is adjourned until 1:30 p.m.
At 1:40 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 2:43 p.m. Court declares a break.
At 2:56 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
Court admonishes counsel Nick regarding his voice volume and tone
earlier.
At 3:20 p.m. Court declares a recess.
At 3:46 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 4:42 p.m. Court is adjourned until August 4, 2006 at 10:00 a.m.
in Department One for further hearing on motions.
CONTINUED TO - 08/04/2006 at 10:00am 1, MOTION

08/04/2006 DE 1     Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 1ST DAY
This cause comes on regularly this date for further hearing on
pretrial motions commencement of jury trial pursuant to adjournment
of August 3, 2006.  At 10:08 a.m. Court convened out of the
presence of prospective jurors.  Counsel J. David Nick present.
Defendant present.
Court will close the Courtroom at this time to take up a matter
that was presented to the Court on an ex-parte basis by Chris
Reynolds.
Only person's present in the Courtroom are the Court, Court Staff,
Court Security, Defendant, District Attorney and Defendant's
Legal Staff.
Chris Reynolds addresses the Court.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 39

08/04/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Ms. Gomez addresses the Court.
At 10:19 a.m. Courtroom is open to the public.
Court and counsel resume discussion of pretrial motions and motions
in limine.
Counsel advise the Court that they have no objection to this Court
going on its own to view the property in question.
At 11:12 a.m. Court declares a break.
At 11:34 a.m. Court reconvenes.
Court will close the Courtroom.
Only persons present in the Courtroom are the Court, Court Staff,
Court Security, Defendant, District Attorney and Defendant's Legal
Staff.
Ms. Gomez addresses the Court.
At 11:36 a.m. Courtroom is open to the public.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 12:13 p.m. Court declares the regular noon recess, whereby
Court is adjourned until 1:30 p.m.
At 1:30 p.m. Court goes on the record out of the presence of the
Defendant and District Attorney in the jury room.  Court present,
Court Clerk present, Court Reporter present and Bailiff's are
present.  First panel of prospective jurors are sworn in as to
their qualifications.  The Court briefly outlines the case to the
prospective jurors and explains the time frame of this case.
At 1:50 p.m. prospective jurors not claiming a hardship are
admonished and excused to remain in the juryroom to complete the
jury questionnaire and return to Courtroom One on Thursday, August
10, 2006 at 10:00 a.m. for commencement of jury selection.
Prospective jurors who are claiming a hardship remain in the
juryroom and fill out their hardship forms and are advised to go
to Courtroom One at 3:00 p.m.
Court is adjourned out of the presence of Defendant and District
Attorney at 1:55 p.m.
At 2:58 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.
Prospective jurors that are claiming a hardship are brought into
the Courtroom.
Court introduces parties to the prospective jurors.
Court and counsel remain in session and hear hardship excuses from
prospective jurors.
At 4:22 p.m. Court is adjourned until Tuesday, August 8, 2006 at
1:30 p.m. in Department One.
Map is marked Court Exhibit No. 1.
Large Color Photograph is marked Court Exhibit No. 2.
Large Color Photograph is marked Court Exhibit No. 3.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 40

08/04/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    Large Color Photograph is marked Court Exhibit No. 4.
    Large Color Photograph is marked Court Exhibit No. 5.
    CONTINUED TO - 08/08/2006 at 1:30pm 1, JURY TRIAL

08/04/2006 DE 1
    DEFENDANT'S RESPONSE TO PEOPLE'S MTN. IN LIMINE TO ADMIT
    DEFENDANT'S SEPTEMBER 17, 1999 INTERVIEW
    DEFENDANT'S RENEWED MTN. IN LIMINE TO ORDER THE PROSECUTION NOT TO
    DISPARAGE DEFENSE CSL OR MEMEBERS OF THE DEFENSE TEAM IN THE

08/07/2006 DE 1
    DEFENDANT'S RESPONSE TO PEOPLE'S REQUEST FOR GAG ORDER

08/08/2006 DE 1
    SUPBOENED RECORDS FROM SBC

08/08/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez   REP: Barrie Hart   CLK: VL
    JURY TRIAL - 2ND DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of August 4, 2006. At 1:30 p.m. Court
    goes on the record out of the presence of the Defendant and
    District Attorney in the juryroom. Court present, Court Clerk
    present, Court Reporter present and Bailiff is present. Second
    panel of prospective jurors are sworn in as to their qualifications.
    The Court briefly outlines the case to the prospective jurors and
    explains the time frame of this case. At 1:46 p.m. prospective
    jurors not claiming a hardship are admonished and excused to remain
    in the juryroom to complete the jury questionnaire and return to
    Courtroom One on Thursday, August 10, 2006 at 10:00 a.m. for
    commencement of jury selection. Prospective jurors who are
    claiming a hardship remain in the juryroom and fill out their
    hardship forms and are advised to go to Courtroom One at 3:00 p.m.
    Court is adjourned out of the presence of the Defendant and
    District Attorney at 1:47 p.m.
    At 2:52 p.m. Court reconvenes out of the presence of the 2nd panel
    of prospective jurors. Counsel Chris Andrian specially appearing
    on behalf of attorney J. David Nick. Defendant present.
    Defendant personally advises the Court that he agrees that Mr.
    Andrian may participate in the questioning of hardships today.
    At 3:09 p.m. Court is adjourned.
    At 3:15 p.m. Court reconvenes. Counsel Chris Andrian present.
    Defendant present.
    2nd panel of prospective jurors that are claiming a hardship are
    brought into the Courtroom.
    Court introduces parties to the 2nd panel of prospective jurors.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 41

08/08/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Court and counsel remain in session and hear hardship excuses from
2nd panel of prospective jurors.
At 4:50 p.m. Court is adjourned until Wednesday, August 9, 2006 at
11:30 a.m. in Department One.
CONTINUED TO - 08/09/2006 at 11:30am 1, JURY TRIAL

08/08/2006 DE 1
DECL. OF E. MICHAEL LINSCHEID, PARALEGAL/SECONDARY CSL. REQUESTING
REIMBURSEMENT FROM THE COS FOR FUNDS EXPUNDED OBO DEFT. (FILED
ORDER FOR THE DISBURSEMENT OF FUNDS TO SECONDARY DEF. CSL/PARALEGAL
E. MICHAEL LINSCHEID FOR FUNDS EXPENDED OBO DEFENSE (FILED UNDER

08/09/2006 DE 1    Courtroom Minutes of Department 1

HON. ELLIOT LEE DAUM   DDA: Diana Gomez   REP: Barrie Hart   CLK: VL
JURY TRIAL - 3RD DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 8, 2006.  At 11:37 a.m. Court
convened out of the presence of prospective jurors.  Counsel J.
David Nick present.  Defendant present.  Also present in Court is
Deputy D.A. Christine Cook.
Court and counsel resume discussion of pretrial motions and motions
in limine.
At 12:07 p.m. Court declares the regular noon recess, whereby
Court is adjourned until 1:30 p.m.
At 1:34 p.m. Court goes on the record out of the presence of the
Defendant in the juryroom.  Court present, Court Clerk present,
Court Reporter present, Bailiff present, District Attorney
present, J. David Nick present.  Third panel of prospective jurors
are sworn in as to their qualifications.  The Court briefly
outlines the case to the prospective jurors and explains the time
frame of this case.  At 1:52 p.m. prospective jurors not claiming
a hardship are admonished and excused to remain in the juryroom to
complete the jury questionnaire and return to Courtroom One on
Thursday, August 10, 2006 for commencement of jury selection.
Prospective jurors who are claiming a hardship remain in the
juryroom and fill out their hardship forms and are advised to go to
Courtroom One at 3:00 pm.
Court is adjourned out of the presence of the Defendant at 1:54 p.m.
At 2:46 p.m. Court reconvenes out of the presence of the
prospective jurors.  Counsel J. David Nick present.  Defendant
present.
At 2:56 p.m. third panel of prospective jurors that are claiming
a hardshp are brought into the Courtroom.
Court introduces parties to the 3rd panel of prospective jurors.
Court and counsel remain in session and hear hardship excuses
from 3rd panel of prospective jurors.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 42

08/09/2006 DE 1    Courtroom Minutes of Department 1    (continued)
At 3:35 p.m. Court declares a break.
At 3:50 p.m. Court reconvenes out of the presence of the
prospective jurors. Counsel J. David Nick present. Defendant
present. Also present in Court is D.A. Christine Cook.
Court and counsel resume discussion of legal issues.
Court issues the following protective order: It is the Order of
this Court that no party to this action, nor any attorney connected
with this case as defense counsel or as a prosecutor, nor any
other attorney, nor any public official, including but not limited
to any chief ofpolice, nor any sheriff, nor any agent, deputy or
employee of any such persons, nor any witness having appeared at
the preliminary hearing in this matter, nor any person subpoenaed
to testify at the trial of this matter, shall release or authorize
the release for public dissemination of any purported extrajudicial
statement of either of the defendants releating to this case, nor
shall any such persons release or authorize the release of any
documents, exhibits, or any evidence, the admissibility of which
may have to be determined by the Court, nor shall any such person
make any statement for public dissemination as to the existence or
possible existence of any document, exhibit, or any other evidence,
teh admissibility of which may have to be determined by the Court.
Nor shall any such persons express outside of court an opinion or
make any comment for public dissemination as to the weight, value,
or effect of any evidence as tending to establish guilt or
innocence. Nor shall any such persons make any statement outside
of court as to the nature, substance, or effect of any testimony
that has been given. Nor shall any such persons issue any state-
ment as to the identity of any prospective witness or his
probable testimony, or the effect thereof. Nor shall any person
make any out-of-court statement as to the nature, source, or
effect of any purported evidence alleged to have been accumulated
as a result of the investigation of this matter. Nor shall any
such person or any witness, whether or not under subpoena, make
any statement as to the content, nature, substance, or effect of
any testimony which may be given in any proceeding related to this
matter, except that a witness may discuss any matter with any
attorney of record or agent thereof. "This Order does not include
any of the following. 1. Factual statements of the accused
person's name, age, residence, occupation, and family status.
2. The circumstances of the arrest, namely, the time and place of
the arrest, the identity of the arresting and investigating
officers and agencies, and the length of the investigation.
3. The nature, substance, and text of the charge, including a
brief description of the offenses charged. 4. Questions from,
or any reference without comment to, public records of the Court in
the case, or to other public records or communications heretofore
disseminated to the public. 5. The scheduling and result of any

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 43

08/09/2006 DE 1    Courtroom Minutes of Department 1    (continued)
stage of the judicial proceeding held in open Court in an open
or public session.  6.  A request for assistance in obtaining
evidence.  7.  Any information as to any person not in custody
who is sought as a possible suspect or witness, nor any statement
aimed at warning the public of any possible danger as to such
person not in custody.  8.  A request for assistance in the
obtaining of evidence or the names of possible witnesses.  This
Order is not intended to preclude any witness from discussing any
matter in connection with the case with any of the attorneys
representing the defendants or the People, or any representative of
such attorneys.
Court and counsel resume discussion of legal issues.
At 4:10 p.m. Courtroom is closed to the public.
Only person's present in the Courtroom are the Court, Court Staff,
Court Security, Defendant, District Attorney (both), and
Defendant's Legal Staff.
Ms. Cook addresses the Court.
At 4:20 p.m. Courtroom is open to the public.
Court and counsel resume discussion of legal issues.
At 4:30 p.m. Court is adjourned until August 10, 2006 at 10:00 a.m.
in Department One for commencement of voir dire.
CONTINUED TO - 08/10/2006 at 10:00am 1, JURY TRIAL

08/10/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 4TH DAY
This cause comes on regularly this date for further jury trial/
commencement of voir dire pursuant to adjournment of August 9, 2006.
At 10:17 a.m. Court convened out of the presence of the prospective
jurors.  Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 10:21 a.m. prospective juror number 1202 is brought into the
Courtroom and asked questions by the Court.
By stipulation of counsel, prospective juror number 1202 is excused.
At 10:44 a.m. prospective jurors (panels 1, 2 and 3) are brought
into the Courtroom.
Court addresses said prospective jurors.
Clerk reads the 1st Amended Information to the prospective jurors.
Upon order of the Court the clerk calls the numbers of eighteen
(18) prospective jurors to fill the box.
Court and counsel commence voir dire of prospective jurors seated
in the box.
At 11:51 a.m. Court admonishes the prospective jurors and declares
the regular noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:41 p.m. Court reconvenes out of the presence of the
prospective jurors.  Counsel J. David Nick present.  Defendant

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 44

08/10/2006 DE 1    Courtroom Minutes of Department 1    (continued)
present.
At 1:42 p.m. prospective juror number 752 is brought into the
Courtroom and asked questions by the Court.
At 1:46 p.m. prospective juror number 752 exits the Courtroom.
Ms. Gomez on behalf of the People request challenge for cause.
Mr. Nick on behalf of the Defendant objects.
Court DENIES the challenge for cause.
At 1:55 p.m. prospective jurors are brought into the Courtroom.
All prospective jurors are present.
Court and counsel resume voir dire of prospective jurors seated in
the box.
At 3:15 p.m. Court declares a break.
Out of the presence of the prospective jurors, Court and counsel
remain in session.  Defendant present.
Ms. Gomez on behalf of the People challenges for cause prospective
jurors number 1059 and 999.
Mr. Nick on behalf of the Defendant objects.
Court DENIES the challenges.
At 3:23 p.m. Court declares a break.
At 3:42 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All prospective jurors are present.
Court and counsel resume voir dire of prospective jurors seated in
the box.
At 4:35 p.m. Court admonishes the prospective jurors and
prospective jurors are excused until Friday, August 11, 2006 at
10:00 a.m. in Department One.
Court and counsel remain in session and hear hardship excuses
from prospective jurors.
Stop at 4:53 p.m.
Out of the presence of the prospective jurors, Court and counsel
remain in session.  Defendant present.  Also present in Court is
attorney Marie Case.
Court and counsel discuss legal issues.
Court is adjourned at 5:00 p.m.
CONTINUED TO - 08/11/2006 at 10:00am 1, JURY TRIAL

08/11/2006 DE 1
SUBPOENED RECORDS REC-SHERIFF'S DEPT

08/11/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 5TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 10, 2006.  At 10:09 a.m. Court
convened out of the presence of the prospective jurors.  Counsel
J. David Nick present.  Defendant present.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 45

08/11/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Court and counsel discuss legal issues.
Mr. Nick on behalf of the Defendant request challenge for cause
as to prospective juror number 814.
Ms. Gomez on behalf of the People objects.
Court DENIES the challenge for cause.
At 10:21 a.m. prospective jurors are brought into the Courtroom.
All prospective jurors are present.
Court and counsel resume voir dire of prospective jurors seated in
the box.
Peremptory Challenges having been exercised and both sides now
being satisfied, the following are sworn in to try the cause:
#725; #764; #1253; #1092; #1118; #937; #1083; #805; #839; #1241;
#1220 and #1231.
At 12:00 p.m. Court admonishes the jurors and remaining
prospective jurors and declares the regular noon recess, whereby
Court is adjourned until 1:30 p.m.
At 1:33 p.m. Court reconvenes out of the presence of the jury and
prospective jurors.  Counsel J. David Nick present.  Defendant
present.
Court receives a note from juror number 1083 sitting in seat
number seven.
Court and counsel discuss said note.
At 1:37 p.m. juror number 1083 sitting in seat number seven is
brought into the Courtroom.
Court advises said juror that the Court is not going to be granted
his hardship for reasons stated in open Court.
At 1:41 p.m. remaining jurors and prospective jurors are brought
into the Courtroom.
Court and counsel resume voir dire of prospective jurors seated in
the box regarding alternate jurors.
At 2:44 p.m. Court declares a break.
At 3:03 p.m. Court reconvenes out of the presence of the jury
and prospective jurors.  Counsel J. David Nick present.  Defendant
present.
Prospective juror number 1006 is brought into the Courtroom and
asked questions by the Court and counsel.
At 3:07 p.m. prospective juror number 1006 exits the Courtroom.
At 3:07 p.m. prospective juror number 644 is brought into the
Courtroom and asked questions by the Court and counsel.
Following discussion with prospective juror number 644, Court
excuses said prospective juror.
At 3:12 p.m. prospective juror number 644 exits the Courtroom.
At 3:15 p.m. jurors and prospective jurors are brought back into
the Courtroom.
Court and counsel resume voir dire of prosepctive jurors seated in
the box regarding alternate jurors.
Premptory Challenges having been exercised and both sides now

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 46

08/11/2006 DE 1    Courtroom Minutes of Department 1    (continued)
      being satisfied, the following are sworn in as the alternate
      jurors: #1082; #699; #1006 and #777.
      Court reads Preliminary Instructions to the jury.
      At 4:03 p.m. Court admonishes the jury and jurors are excused
      until Tuesday, August 15, 2006 at 10:00 a.m. in Department One.
      Out of the presence of the jury, Court and counsel remain in
      session.
      Court and counsel discuss legal issues.
      Court is adjourned at 4:20 p.m.
      CONTINUED TO - 08/15/2006 at 10:00am 1, JURY TRIAL

08/11/2006 DE 1
      JURY TRIAL COMMENCED

08/14/2006 DE 1
      Media Request Filed (Press Democrat) for 8/15/06 Hearing
      Order on Media Request filed is Denied (Press Democrat) for 8/15/06
      Hearing

08/15/2006 DE 1
      PEOPLE'S ADDENDUM #3 TO PEOPLE'S PROPOSED WITNESS LIST

08/15/2006 DE 1    Courtroom Minutes of Department 1

      HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
      JURY TRIAL - 6TH DAY
      This cause comes on regularly this date for further jury trial
      pursuant to adjournment of August 11, 2006. At 10:04 a.m. Court
      convened out of the presence of the jury. Counsel J. David Nick
      present. Defendant present.
      Court and counsel discuss legal issues.
      Note From Juror is marked Court Exhibit No. 1.
      Note From Juror is marked Court Exhibit No. 2.
      At 10:26 a.m. jurors are brought into the Courtroom. All jurors
      are present.
      Ms. Gomez makes her opening statement to the jury on behalf of
      the People.
      At 10:47 a.m. Court declares a break.
      At 10:52 a.m. Court reconvenes out of the presence of the jury.
      Counsel J. David Nick present. Defendant present.
      Court and counsel discuss legal issues.
      At 10:54 a.m. jurors are brought into the Courtroom. All jurors
      are present.
      Mr. Nick makes his opening statement to the jury on behalf of the
      Defendant.
      At 12:02 p.m. Court admonishes the jurors and declares the regular
      noon recess, whereby Court is adjourned until 1:30 p.m.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 47

08/15/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned until 12:05 p.m.
At 1:30 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
Court DENIES Defendant's request to disqualify juror number 1083.
At 1:35 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Mr. Nick resumes making his opening statement to the jury on behalf
of the Defendant.
At 3:00 p.m. Court declares a break.
At 3:18 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 3:21 p.m. jurors are brought into the Courtroom.  All jurors are
present.
Mr. Nick resumes making his opening statement to the jury on behalf
of the Defendant.
Emily Musgrave is sworn and testifies on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 1 on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 2 on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 3 on behalf of the People.
Vela Millen is sworn and testifies on behalf of the People.
Color Photograph is marked Exhibit No. A for Identification on
behalf of the Defendant.
At 4:42 p.m. Court admonishes the jury and jurors are excused
until August 16, 2006 at 10:00 a.m. in Department One.
Out of the presence of the excused jurors, Court and counsel
remain in session.  Defendant present.
Also present in the Courtroom is alternate juror number 4 #777.
Court ask questions of alternate juror number 777.
Court DENIES alternate juror number 4 #777 hardship claim for
reasons stated in open Court.
At 4:48 p.m. alternate juror number 4 #777 exits the Courtroom.
Court and counsel remain in session and discuss legal issues,
whereby at 5:00 p.m. Court is adjourned.
CONTINUED TO - 08/16/2006 at 10:00am 1, JURY TRIAL

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 48

08/15/2006 DE 1
    MEMO OF L&M TO PERMIT DEFENSE CSL. TO IMPEACH AND/OR EXAMINE
    PROSECUTION WITNESS TYSON MCLAIN THROUGH PRIOR INCONSISTENT
    DEFENDANT'S MEMO OF LAW IN SUPPORT OF DISQUALIFICATION OF JUROR
    #1083 FOR INTENTIONALLY CONCEALING AND/OR GIVING FALSE ANSWERS

08/16/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
    JURY TRIAL - 7TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of August 15, 2006.  At 10:04 a.m. Court
    convened out of the presence of the jury.  Counsel J. David Nick
    present.  Defendant present.
    Note From Juror is marked Court Exhibit No. 3.
    Court and counsel discuss legal issues.
    At 10:06 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Vela Millen heretofore sworn resumes the stand and further
    testifies.
    DVD is marked Exhibit No. 4 for Identification on behalf of the
    People.
    Thomas Dean Lynch is sworn and testifies on behalf of the People.
    Blow Up Of Aerial Photograph is marked Exhibit No. 5 for
    Identification on behalf of the People.
    Blow Up Of Aerial Photograph is marked Exhibit No. 6 for
    Identification on behalf of the People.
    Tape is marked Exhibit No. 7 for Identification on behalf of the
    People.
    Copy Of Transcript is marked Exhibit No. 7-A for Identification on
    behalf of the People.
    Counsel stipulate that the Court Reporter need not transcribe the
    listening of the tape.
    Color Photograph is marked Exhibit No. B for Identification on
    behalf of the Defendant.
    Color Photograph is marked Exhibit No. C for Identification on
    behalf of the Defendant.
    Color Photograph is marked Exhibit No. D for Identification on
    behalf of the Defendant.
    Color Photograph is marked Exhibit No. E for Identification on
    behalf of the Defendant.
    Color Photograph is marked Exhibit No. F for Identification on
    behalf of the Defendant.
    Exhibit(s) B-F heretofore marked for Identification are offered and
    received into evidence and bear the same mark.
    Blow Up Color Photograph is offered and received into evidence and
    marked Exhibit No. G on behalf of the Defendant.
    Color Photograph is marked Exhibit No. H for Identification on

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 49

08/16/2006 DE 1    Courtroom Minutes of Department 1    (continued)
behalf of the Defendant.
Color Photograph is marked Exhibit No. I for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. J for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. K for Identification on
behalf of the Defendant.
At 11:24 a.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 11:30 a.m.
At 11:38 a.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Thomas Dean Lynch heretofore sworn resumes the stand and further
testifies.
Otto Gustav Meyer is sworn and testifies on behalf of the People.
Tape is marked Exhibit No. 8 for Identification on behalf of the
People.
Copy Of Transcript is marked Exhibit No. 8-A for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 9 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 10 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 11 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 12 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 13 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 14 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 15 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 16 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 17 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 18 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 19 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 20 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 21 for Identification on
behalf of the People.

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 50

08/16/2006 DE 1     Courtroom Minutes of Department 1     (continued)
Color Photograph is marked Exhibit No. 22 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 23 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 24 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 25 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 26 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 27 for Identification on
behalf of the People.
At 12:00 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:30 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 1:32 p.m. jurors are brought into the Courtroom.  All jurors are
present.
Otto Gustav Meyer heretofore sworn resumes the stand and further
testifies.
Diagram is marked Exhibit No. 28 for Identification on behalf of
the People.
Overlay is marked Exhibit No. 28-A for Identification on behalf of
the People.
Diagram is marked Exhibit No. 29 for Identification on behalf of
the People.
Overlay is marked Exhibit No. 29-A for Identification on behalf of
the People.
Overlay is marked Exhibit No. 21-A for Identification on behalf of
the People.
Counsel stipulate that the Court Reporter need not transcribe the
listening of the tape.
Overlay is marked Exhibit No. 24-A for Identification on behalf of
the People.
At 2:46 p.m. Court declares a break.
At 3:06 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 3:08 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Otto Gustav Meyer heretofore sworn resumes the stand and further
testifies.
Large Brown Envelope is marked Exhibit No. 30 for Identification
on behalf of the People.
Sheath is marked Exhibit No. 30-A for Identification on behalf of
the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 51

08/16/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Small Brown Envelope is marked Exhibit No. 30-B for Identification
on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. L on behalf of the Defendant.
Color Photograph is marked Exhibit No. M for Identification on
behalf of the Defendant.
Stephen K. Baxman is sworn and testifies on behalf of the People.
Color Photograph is marked Exhibit No. N for Identification on
behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. O on behalf of the Defendant.
At 4:35 p.m. Court admonishes the jury and jurors are excused
until August 17, 2006 at 10:00 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Alternate juror number 4 #777 present in Court.
Court ask questions of alternate juror number 4 #777.
Following discussion with alternate juror number 4 #777, Court will
excuse said alternate juror from this case.
At 4:37 p.m. alternate juror number 4 #777 exits the Courtroom.
Court and counsel remain in session and discuss legal issues.
Court is adjourned at 4:53 p.m.
CONTINUED TO - 08/17/2006 at 10:00am 1, JURY TRIAL

08/16/2006 DE 1
SUBPOENED RECORDS REC-SBC-2 SETS

08/17/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 8TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 16, 2006.  At 10:14 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:18 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Paul Gregg is sworn and testifies on behalf of the People.
Color Photograph is marked Exhibit No. 31 for Identification on
behalf of the People.
Overlay is marked Exhibit No. 29-B for Identification on behalf
of the People.
Overlay is marked Exhibit No. 24-B for Identification on behalf
of the People.
Overlay is marked Exhibit No. 25-A for Identification on behalf
of the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 52

08/17/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Color Photograph is marked Exhibit No. 32 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 33 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 34 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 35 for Identification on
behalf of the People.
Overlay is marked Exhibit No. 21-B for Identification on behalf
of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. P on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. Q on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. R on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. S on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. T on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. U on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. V on behalf of the Defendant.
Color Photograph is marked Exhibit No. W for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. X for Identification on
behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. Y on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. Z on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. AA on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. BB on behalf of the Defendant.
At 12:00 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:33 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Chuck Herzog is sworn and testifies on behalf of the People.
Color Photograph is marked Exhibit No. 36 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 37 for Identification on
behalf of the People.
Overlay is marked Exhibit No. 24-C for Identification on behalf
of the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 53

08/17/2006 DE 1    Courtroom Minutes of Department 1    (continued)

Overlay is marked Exhibit No. 29-C for Identification on behalf of the People.

Overlay is marked Exhibit No. 25-B for Identification on behalf of the People.

Overlay is marked Exhibit No. 21-C for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 38 for Identification on behalf of the People.

At 2:28 p.m. Court declares a break.

At 2:42 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.

Chuck Herzog heretofore sworn resumes the stand and further testifies.

Color Photograph is offered and received into evidence and marked Exhibit No. CC on behalf of the Defendant.

Exhibit No. X heretofore marked for Identification is offered and received into evidence and bears the same mark.

Charles McMenomey is sworn and testifies on behalf of the People.

At 3:50 p.m. Court declares a break.

At 4:02 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.

Charles McMenomey heretofore sworn resumes the stand and further testifies.

Color Photograph is marked Exhibit No. 39 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 40 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 41 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 42 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 43 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 44 for Identification on behalf of the People.

Brown Envelope is marked Exhibit No. 45 for Identification on behalf of the People.

White Box is marked Exhibit No. 45-A for Identification on behalf of the People.

Black Box is marked Exhibit No. 45-B for Identification on behalf of the People.

Small Manila Envelope is marked  Exhibit No. 45-C for Identification on behalf of the People.

Court Exhibit No. 4 is hereby withdrawn and remarked DD.

Color Photograph is marked Exhibit No. DD for Identification on behalf of the Defendant.

Clear Folder Containing Five Photographs is offered and received

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 54

08/17/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    into evidence and marked Exhibit No. EE on behalf of the Defendant.
    Clear Folder Containing Six Photographs is offered and received
    into evidence and marked Exhibit No. FF on behalf of the Defendant.
    At 4:45 p.m. Court admonishes the jury and jurors are excused
    until August 18, 2006 at 10:00 a.m. in Department One.
    Out of the presence of the jury, Court and counsel remain in
    session.  Defendant present.
    Court and counsel discuss legal issues.
    Court is adjourned at 4:50 p.m.
    CONTINUED TO - 08/18/2006 at 10:00am 1, JURY TRIAL

08/17/2006 DE 1
    DECLARATION OF J. DAVID NICK, CSL. FOR DEFT. REQUESTING
    REIMBURSEMENT FROM COS FOR FUNDS EXPENDED OBO DEFENSE
    ORDER FOR THE DISBURSEMENT OF FUNDS TO DEFENSE CSL. J. DAVID NICK
    FOR FUNDS EXPENDED OBO DEFENSE

08/18/2006 DE 1
    REPORTER'S EXCERPT OF PROCEEDINGS

08/18/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM   DDA: Diana Gomez   REP: Karen Stewart   CLK: VL
    JURY TRIAL - 9TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of August 17, 2006.  At 10:16 a.m. Court
    convened out of the presence of the jury.  Counsel J. David Nick
    present.  Defendant present.
    Court and counsel discuss legal issues.
    At 10:20 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Charles McMenomey heretofore sworn resumes the stand and further
    testifies.
    Color Photograph is offered and received into evidence and marked
    Exhibit No. GG on behalf of the Defendant.
    Craig Flick is sworn and testifies on behalf of the People.
    Color Photograph is marked Exhibit No. 46 for Identification on
    behalf of the People.
    Box is offered and received into evidence and marked Exhibit
    No. 47 on behalf of the People.
    Box is offered and received into evidence and marked Exhibit
    No. 47-A on behalf of the People.
    Knife is offered and received into evidence and marked Exhibit
    No. 47-B on behalf of the People.
    Color Photograph is marked Exhibit No. 48 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 49 for Identification on

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 55

08/18/2006 DE 1    Courtroom Minutes of Department 1    (continued)
behalf of the People.
Color Photograph is marked Exhibit No. 50 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 51 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 52 for Identification on
behalf of the People.
At 11:41 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:15 p.m.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 11:45 a.m.
At 1:22 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Craig Flick heretofore sworn resumes the stand and further
testifies.
Color Photograph is marked Exhibit No. 53 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 54 for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 53-A for Identification on behalf
of the People.
Shingle is marked Exhibit No. 53-B for Identification on behalf of
the People.
Color Photograph is marked Exhibit No. 55 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 56 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 57 for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 53-C for Identification on behalf
of the People.
Shingle is marked Exhibit No. 53-D for Identification on behalf
of the People.
Brown Bag is marked Exhibit No. 54-A for Identification on behalf
of the People.
Shingle is marked Exhibit No. 54-B for Identification on behalf of
the People.
Color Photograph is marked Exhibit No. 58 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 59 for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 58-A for Identification on behalf
of the People.
Shingle is marked Exhibit No. 58-B for Identification on behalf of
the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 56

08/18/2006 DE 1    Courtroom Minutes of Department 1    (continued)

Brown Bag is marked Exhibit No. 54-C for Identification on behalf of the People.

White Box is marked Exhibit No. 54-D for Identification on behalf of the People.

Black Box is marked Exhibit No. 54-E for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 60 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 61 for Identification on behalf of the People.

Brown Bag is marked Exhibit No. 60-A for Identification on behalf of the People.

Shingle is marked Exhibit No. 60-B for Identification on behalf of the People.

Brown Bag is marked Exhibit No. 60-C for Identification on behalf of the People.

White Box is marked Exhibit No. 60-D for Identification on behalf of the People.

Black Box is marked Exhibit No. 60-E for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 62 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 63 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 64 for Identification on behalf of the People.

Brown Bag is marked Exhibit No. 64-A for Identification on behalf of the People.

White Box is marked Exhibit No. 64-B for Identification on behalf of the People.

Black Box is marked Exhibit No. 64-C for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 65 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 66 for Identification on behalf of the People.

Brown Bag is marked Exhibit No. 66-A for Identification on behalf of the People.

Brown Bag is marked Exhibit No. 66-B for Identification on behalf of the People.

Olive Oil Bottle is marked Exhibit No. 66-C for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 67 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 68 for Identification on behalf of the People.

Color Photograph is marked Exhibit No. 69 for Identification on

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page 57

08/18/2006 DE 1    Courtroom Minutes of Department 1    (continued)
behalf of the People.
Brown Bag is marked Exhibit No. 69-A for Identification on behalf
of the People.
White Box is marked Exhibiti No. 69-B for Identification on behalf
of the People.
Black Box is marked Exhibit No. 69-C for Identification on behalf
of the People.
Color Photograph is marked Exhibit No. 69-D for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 21-D for Identification on behalf
of the People.
Small Manila Envelope is marked Exhibit No. 21-E for Identification
on behalf of the People.
Black Box is marked Exhibit No. 21-F for Identification on behalf
of the People.
Brown Bag is marked Exhibit No. 35-A for Identification on behalf
of the People.
Small Manila Envelope is marked Exhibit No. 35-B for Identification
on behalf of the People.
Black Box is marked Exhibit No. 35-C for Identification on behalf
of the People.
Brown Bag is marked Exhibit No. 32-A for Identification on behalf
of the People.
Small Manila Envelope is marked Exhibit No. 32-B for Identification
on behalf of the People.
Color Photograph is marked Exhibit No. 70 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 71 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 72 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 73 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 74 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 75 for Identification on
behalf of the People.
Brown Bag Containing Paper With Blood is marked Exhibit No. 73-A
for Identification on behalf of the People.
Brown Bag Containing Paper With Blood is marked Exhibit No. 74-A
for Identification on behalf of the People.
Brown Bag Containing Phone Receiver is marked Exhibit No. 75-A for
Identification on behalf of the People.
Color Photograph is marked Exhibit No. 76 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 35-D for Identification on
behalf of the People.

MCR-443363     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 58

08/18/2006 DE 1     Courtroom Minutes of Department 1     (continued)
Black Box is marked Exhibit No. 32-C for Identification on behalf
of the People.
At 2:45 p.m. Court declares a break.
At 3:05 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Craig Flick heretofore sworn resumes the stand and further
testifies.
Color Photograph is marked Exhibit No. 77 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 78 for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 78-A for Identification on behalf
of the People.
White Box is marked Exhibit No. 78-B for Identification on behalf
of the People.
Black Box is marked Exhibit No. 78-C for Identification on behalf
of the People.
Color Photograph is marked Exhibit No. 79 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 80 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 81 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 82 for Identification on
behalf of the People.
Brown Bag is marked Exhibit No. 81-A for Identification on behalf
of the People.
White Box is marked Exhibit No. 81-B for Identification on behalf
of the People.
Black Box is marked Exhibit No. 81-C for Identification on behalf
of the People.
Color Photograph is marked Exhibit No. 83 for Identification on
behalf of the People.
White Tee Shirt In Plexiglas is marked Exhibit No. 84 for
Identification on behalf of the People.
Large Manila Envelope is marked Exhibit No. 85 for Identification
on behalf of the People.
X-Ray is marked Exhibit No. 85-A for Identification on behalf of
the People.
Brown Bag is marked Exhibit No. 85-B for Identification on behalf
of the People.
White Box is marked Exhibit No. 85-C for Identification on behalf
of the People
Small Manila Envelope is marked Exhibit No. 85-D for Identification
on behalf of the People.
Manila Envelope Containing X-Rays is marked Exhibit No. 86 for
Identification on behalf of the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 59

08/18/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Brown Bag is marked Exhibit No. 87 for Identification on behalf of
the People.
Small Manila Envelope is marked Exhibit No. 87-A for Identification
on behalf of the People.
Black Box is offered and received into evidence and marked Exhibit
No. 87-B on behalf of the People.
Exhibit No. 21-F heretofore marked for Identification is offered
and received into evidence and bears the same mark.
Blue Shirt In Plexiglas is marked Exhibit No. 88 for Identification
on behalf of the People.
Red Shirt In Plexiglas is marked Exhibit No. 89 for Identification
on behalf of the People.
Brown Bag Containing Folder is marked Exhibit No. 90 for
Identification on behalf of the People.
Brown Bag is marked Exhibit No. 91 for Identification on behalf of
the People.
White Box is marked Exhibit No. 91-A for Identification on behalf
of the People.
Color Photograph is marked Exhibit No. 91-B for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 92 for Identification on
behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. HH on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. II on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. JJ on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. KK on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. LL on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. MM on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. NN on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. OO on behalf of the Defendant.
Exhibit(s) 46, 48-92 plus all sub-parts, and DD heretofore marked
for Identification are offered and received into evidence and
bear the same mark.
At 4:39 p.m. Court admonishes the jury and jurors are excused
until Tuesday, August 22, 2006 at 10:00 a.m. in Department One.
CONTINUED TO - 08/22/2006 at 10:00am 1, JURY TRIAL

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 60

08/18/2006 DE 1
    DEFENDANT'S SUPPLEMENTAL CONFIDENTIAL APPLICATI9ON FOR CRT. FUNDS
    FOR DEF. FOOTWEAR IMPRESSION EXPERT WILLIAM J. BODZIAK FOR AN
    ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEF. FOOTWEAR IMPRESSION
    EXPERT, WILLIAM J. BODZIAK OF BODZIAK FORENSICS FOR INDIGENT DEFT.
    CONFIDENTIAL SUPPLEMENTAL APPLICATION FOR COURT FUNDS FOR DEFENSE
    EXPERT GREGG STUTCHMAN FOR AN INDIGENT DEFENDANT
    ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE EXPERT GREGG
    STUTCHMAN FOR AN INDIGENT DEFENDANT.

08/22/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
    JURY TRIAL - 10TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of August 18, 2006.  At 10:02 a.m. Court
    convened out of the presence of the jury.  Counsel J. David Nick
    present.  Defendant present.
    Court and counsel discuss legal issues.
    At 10:09 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Alan DeiRossi is sworn and testifies on behalf of the People.
    Color Photograph is marked Exhibit No. 93 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 94 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 95 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 96 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 97 for Identification on
    behalf of the People.
    Diagram is marked Exhibit No. 98 for Identification on behalf of
    the People.
    Color Photograph is offered and received into evidence and marked
    Exhibit No. PP on behalf of the Defendant.
    Color Photograph is offered and received into evidence and marked
    Exhibit No. QQ on behalf of the Defendant.
    Exhibit(s) 93-98 heretofore marked for Identification are offered
    and received into evidence and bear the same mark.
    Joanne Marie Rawson is sworn and testifies on behalf of the People.
    Stipulation Announced, Both Sides Agree, And The Court So Orders.
    At 11:35 a.m. Court admonishes the jury and jurors are excused
    until August 23, 2006 at 10:45 a.m. in Department One.
    Out of the presence of the jury, Court and counsel remain in
    session.  Defendant present.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 61

08/22/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    Court and counsel discuss legal issues.
    Court is adjourned at 11:37 p.m.
    CONTINUED TO - 08/23/2006 at 10:45am 1, JURY TRIAL

08/23/2006 DE 1
    SUBPOENED RECORDS REC-MONTGOMERY HIGH SCHOOL
    SUBPOENED RECORDS REC-SLATER MIDDLE SCHOOL-2 SETS
    DEFT'S MEMORANDUM REGARDING THE ADMISSIBILITY OF OUT OF CRT.
    STATEMENTS TO SHOW BASIS FOR INVESTIGATING OFFICERS' ACTIONS
    MTN. IN LIMINE TO ADMIT EVIDENCE OF MR. HEMENWAY'S FELONY
    CONVICTION AND HIS CHARACTER FOR UNTRUTHFULNESS
    DROPPED FROM CALENDAR - 08/23/2006 at 10:45am 1

08/23/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM   DDA: Diana Gomez   REP: Barrie Hart   CLK: VL
    URY TRIAL - 11TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of August 22, 2006.  At 10:44 a.m. Court
    convened out of the presence of the jury.  Counsel J. David Nick
    present.  Defendant present.
    Court and counsel discuss legal issues.
    At 10:46 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Zan Sterling is sworn and testifies on behalf of the People.
    Darrin Brown is sworn and testifies on behalf of the People.
    4473 Form is marked Exhibit No. 99 for Identification on behalf
    of the People.
    Receipt is marked Exhibit No. 100 for Identification on behalf of
    the People.
    Rifle is marked Exhibit No. 101 for Identification on behalf of
    the People.
    Color Photograph is marked Exhibit No. RR for Identification on
    behalf of the People.
    Box is marked Exhibit No. 101-A for Identification on behalf of the
    People.
    At 11:47 a.m. Court admonishes the jurors and declares the regular
    noon recess, whereby Court is adjourned until 1:00 p.m.
    At 1:01 p.m. Court reconvenes out of the presence of the jury.
    Counsel J. David Nick present.  Defendant present.
    Court and counsel discuss legal issues.
    At 1:06 p.m. jurors are brought into the Courtroom.  All jurors are
    present.
    Board is marked Exhibit No. 102 for Identification on behalf of
    the People.
    Color Photograph is marked Exhibit No. 102-A for Identification on
    behalf of the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 62

08/23/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Color Photograph is marked Exhibit No. 102-B for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-C for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-D for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-E for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-F for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-G for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-H for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-I for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-J for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 102-K for Identification on
behalf of the People.
DVD is marked Exhibit No. 103 for Identification on behalf of the
People.
Transcript is marked Exhibit No. 103-A for Identification on behalf
of the People.
Exhibit No. RR heretofore marked for Identification is offered and
received into evidence and bears the same mark.
Counsel stipulate that the Court Reporter need not transcribe the
listening to the tape.
At 1:12 p.m. Court, counsel and jurors commence listening to the
testimony of William A. McMahon.
At 1:48 p.m. Court declares a break.
At 2:00 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Court, counsel and jurors resume listening to the testimony of
William A. McMahon.
At 2:12 p.m. Court declares a break.
At 2:25 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Court, counsel and jurors resume listening to the testimony of
William A. McMahon.
At 2:50 p.m. Court, counsel and jurors conclude listening to the
testimony of William A. McMahon.
Charles A. Marcum is sworn and testifies on behalf of the People.
At 3:39 p.m. Court declares a break.
At 3:55 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 63

08/23/2006 DE 1    Courtroom Minutes of Department 1    (continued)
At 4:05 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Charles A. Marcum heretofore sworn resumes the stand and further
testifies.
At 4:38 p.m. Court admonishes the jury and jurors are excused
until August 24, 2006 at 10:30 a.m. in Department One.
CONTINUED TO - 08/24/2006 at 10:30am 1, JURY TRIAL

08/24/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 12TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 23, 2006.  At 10:43 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:45 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Charles A. Marcum heretofore sworn resumes the stand and further
testifies.
Copy Of Transcript is marked Exhibit No. SS for Identification on
behalf of the Defendant.
Copy Of Transcript is marked Exhibit No. TT for Identification on
behalf of the Defendant.
At 12:01 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:30 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Dr. Brian Peterson is sworn and testifies on behalf of the People.
Color Photograph is marked Exhibit No. 104 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 105 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 106 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 107 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 108 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 109 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 110 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 111 for Identification on
behalf of the People.
Certified Copy Of Death Certificate is offered and received into

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 64

08/24/2006 DE 1    Courtroom Minutes of Department 1    (continued)
evidence and marked Exhibit No. 112 on behalf of the People.
Certified Copy Of Death Certificate is offered and received into
evidence and marked Exhibit No. 113 on behalf of the People.
Diagram is marked Exhibit No. 114 for Identification on behalf of
the People.
Diagram is marked Exhibit No. 115 for Identification on behalf of
the People.
Diagram is marked Exhibit No. 116 for Identification on behalf of
the People.
Diagram is marked Exhibit No. 117 for Identification on behalf of
the People.
Diagram is marked Exhibit No. 118 for Identification on behalf of
the People.
At 2:38 p.m. Court declares a break.
At 2:58 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Brady Lee Gatewood is sworn and testifies on behalf of the People.
Sandor Martin Bogdon is sworn and testifies on behalf of the
People.
At 4:07 p.m. Court declares a break.
At 4:16 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 4:18 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Jerald Robinson is sworn and testifies on behalf of the People.
At 4:35 p.m. Court admonishes the jury and jurors are excused
until August 25, 2006 at 10:00 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 4:40 p.m.
CONTINUED TO - 08/25/2006 at 10:00am 1, JURY TRIAL

08/25/2006 DE 1
SUBPOENED_RECORDS_REC-BOHEMIAN GROVE-2 SETS
SUBPOENED_RECORDS_REC-CINGULAR-2 SETS

08/25/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 13TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 24, 2006.  At 10:11 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 65

08/25/2006 DE 1    Courtroom Minutes of Department 1    (continued)

At 10:14 a.m. jurors are brought into the Courtroom.  All jurors are present.

Jerald Robinson heretofore sworn resumes the stand and further testifies.

Diagram is marked Exhibit No. 119 for Identification on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 120 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 121 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 122 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 123 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 124 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 125 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 126 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 127 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 128 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 129 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. 130 on behalf of the People.

Manila Envelope is offered and received into evidence and marked Exhibit No. 131 on behalf of the People.

Clear Plastic Bag is offered and received into evidence and marked Exhibit No. 131-A on behalf of the People.

Belt Buckle is offered and received into evidence and marked Exhibit No. 131-B on behalf of the People.

Clear Plastic Bag is marked Exhibit No. 132 for Identification on behalf of the People.

White Box is offered and received into evidence and marked Exhibit No. 133 on behalf of the People.

White Box is offered and received into evidence and marked Exhibit No. 134 on behalf of the People.

White Box is offered and received into evidence and marked Exhibit No. 135 on behalf of the People.

White Box is offered and received into evidence and marked Exhibit No. 136 on behalf of the People.

Color Photograph is offered and received into evidence and marked Exhibit No. UU on behalf of the Defendant.

Color Photograph is offered and received into evidence and marked

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 66

08/25/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Exhibit No. VV on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. WW on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. XX on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. YY on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. ZZ on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. AAA on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. BBB on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. CCC on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. DDD on behalf of the Defendant.
Exhibit(s) 104-118; 114-118 heretofore marked for Identification
are offered and received into evidence and bear the same mark.
Lloyd Strecker is sworn and testifies on behalf of the People.
At 12:00 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:00 p.m.
At 1:32 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.
At 1:41 p.m. jurors are brought into the Courtroom. All jurors
are present.
Russell Loren Davidson is sworn and testifies on behalf of the
People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 137 on behalf of the People.
Exhibit(s) No. 10, 12, 13, 40, 38, 36, 37, 16, 31, 18, 17, 119 and
39 heretofore marked for Identification are offered and received
into evidence and bear the same mark.
Color Photograph is offered and received into evidence and marked
Exhibit No. 138 on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 139 on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 140 on behalf of the People.
At 2:47 p.m. Court declares a break.
At 3:13 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Color Photograph is offered and received into evidence and marked
Exhibit No. 141 on behalf of the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 67

08/25/2006 DE 1    Courtroom Minutes of Department 1    (continued)

Color Photograph is offered and received into evidence and marked Exhibit No. 142 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 143 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 144 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 145 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 146 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 147 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 148 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 149 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 150 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 151 on behalf of the People.
Color Photograph is marked Exhibit No. 152 for Identification on behalf of the People.
Color Photograph is marked Exhibit No. 153 for Identification on behalf of the People.
Exhibit(s) 22 and 23 heretofore marked for Identification are offered and received into evidence and bear the same mark.
Color Photograph is offered and received into evidence and marked Exhibit No. 154 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 155 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 156 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 157 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 158 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 159 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 160 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 161 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 162 on behalf of the People.
Color Photograph is offered and received into evidence and marked Exhibit No. 163 on behalf of the People.
Color Photograph is offered and received into evidence and marked

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 68

08/25/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    Exhibit No. 164 on behalf of the People.
    Color Photograph is marked Exhibit No. 165 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 166 for Identification on
    behalf of the People.
    Brown Bag is marked Exhibit No. 167 for Identification on behalf
    of the People.
    Copy Of Phone Records are offered and received into evidence and
    marked Exhibit No. 168 on behalf of the People.
    Color Photograph is offered and received into evidence and marked
    Exhibit No. 169 on behalf of the People.
    Color Photograph is marked Exhibit No. 170 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 171 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 172 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 173 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 174 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 175 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 176 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 177 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 178 for Identification on
    behalf of the People.
    Color Photograph is marked Exhibit No. 179 for Identification on
    behalf of the People.
    At 4:30 p.m. Court admonishes the jury and jurors are excused
    until April 29, 2006 at 10:00 a.m. in Department One.
    CONTINUED TO - 08/29/2006 at 10:00am 1, JURY TRIAL

08/25/2006 DE 1
    PEOPLE'S OPPOSITION TO DEFTS MTN. IN LIMINE TO ADMIT EVIDENCE OF
    MR.HEMENWAY'S FELONY CONVICTION AND HIS CHARACTER FOR
    UNTRUTHFULNESS

08/28/2006 DE 1
    REPORTER'S EXCERPT OF PROCEEDINGS (8-3-2006)
    REPORTER'S EXCERPT OF PROCEEDINGS THURSDAY, AUGUST 3, 2006

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 69

08/29/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 14TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of Augus 25, 2006. At 10:00 a.m. Court
convened out of the presence of the jury. Counsel J. David Nick
present. Defendant present.
Court and counsel discuss legal issues.
At 10:03 a.m. jurors are brought into the Courtroom. All jurors
are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Exhibit(s) 170-178 heretofore marked for Identification are
offered and received into evidence and bear the same mark.
Color Photograph is marked Exhibit No. 180 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 181 for Identification on
behalf of the People.
Diagram is offered and received into evidence and marked Exhibit
No. EEE on behalf of the Defendant.
Color Photograph is marked Exhibit No. FFF for Identification on
behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. GGG on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. HHH on behalf of the Defendant.
Copy Of Sun & Moon Data is offered and received into evidence and
marked Exhibit No. III on behalf of the Defendant.
At 12:01 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:33 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Also present in Court is witness Brett McKibbin.
Following discussion with Ms. Gomez, Court finds that the witness
has complied with the Florida order.
Court and counsel discuss legal issues.
At 1:39 p.m. jurors are brought into the Courtroom. All jurors
are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Brown Paper Bag is marked Exhibit No. JJJ for Identification on
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. KKK for Identification on
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. LLL for Identification on
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. MMM for Identification on

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 70

08/29/2006 DE 1    Courtroom Minutes of Department 1    (continued)
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. NNN for Identification on
behalf of the People.
Brown Paper Bag is marked Exhibit No. OOO for Identification on
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. PPP for Identification on
behalf of the Defendant.
Brown Paper Bag is marked Exhibit No. 182 for Identification on
behalf of the People.
Brown Paper Bag is marked Exhibit No. 183 for Identification on
behalf of the People.
Copy Of Weather Station Log is marked Exhibit No. 184 for
Identification on behalf of the People.
WestAmerica Bank Statement is marked Exhibit No. 185 for
Identification on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 186 on behalf of the People.
Color Photograph is marked Exhibit No. 187 for Identification on
behalf of the People.
At 3:01 p.m. Court declares a break.
At 3:22 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Stipulation Announced, Both Sides Agree, And The Court So Orders.
Trevor Craig Sikes is sworn and testifies on behalf of the People.
James Larry Lewis, Sr. sworn and testifies on behalf of the People.
Copy Of Color Photograph is offered and received into evidence and
marked Exhibit No. QQQ on behalf of the Defendant.
Copy Of Color Photograph is offered and received into evidence and
marked Exhibit No. RRR on behalf of the Defendant.
Color Photograph is marked Exhibit No. 188 for Identification on
behalf of the People.
Color Photograph is marked Exhibit No. 189 for Identification on
behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. SSS on behalf of the Defendant.
At 4:35 p.m. Court admonishes the jury and jurors are excused
until August 30, 2006 at 9:45 a.m. in Department One.
CONTINUED TO - 08/30/2006 at 9:45am 1, JURY TRIAL

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 71

08/30/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM    DDA: Diana Gomez    REP: Karen Stewart    CLK: VL
JURY TRIAL - 15TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 29, 2006.  At 10:00 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:01 a.m. Court is adjourned.
At 10:06 a.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court conducts a 402 hearing.
Tom L. Porter is sworn and testifies out of the presence of the
jury on behalf of the People.
At 10:42 a.m. Mr. Porter exits the Courtroom.
Court and counsel discuss legal issues.
Following discussion with counsel, Court orders that Mr. Porter
will not be able to testify in this matter for reasons stated in
open Court.
At 10:49 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Brett A. McKibbin is sworn and testifies on behalf of the People.
Copy Of Photograph is marked Exhibit No. TTT for Identification on
behalf of the Defendant.
At 12:10 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:28 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
Mr. Nick on behalf of the Defendant moves for a mistrial and that
double jeopardy attaches.
Ms. Gomez on behalf of the People objects and addresses the Court.
Following discussion with counsel, Court DENIES the motion for
mistrial for reasons stated in open Court.
At 1:39 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Brett A. McKibbin heretofore sworn resumes the stand and further
testifies.
Copy Of Summons is marked Exhibit No. 190 for Identification on
behalf of the People.
Noah Michael Sandhoff is sworn and testifies on behalf of the
People.
At 2:39 p.m. Court declares a break.
At 3:02 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Noah Michael Sandhoff heretofore sworn resumes the stand and
further testifies.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 72

08/30/2006 DE 1    Courtroom Minutes of Department 1    (continued)
   John Douglas Yount is sworn and testifies on behalf of the People.
   Black & White Photograph is marked Exhibit No. 191 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 192 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 193 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 194 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 195 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 196 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 197 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 198 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 199 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 200 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 201 for
   Identification on behalf of the People.
   Black & White Photograph is marked Exhibit No. 202 for
   Identification on behalf of the People.
   Diagram is marked Exhibit No. 203 for Identification on behalf of
   the People.
   At 4:26 p.m. Court admonishes the jury and jurors are excused
   until August 31, 2006 at 10:00 a.m. in Department One.
   CONTINUED TO - 08/31/2006 at 10:00am 1, JURY TRIAL


08/31/2006 DE 1    Courtroom Minutes of Department 1

   HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
   JURY TRIAL - 16TH DAY
   This cause comes on regularly this date for further jury trial
   pursuant to adjournment of August 30, 2006.  At 10:02 a.m. Court
   convened.  Counsel J. David Nick present.  Defendant present.
   All jurors are present.
   John Douglas Yount heretofore sworn resumes the stand and further
   testifies.
   Photograph Of Complete SKS Weapon is marked Exhibit No. UUU for
   Identification on behalf of the Defendant.
   Patch is marked Exhibit No. 101-B for Identification on behalf of
   the People.
   Patch is marked Exhibit No. 101-C for Identification on behalf of
   the People.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 73

08/31/2006 DE 1    Courtroom Minutes of Department 1    (continued)
   Patch is marked Exhibit No. 101-D for Identification on behalf of
   the People.
   Donna Mambretti is sworn and testifies on behalf of the People.
   At 12:03 p.m. Court admonishes the jurors and declares the regular
   noon recess, whereby Court is adjourned until 1:30 p.m.
   At 1:30 p.m. Court reconvenes out of the presence of the jury.
   Counsel J. David Nick present. Defendant present.
   Court and counsel discuss legal issues.
   At 1:33 p.m. jurors are brought into the Courtroom. All jurors are
   present.
   Bradford Burke is sworn and testifies on behalf of the People.
   Tyson McLain is sworn and testifies on behalf of the People.
   At 2:47 p.m. Court declares a break.
   Out of the presence of the jury, Court and counsel remain in
   session. Defendant present.
   Court and counsel discuss legal issues.
   Court is adjourned at 2:48 p.m.
   At 3:12 p.m. Court reconvenes. Counsel J. David Nick present.
   Defendant present. All jurors are present.
   Tyson McLain heretofore sworn resumes the stand and further
   testifies.
   Copy Of Order For Probation is marked Exhibit No. VVV for
   Identification on behalf of the Defendant.
   Box Containing Mannequin is marked Exhibit No. WWW for
   Identification on behalf of the Defendant.
   At 4:21 p.m. Court admonishes the jury and jurors are excused
   until September 1, 2006 at 10:00 a.m. in Department One.
   Out of the presence of the jury, Court and counsel remain in
   session. Defendant present.
   Court and counsel discuss legal issues.
   Court is adjourned at 4:26 p.m.
   CONTINUED TO - 09/01/2006 at 10:00am 1, JURY TRIAL


08/31/2006 DE 1
   DEFT'S SUPPLEMENTAL CONFIDENTIAL APPLICATION FOR COURT FUNDS FOR
   DEFENSE FORENSIC CHEMICAL ENGINEER SPECIALIZING IN PAINTS, A.
   DEFT'S SUPPLEMENTAL CONFIDENTIAL APPLICATION FOR COURT FUNDS FOR
   DEFENSE FORENSIC CHEMICAL ENGINEER, SPECIALIZING IN PAINTS, A.
   ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE FORENSIC CHEMICAL
   ENGINEER, A. ANDREW SHORES FOR INDIGENT DEFT. (FILED UNDER SEAL)
   ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE EXPERT GREGG
   STUTCHMAN OF STUTCHMAN FORENSIC LAB. FOR AN INDIGENT DEFT.
   DEFT'S SUPPLEMENTAL CONFIDENTIAL APPLICATION FOR COURT FUNDS FOR
   RESEARCH MICROSCOPIST, WM. CHAPIN OF MCCRONE & ASSOCIATES FOR AN

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 74

09/01/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 17TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of August 31, 2006.  At 10:07 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:13 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Tyson McLain heretofore sworn resumes the stand and further
testifies.
At 11:54 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 12:08 p.m.
At 1:30 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 1:40 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Tyson McLain heretofore sworn resumes the stand and further
testifies.
Copy Of TimeSheet is marked Exhibit No. XXX for Identification on
behalf of the Defendant.
At 2:50 p.m. Court declares a break.
At 3:06 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 3:11 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Tyson McLain heretofore sworn resumes the stand and further
testifies.
At 3:42 p.m. Court admonishes the jury and jurors are excused
until Tuesday, September 5, 2006 at 1:30 p.m. in Department One.
CONTINUED TO - 09/05/2006 at 1:30pm 1, JURY TRIAL

09/01/2006 DE 1
PEOPLE'S P&A REGARDING THE ADMISSIBILITY OF SELF-SERVING HEARSAY

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 75

09/05/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: B L Peterson  CLK: VL
JURY TRIAL - 18TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 1, 2006.  At 1:31 p.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 1:40 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Tyson McLain heretofore sworn resumes the stand and further
testifies.
At 2:46 p.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 2:50 p.m.
At 3:12 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Tyson McLain heretofore sworn resumes the stand and further
testifies.
At 3:24 p.m. Court declares a break.
At 3:35 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
William J. Bodziak is sworn and testifies out of order on behalf
of the Defendant.
Copy Of 1998 Catalog is marked Exhibit No. YYY for Identification
on behalf of the Defendant.
Copy Of 1997 Catalog is marked Exhibit No. ZZZ for Identification
on behalf of the Defendant.
At 4:30 p.m. Court admonishes the jury and jurors are excused
until September 6, 2006 at 10:15 a.m. in Department One.
CONTINUED TO - 09/06/2006 at 10:15am 1, JURY TRIAL

09/06/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 19TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 5, 2006.  At 10:15 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:32 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Kathryn Ellen Corbell is sworn and testifies on behalf of the
People.

MCR-443363   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 76

09/06/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Copy Of Photograph is marked Exhibit No. 204 for Identification
on behalf of the People.
Copy Of Photograph is marked Exhibit No. 205 for Identification
on behalf of the People.
Copy Of Photograph is marked Exhibit No. 206 for Identification
on behalf of the People.
Michael Christopher Craig sworn and testifies on behalf of the
People.
At 11:30 a.m. Court declares a break.
At 11:36 a.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Michael Christopher Craig heretofore sworn resumes the stand and
further testifies.
Copy Of Firearms Transaction Record is marked Exhibit No. AAAA for
Identification on behalf of the Defendant.
At 12:03 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:35 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 1:42 p.m. jurors are brought into the Courtroom.  All jurors are
present.
Deborah Ann Becker is sworn and testifies on behalf of the People.
Color Photograph is offered and received into evidence and marked
Exhibit No. 207 on behalf of the People.
At 2:48 p.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 2:51 p.m.
At 3:13 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Deborah Ann Becker heretofore sworn resumes the stand and further
testifies.
At 3:35 p.m., clerk is K. Allen
Black Binder is marked Exhibit No. BBBB for Identification on
behalf of the Defendant.
At 4:10 p.m. Court declares a break.
At 4:15 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 4:22 p.m. jurors return to the Courtroom.  All jurors are
present.
Deborah Ann Becker heretofore sworn resumes the stand and further
testifies.
At 4:30 p.m. Court admonishes the jury and jurors are excused
until September 7, 2006 at 10:00 a.m. in Department One.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 77

09/06/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 4:45 p.m.

09/06/2006 DE 1
MTN. IN LIMINE TO ADMIT EVIDENCE OF MR. CAMACHO'S CRIMINAL CONDUCT
THAT DID NOT RESULT IN A CONVICTION
DEFT'S MTN. IN LIMINE TO EXCLUDE STATEMENTS MADE BY DEFT. TO ANY IN
CUSTODY INFORMANT, SPECIFICALLY FRANCISCO CAMACHO AS SUCH

09/07/2006 DE 1
MTN TO RECONSIDER EXCLUSION OF EVIDENCE

09/07/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 20TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 6, 2006.  At 10:23 a.m. Court
convened out of the presence of the jury.  Counsel J. David Nick
present.  Defendant present.
Court and counsel discuss legal issues.
At 10:35 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Robin Riggs is sworn and testifies on behalf of the People.
Plastic Bag is offered and received into evidence and marked
Exhibit No. 208 on behalf of the People.
Leather Pouch is offered and received into evidence and marked
Exhibit No. 208-A on behalf of the People.
3 Bullets are offered and received into evidence and marked
Exhibit No. 208-B on behalf of the People.
Tawnja Teresa Pfleuger is sworn and testifies on behalf of the
People.
Stephen Andrew Hildreth is sworn and testifies on behalf of the
People.
At 11:32 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Following discussion with counsel, Court tentatively schedules to
view the scene on September 13, 2006 at 10:00 a.m.
Court is adjourned at 11:57 a.m.
At 1:31 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 78

09/07/2006 DE 1    Courtroom Minutes of Department 1    (continued)
    At 1:48 p.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Gregory Perry Adair is sworn and testifies on behalf of the People.
    Daniel T. Hemenway is sworn and testifies on behalf of the People.
    At 3:00 p.m. Court declares a break.
    At 3:23 p.m. Court reconvenes.  Counsel J. David Nick present.
    Defendant present.  All jurors are present.
    Daniel T. Hemenway heretofore sworn resumes the stand and further
    testifies.
    At 4:37 p.m. Court admonishes the jury and jurors are excused
    until September 8, 2006 at 10:00 a.m. in Department One.
    CONTINUED TO - 09/08/2006 at 10:00am 1, JURY TRIAL

09/07/2006 DE 1
    PEOPLE'S P&A REGARDING THE PRESENTATION OF ARGUMENT DURING THE JURY
    VIEW OF THE CRIME SCENE

09/08/2006 DE 1
    DROPPED FROM CALENDAR - 09/12/2006 at 10:00am 1

09/08/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: B L Peterson  CLK: VL
    JURY TRIAL - 21ST DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of September 7, 2006.  At 10:04 a.m.
    Court convened out of the presence of the jury.  Counsel J. David
    Nick present.  Defendant present.
    Court and counsel discuss legal issues.
    At 10:13 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Daniel T. Hemenway heretofore sworn resumes the stand and further
    testifies.
    Russell Loren Davidson heretofore sworn resumes the stand and
    further testifies.
    Note From Jury is marked Court Exhibit No. 4.
    At 11:56 a.m. Court admonishes the jurors and declares the regular
    noon recess, whereby Court is adjourned until 1:30 p.m.
    At 1:33 p.m. Court reconvenes out of the presence of the jury.
    Counsel J. David Nick present.  Defendant present.
    Court and counsel discuss legal issues.
    At 1:38 p.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Russell Loren Davidson heretofore sworn resumes the stand and
    further testifies.
    At 2:34 p.m. Court declares a break.
    Out of the presence of the jury, Court and counsel remain in

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 79

J9/08/2006 DE 1    Courtroom Minutes of Department 1    (continued)
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 2:40 p.m.
At 3:00 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors present.
Jerald Robinson heretofore sworn resumes the stand and further
testifies.
Peter Hackett is sworn and testifies on behalf of the People.
At 3:36 p.m. Court admonishes the jury and jurors are excused
until September 12, 2006 at 10:00 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
At 3:55 p.m. Court is adjourned until Monday, September 11, 2006
at 3:00 p.m. in Department One for further proceedings.
CONTINUED TO - 09/11/2006 at 3:00pm 1, FURTHER PROCEEDINGS
CONTINUED TO - 09/12/2006 at 10:00am 1, JURY TRIAL

09/11/2006 DE 1
REPORTER'S EXCERPT OF PROCEEDINGS TESTIMONY OF JAMES LEWIS, SR.
8-29-2006

J9/11/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
This cause comes on regularly this date for further proceedings
pursuant to adjournment of September 8, 2006. At 3:54 p.m. Court
convened out of the presence of the jury. Counsel J. David Nick
present. Defendant present.
Court and counsel discuss legal issues.
At 4:25 p.m. Court is adjourned until September 12, 2006 at 11:00
a.m. in Department One.

09/12/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 22ND DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 8, 2006. At 11:05 a.m. Court
convened out of the presence of the jury. Counsel J. David Nick
present. Defendant present.
Court and counsel discuss legal issues.
At 12;00 p.m. Court declares the regular noon recess, whereby
Court is adjourned until 1:30 p.m.
At 1:32 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Raima Ballinger is sworn and testifies on behalf of the Defendant.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 80

09/12/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Vance Eaton is sworn and testifies on behalf of the Defendant.
At 1:49 p.m. Court declares a break.
At 2:04 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.
At 2:07 p.m. jurors are brought into the Courtroom. All jurors are
present.
Gregg Stutchman is sworn and testifies on behalf of the Defendant.
Court Exhibit No. 5 is hereby withdrawn and remarked Exhibit No.
CCCC for Identification on behalf of the Defendant.
Color Photograph is marked Exhibit No. DDDD for Identification on
behalf of the Defendant.
Court Exhibit No. 2 is hereby withdrawn and remarked Exhibit No.
EEEE for Identification on behalf of the Defendant.
Court Exhibit No. 3 is hereby withdrawn and remarked Exhibit No.
FFFF for Identification on behalf of the Defendant.
Color Photograph is marked Exhibit No. GGGG for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. HHHH for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. IIII for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. JJJJ for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. KKKK for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. LLLL for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. MMMM for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. NNNN for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. OOOO for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. PPPP for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. QQQQ for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. RRRR for Identification on
behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. SSSS on behalf of the Defendant.
Color Photograph is marked Exhibit No. TTTT for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. UUUU for Identification on
behalf of the Defendant.
Color Photograph is marked Exhibit No. VVVV for Identification on

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 81

09/12/2006 DE 1    Courtroom Minutes of Department 1    (continued)
behalf of the Defendant.
Color Photograph is marked Exhibit No. WWWW for Identification on
behalf of the Defendant.
At 3:32 p.m. Court declares a break.
At 3:51 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.
At 4:01 p.m. jurors are brought into the Courtroom. All jurors
are present.
Gregg Stutchman heretofore sworn resumes the stand and further
testifies.
Exhibit(s) CCCC-RRRR and TTTT-WWWW heretofore marked for
Identification are offered and received into evidence and bear the
same mark.
At 4:30 p.m. Court admonishes the jury and jurors are excused
until September 13, 2006 at 10:00 a.m. in Department One (for
viewing of the scene).
CONTINUED TO - 09/13/2006 at 10:00am 1, JURY TRIAL

09/13/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 23RD DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 12, 2006. At 11:00 a.m.
Court convenes out of the Courthouse. All jurors are present.
Counsel J. David Nick is present. Defendant is not present.
First stop for viewing is the McMahons house.
At 11:05 a.m. 2nd stop is at the crest of the hill showing the
Rutledge cabin. At 11:23 a.m. 3rd stop is at Santa Clara for
viewing going up the crest of the hill. At 11:35 a.m. 4th stop is
below the crest looking up at the red flags. At 11:36 a.m. 5th
stop is hillside where rifle, 2 shell casings and belt buckle were
found. At 11:50 a.m. jurors, Court and counsel walk up the hill
to the intersection. At 11:51 a.m. Court, counsel and jurors are
shown where the flags were located. At 12:04 p.m. 6th stop is the
top of the hill and Court, counsel and jurors walk down to Dante.
At 12:20 p.m. Court, counsel and jurors are brought up to the
crime scene and view the crime scene. At 12:25 p.m. jurors are
shown where the knife, shell casings and body were found. At
12:43 p.m. jurors are shown were photograph No. 148 was taken.
At 12:55 p.m. Court, counsel and jurors are brought to the
victims driveway and gate. At 1:00 p.m. Court, counsel and jurors
are brought to the area below the property where the shell cassings
were found. At 1:05 p.m. jurors are shown were photographs GGGG
and RRRR were taken. At 1:22 p.m. Court, counsel and jurors are
brought to house of Charlie Marcum. Whereby viewing of the crime

MCR-443363      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 82

09/13/2006 DE 1 ___ Courtroom Minutes of Department 1 ___ (continued)
  scene is completed.
  At 3:19 p.m. Court reconvenes at the Courthouse out of the
  presence of the jury. Counsel J. David Nick present. Defendant
  present.
  Court and counsel discuss legal issues.
  At 3:44 p.m. jurors are brought into the Courtroom. All jurors
  are present.
  Devlin Guerard is sworn and testifies on behalf of the Defendant.
  DVD is marked Exhibit No. XXXX for Identification on behalf of
  the Defendant.
  Copy Of Transcript is marked XXXX-1 for Identification on behalf
  of the Defendant.
  At 4:36 p.m. Court admonishes the jury and jurors are excused
  until September 14, 2006 at 10:30 a.m. in Department One.
  CONTINUED TO - 09/14/2006 at 10:30am 1, JURY TRIAL

09/14/2006 DE 1 ___ Courtroom Minutes of Department 1 ___

  HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
  JURY TRIAL - 24TH DAY
  This cause comes on regularly this date for further jury trial
  pursuant to adjournment of September 13, 2006. At 10:30 a.m.
  Court convened out of the presence of the jury. Counsel J. David
  Nick present. Defendant present.
  Court and counsel discuss legal issues.
  At 10:40 a.m. jurors are brought into the Courtroom. All jurors
  are present.
  Dr. A. Andrew Shores is sworn and testifies on behalf of the
  Defendant.
  Group Of Three (3) Photographs are marked Exhibit No. YYYY for
  Identification on behalf of the Defendant.
  Spectro Sheet Of M. Potts (11-5-99) is offered and received into
  evidence and marked Exhibit No. ZZZZ on behalf of the Defendant.
  Six (6) Spectros Of Dr. Shores are marked Exhibit No. 5-A for
  Identification on behalf of the Defendant.
  At 12:04 p.m. Court admonishes the jurors and declares the
  regular noon recess, whereby Court is adjourned until 1:30 p.m.
  At 1:33 p.m. Court reconvenes out of the presence of the jury.
  Counsel J. David Nick present. Defendant present.
  Court and counsel discuss legal issues.
  At 1:49 p.m. jurors are brought into the Courtroom. All jurors
  are present.
  Jeannie Frandon is sworn and testifies on behalf of the Defendant.
  Russell Loren Davidson heretofore sworn resumes the stand and
  further testifies.
  At 3:05 p.m. Court declares a break.
  Out of the presence of the jury, Court and counsel remain in

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 83

09/14/2006 DE 1    Courtroom Minutes of Department 1    (continued)
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 3:08 p.m.
At 3:27 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-B on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-C on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-D on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-E on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No, 5-E on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-F on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-G on behalf of the Defendant.
Poster Board is offered and received into evidence and marked
Exhibit No. 5-H on behalf of the Defendant.
At 4:30 p.m. Court admonishes the jury and jurors are excused
until September 15, 2006 at 10:15 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 4:33 p.m.
CONTINUED TO - 09/15/2006 at 10:15am 1, JURY TRIAL

09/15/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 25TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 14, 2006.  At 10:21 a.m. Court
convened.  Counsel J. David Nick present.  Defendant present.  All
jurors are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Steven Lee Jackson is sworn and testifies on behalf of the People.
Martin Marovich is sworn and testifies on behalf of the Defendant.
Copy Of Yellow Pages are offered and received into evidence and
marked Exhibit No. 5-I on behalf of the Defendant.
Copy Of Yellow Pages are offered and received into evidence and
marked Exhibit No. 5-J on behalf of the Defendant.
At 11:57 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 2:15 p.m.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 84

09/15/2006 DE 1    Courtroom Minutes of Department 1    (continued)
At 2:17 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.
At 2:27 p.m. jurors are brought into the Courtroom. All jurors are
present.
Martin Marovich heretofore sworn resumes the stand and further
testifies.
Copy Of Plans are marked Exhibit No. 209 for Identification on
behalf of the People.
Copy Of Plans are marked Exhibit No. 210 for Identification on
behalf of the People.
Copy Of Soil Engineer's Report is marked Exhibit No. 211 for
Identification on behalf of the People.
At 3:13 p.m. Court declares a break.
At 3:31 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel discuss legal issues.
At 3:33 p.m. jurors are brought into the Courtroom. All jurors
are present.
Elia Rivano is sworn and testifies on behalf of the Defendant.
Thomas Johnson sworn and testifies on behalf of the Defendant.
At 4:28 p.m. Court admonishes the jury and jurors are excused
until September 19, 2006 at 10:00 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 4:35 p.m.
CONTINUED TO - 09/19/2006 at 10:00am 1, JURY TRIAL

09/18/2006 DE 1    Courtroom Minutes of Department 1

CLK: VL
---------- In Chambers Minutes in #1 ----------
Due to a family emergency of Judge Elliot Lee Daum, trial date of
9-19-2006 is hereby vacated and trial is continued to 9-20-2006
at 10:00 a.m. in Department One.
CONTINUED TO - 09/20/2006 at 10:00am 1, JURY TRIAL
Vacated - 09/19/2006 at 10:00am 1

09/19/2006 DE 1
PEOPLE'S MTN. TO EXCLUDE GEOFF ADAIR'S TAPE-RECORDED STATEMENT

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 85

09/20/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 26TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 15, 2006.  At 10:03 a.m.
Court convened out of the presence of the jury.  Counsel J. David
Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 10:20 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Mitchell Albert Marovich is sworn and testifies on behalf of the
Defendant.
Bradford Burke heretofore sworn resumes the stand and further
testifies on behalf of the Defendant.
Ronald B. Svetlick is sworn and testifies on behalf of the
Defendant.
At 11:56 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:15 p.m.
At 1:22 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 1:25 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Ronald B. Svetlick heretofore sworn resumes the stand and further
testifies.
At 3:05 p.m. Court declares a break.
At 3:26 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Ronald B. Svetlick heretofore sworn resumes the stand and further
testifies.
Thomas Johnson heretofore sworn resumes the stand and further
testifies on behalf of the Defendant.
Anderson G. Thomas is sworn and testifies on behalf of the
Defendant.
At 4:30 p.m. Court admonishes the jury and jurors are excused
until September 21, 2006 at 10:00 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Anderson G. Thomas is asked questions by the Court and answers
said questions.
Court and counsel discuss legal issues.
Court is adjourned at 4:36 p.m. (counsel to be available at
9:50 p.m.)
CONTINUED TO - 09/21/2006 at 10:00am 1, JURY TRIAL

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 86

09/20/2006 DE 1
    DEFENDANT'S REQUEST FOR THE INTRODUCTION OF GEOFF ADAIR'S OUT OF
    COURT STATEMENTS

09/21/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL - 27TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 20, 2006.  At 10:17 a.m.
Court convened out of the presence of the jury.  Counsel J. David
Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 10:39 a.m. jurors are brought into the Courtroom.  All jurors
are present.
Kenneth James Gaudet is sworn and testifies on behalf of the
Defendant.
Belt Buckle is marked Exhibit No. 212 for Identification on
behalf of the People.
Diagram is marked Exhibit No. 213 for Identification on behalf of
the People.
At 2:02 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.  (Court
and counsel are to return at 1:15 p.m.).
At 1:15 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss legal issues.
At 1:30 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Kenneth James Gaudet heretofore sworn resumes the stand and
further testifies.
Color Photograph is offered and received into evidence and marked
Exhibit No. 5-K on behalf of the Defendant.
Edgard Joseph Svetlick is sworn and testifies on behalf of the
Defendant.
Ezekiel Rutledge is sworn and testifies on behalf of the
Defendant.
At 2:32 p.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session.  Defendant present.
Court and counsel discuss legal issues.
At 2:37 p.m. Court is adjourned.
At 2:57 p.m. Court reconvenes out of the presence of the jury.
Counsel present.  Defendant present.
Court and counsel discuss legal issues.
At 3:02 p.m. jurors are brought into the Courtroom.  All jurors
are present.
Ezekiel Rutledge heretofore sworn resumes the stand and further

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 87

09/21/2006 DE 1    Courtroom Minutes of Department 1    (continued)
testifies.
Color Photograph is offered and received into evidence and marked
Exhibit No. 5-L on behalf of the Defendant.
Color Photograph is offered and received into evidence and marked
Exhibit No. 5-M on behalf of the Defendant.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
At 4:24 p.m. Court admonishes the jury and jurors are excused
until September 22, 2006 at 9:30 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 4:40 p.m.
CONTINUED TO - 09/22/2006 at 9:30am 1, JURY TRIAL

09/21/2006 DE 1
DEFENDANT'S MTN. TO EXCLUDE IMPROPER REBUTTAL EVIDENCE

09/22/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Barrie Hart  CLK: VL
JURY TRIAL-28TH DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 21, 2006. At 9:31 a.m. Court
convened out of the presence of the jury. Counsel J. David Nick
present. Defendant present.
Court and counsel discuss legal issues.
At 9:39 a.m. jurors are brought into the Courtroom. All jurors
are present.
Russell Loren Davidson heretofore sworn resumes the stand and
further testifies.
Stipulation(s) Announced, Both Sides Agree, And The Court So
Orders.
Ms. Gomez rest on behalf of the People.
Chris Reynolds is sworn and testifies on behalf of the Defendant.
At 10:58 a.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
At 11:00 a.m. Court is adjourned.
At 11:13 a.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Counsel stipulate that the Court Reporter need not transcribe the
playing of answers to questions to Mr. Reynolds.
Chris Reynolds heretofore sworn resumes the stand and further
testifies.
Copy Of Transcript is offered and received into evidence and

MCR-443363,    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 88

09/22/2006 DE 1    Courtroom Minutes of Department 1    (continued)
marked Exhibit No. 5-N on behalf of the Defendant.
At 11:53 a.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:32 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
DVD is offered and received into evidence and marked Exhibit No.
5-N(1) on behalf of the Defendant.
Chris Reynolds heretofore sworn resumes the stand and further
testifies.
Mr. Nick rest on behalf of the Defendant.
Stipulation Announced, Both Sides Agree And The Court So Orders.
Copy Of Partial Cross-Examination Testimony Of William McMahon is
offered and received into evidence and marked Exhibit No. 5-O on
behalf of the Defendant.
Copy Of Questions & Answers Of Mr. McMahon are offered and received
into evidence and marked Exhibit No. 214 on behalf of the People.
Both sides now rest.
At 2:00 p.m. Court admonishes the jury and jurors are excused
until September 26, 2006 at 10:15 a.m. in Department One.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
At 2:02 p.m. Court declares a break.
At 2:08 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court and counsel go over jury instructions.
Exhibit(s) H-K, M, N, W, AA, BB, FFF, JJJ-PPP, WWW-BBBB, XXXX,
XXXX-1, YYYY, 5-A, 4-7, 7-A, 8, 8-A, 9, 11, 14, 15, 19-21, 24-27,
28-A, 29, 29-A, 21-A, 24-A, 30, 30-A, 30-B, 29-B, 24-B, 25-A,
32-35, 21-B, 24-C, 29-C, 25-B, 21-C, 41-45, 45-A-45-C, 46, 99-101-
A, 102-102-K, 103, 103-A, 152, 153, 165-167, 180-185, 187-203,
101-B-101D, 204-206, 209-213 heretofore marked for Identification
are offered and received into evidence and bear the same mark.
Exhibit(s) 85-C and 179 are hereby withdrawn and returned to
Ms. Gomez.
Mr. Nick on behalf of the Defendant makes a motion pursuant to
1118.1PC on behalf of the Defendant.
Motion DENIED by the Court.
At 3:15 p.m. Court is adjourned until September 25, 2006 at
1:30 p.m. in Department One for further discussion of jury
instructions. (Defendant does not need to be dressed out)
CONTINUED TO - 09/25/2006 at 1:30pm 1, JURY TRIAL
CONTINUED TO - 09/26/2006 at 10:15am 1, JURY TRIAL

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 89

09/22/2006 DE 1
    ORDER FOR DISBURSEMENT OF FURTHER FUNDS FOR DEFENSE INVESTIGATOR
    CHRIS REYNOLDS FOR AN INDIGENT DEFENDANT (FILED UNDER SEAL)
    DECL. OF J. DAVID NICK IN SUPPORT OF LEGAL SERVICES RENDERED ON
    BEHALF OF THE DEFENSE (FILED UNDER SEAL)
    ORDER FOR COMPENSATION OF DEFENSE LEGAL SERVICES (FILED UNDER
    SEAL)
    DECLARATION OF VALERIO ROMANO IN SUPPORT OF LEGAL SERVICES
    RENDERED ON BEHALF OF THE DEFENSE (FILED UNDER SEAL)
    ORDER FOR COMPENSATION OF DEFENSE LEGAL SERVICES (FILED UNDER SEAL)

09/25/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
    JURY TRIAL - 29TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of September 22, 2006.  At 1:47 p.m. Court
    convened out of the presence of the jury.  Counsel J. David Nick
    present.  Defendant present.
    Court and counsel resume discussion of jury instructions.
    Exhibit No. VVV is hereby withdrawn.
    Redacted Copy Of Order For Probation is offered and received into
    evidence and marked Exhibit No. VVV-1 on behalf of the Defendant.
    Copy Of Declaration In Support Of Subpoena Duces Tecum is marked
    Exhibit No. BBBB-1 for Identification on behalf of the Defendant.
    Court is adjourned at 2:25 p.m. to reconvene at 10:15 a.m. on
    September 26, 2006 in Department One.

09/26/2006 DE 1    Courtroom Minutes of Department 1

    HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
    JURY TRIAL - 30TH DAY
    This cause comes on regularly this date for further jury trial
    pursuant to adjournment of September 25, 2006.  At 10:21 a.m.
    Court convened out of the presence of the jury.  Counsel J. David
    Nick present.  Defendant present.
    Court and counsel discuss legal issues.
    At 10:30 a.m. jurors are brought into the Courtroom.  All jurors
    are present.
    Ms. Gomez makes her opening argument to the jury on behalf of the
    People.
    At 11:10 a.m. Court declares a break.
    At 11:30 a.m. Court reconvenes.  Counsel J. David Nick present.
    Defendant present.  All jurors are present.
    Mr. Nick makes his closing argument to the jury on behalf of the
    Defendant.
    At 11:58 a.m. Court admonishes the jurors and declares the regular
    noon recess, whereby Court is adjourned until 1:35 p.m.

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 90

09/26/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 12:00 p.m.
At 1:34 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Mr. Nick resumes making his closing argument to the jury on behalf
of the Defendant.
At 2:49 p.m. Court declares a break.
At 3:10 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present. Defendant present.
Court addresses the members of the audience.
At 3:13 p.m. jurors are brought into the Courtroom. All jurors
are present.
Mr. Nick resumes making his closing argument to the jury on behalf
of the Defendant.
At 4:28 p.m. Court admonishes the jury and jurors are excused
until September 27, 2006 at 10:00 a.m. in Department One.
CONTINUED TO - 09/27/2006 at 10:00am 1, JURY TRIAL

09/27/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 31ST DAY
This cause comes on regularly this date for further jury trial
pursuant to adjournment of September 26, 2006. At 10:07 a.m.
Court convened out of the presence of the jury. Counsel J. David
Nick present. Defendant present.
Court and counsel discuss legal issues.
At 10:15 a.m. jurors are brought into the Courtroom. All jurors
are present.
Mr. Nick resumes his closing argument to the jury on behalf of the
Defendant.
At 11:05 a.m. Court declares a break.
Out of the presence of the jury, Court and counsel remain in
session. Defendant present.
Court and counsel discuss legal issues.
Court is adjourned at 11:07 a.m.
At 11:21 a.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Mr. Nick resumes his closing argument to the jury on behalf of the
Defendant.
At 12:17 p.m. Court admonishes the jurors and declares the regular
noon recess, whereby Court is adjourned until 1:30 p.m.
At 1:32 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Mr. Nick resumes his closing argument to the jury on behalf of the

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 91

09/27/2006 DE 1    Courtroom Minutes of Department 1    (continued)
Defendant.
At 1:57 p.m. Court declares a break.
At 2:08 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Ms. Gomez makes her rebuttal argument to the jury on behalf of the
People.
At 3:17 p.m. Court declares a break.
At 3:36 p.m. Court reconvenes.  Counsel J. David Nick present.
Defendant present.  All jurors are present.
Ms. Gomez resumes her rebuttal argument to the jury on behalf of
the People.
Court instructs the jury.
At 4:53 p.m. Bailiff, Jess Hanshew, is sworn in to take charge of
the jury.  The jury retires to commence deliberations.
At 5:01 p.m. jurors are brought back into the Courtroom.  All
jurors are present.  Juror No. 1241 is the Foreperson.  Jurors
request to go home today to return at 8:30 a.m. on September 28,
2006 in Department One.  Counsel stipulate that upon determination
all twelve (12) jurors are present, they may begin further
deliberations without formally convening in open Court and
without the presence of Defendant and counsel, whereby Court is
adjourned at 5:03 p.m.
CONTINUED TO - 09/28/2006 at 8:30am 1, JURY TRIAL

09/27/2006 DE 1
JURY INSTRUCTIONS GIVEN BY COURT FILED

09/28/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Diana Gomez  REP: Karen Stewart  CLK: VL
JURY TRIAL - 32ND DAY
At 9:17 a.m. Bailiff, Brandon Austin, is sworn in to take charge of
the jury.
At 10:16 a.m. the bailiff determining all twelve (12) jurors are
present, the jury retires to the juryroom to commence deliberations.
Note From Jury is marked Court Exhibit No. 1 (at 2:58 p.m.)
At 3:45 p.m. Court reconvenes out of the presence of the jury.
Counsel J. David Nick present.  Defendant present.
Court and counsel discuss note from jury.
Mr. Nick request that the testimony requested be read to the jurors
in the Courtroom.
At 3:43 p.m. Court declares a break.
At 4:03 p.m. jurors are brought into the Courtroom.  All jurors
are present.
At 4:04 p.m. Court Reporter Karen Stewart commences reading of
the testimony as requested.
At 4:58 p.m. Court Reporter Karen Stewart concludes reading of the

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 92

09/28/2006 DE 1    Courtroom Minutes of Department 1    (continued)
testimony as requested.
Jurors request to go home today to return at 10:00 a.m. on
September 29, 2006 in Department One.
Court is adjourned at 5:00 p.m.
CONTINUED TO - 09/29/2006 at 10:00am 1, JURY TRIAL


09/29/2006 DE 1
ACQUITTED TO COUNT I PC 187(a)
ACQUITTED TO COUNT II PC 187(a)
ACQUITTED TO COUNT III PC 459


09/29/2006 DE 1    Courtroom Minutes of Department 1

HON: ELLIOT LEE DAUM  DDA: Christine M Cook  REP: Karen Stewart  CLK: VL
JURY TRIAL - 33RD DAY
At 10:03 a.m. the bailiff determining all twelve (12) jurors are
present, the jury retires to the juryroom for further deliberations.
At 4:05 p.m. jurors return to the Courtroom. Counsel J. David
Nick present. Defendant present. The jury through its foreperson
advises the Court that they have reached a verdict, and on
direction of the Court the verdicts are handed to the Court.
Following review of the verdicts, Court, counsel, Court Reporter
and Court Clerk retire to chambers at 4:08 p.m.
Court puts on the record that the Court cannot tell what the
verdict is by what has been presented to the Court. Following
discussion with counsel the Court is going to send the jurors
back and ask them for clarification of their verdicts.
At 4:18 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
Court advises the jurors that the Court cannot tell what the
verdict is and sends the jurors back into the juryroom for
clarification, whereby at 4:20 p.m. jurors return to the juryroom.
At 4:22 p.m. Court reconvenes. Counsel J. David Nick present.
Defendant present. All jurors are present.
The verdicts are handed to the Court. The clerk reads the verdicts
which are recorded as follows:
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        COUNTY OF SONOMA
THE PEOPLE OF THE STATE OF CALIFORNIA,      COURT No. MCR-443363
                                Plaintiff      VERDICT
vs.                                            COUNT I
ZACHARIAH JUDSON RUTLEDGE,                     Page One
                                Defendant
We, the Jury, find the Defendant, ZACHARIAH JUDSON RUTLEDGE,
NOT GUILTY of violation of Section 187(a) of the Penal Code, a
felony, to wit, MURDER IN THE FIRST DEGREE, in that he did
unlawfully, and with malice aforethought murder HORST HANS

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 93

09/29/2006 DE 1    Courtroom Minutes of Department 1    (continued)
GRAHLMANN, a human being, as alleged in Count I of the Information.
DATED:  9-29-06                    FOREPERSON #10
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    COUNTY OF SONOMA
THE PEOPLE OF THE STATE OF CALIFORNIA,       COURT No. MCR-443363
                              Plaintiff      VERDICT
vs.                                          COUNT II
ZACHARIAH JUDSON RUTLEDGE,                   Page One
                              Defendant
We, the Jury, find the Defendant, ZACHARIAH JUDSON RUTLEDGE,
NOT GUILTY of violation of Section 187(a) of the Penal Code, a
felony, to wit, MURDER IN THE FIRST DEGREE, in that he did
unlawfully, and with malice of aforethought murder JASON AARON
BLORE, a human being, as alleged in Count II of the Information.
DATED:  9-29-06                    FOREPERSON #10
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    COUNTY OF SONOMA
THE PEOPLE OF THE STATE OF CALIFORNIA,       COURT No. MCR-443363
                              Plaintiff      VERDICT
vs.                                          COUNT III
ZACHARIAH JUDSON RUTLEDGE,                   Page One
                              Defendant
We, the Jury, find the Defendant, ZACHARIAH JUDSON RUTLEDGE,
NOT GUILTY of violation of Section 459 of the Penal Code, a felony,
to wit, BURGLARY IN THE FIRST DEGREE, in that he did willfully and
unlawfully enter an inhabited dwelling house and inhabited portion
of a building occupied by HORST HANS GRAHLMANN, with the intent
to commit larceny and any felony, as allged in Count III of the
Information.
DATED:  9-29-06                    FOREPERSON#10
The jury is thanked and discharged from further service and exit
the Courtroom.
Court orders that all exhibit(s) be withdrawn and returned to the
parties who marked them.
Court further orders the Defendant be released from custody.
Court is adjourned at 4:26 p.m.
JUD. COUNCIL STATS ENTERED (A.E. JRY)


09/29/2006 DE 1
    VERDICTS FILED
    TRIAL COMPLETED - 33 Day(s)


10/02/2006 DE 1
    AUTOMATED 8715 REPORT ISSUED

MCR-443363    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA              Page 94

11/01/2006 DE 1
    DEFT'S FINAL SUPPLEMENTAL CONFIDENTIAL APPLICATION FOR COURT FUNDS
    FOR DEFT. FOOTWEAR IMPRESSION EXPERT WM. J. BODZIAK FOR INDIGENT
    ORDER FOR DISBURSEMENT OF FUNDS FOR DEFENSE FOOTWEAR IMPRESSION
    EXPERT, WM. J. BODZIAK OF BODZIAK FORENSICS FOR INDIGENT DEFT.
    CONFIDENTIAL DECL. OF J. DAVID NICK IN SUPPORT OF THE DISBURSEMENT
    OF FUNDS FOR DEFENSE INVESTIGATOR KEN GAUDET
    ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE INVESTIGATOR KEN
    GAUDET
    DEFT'S SUPPLEMENTAL CONFIDENTIAL APPLICATION FOR COURT FUNDS FOR
    DEFENSE FORENSIC CHEMICAL ENGINEER, SPECIALIZING PAINTS
    ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE FORENSIC CHEMICAL
    ENGINEER, A. ANDREW SHORES FOR AN INDIGENT DEFENDANT

11/02/2006 DE 1
    ****VOL 1-6 IN BOX C00950-VOL 7-13 IN BOX C00951****

12/22/2006 DE 1
    ORDER FOR THE DISBURSEMENT OF FUNDS FOR DEFENSE INVESTIGATOR KEN
    GAUDET FOR AN INDIGENT DEFENDANT
    CONFIDENTIAL SUPPLEMENTAL APPLICATION FOR COURT FUNDS FOR DEFENSE
    INVESTIGATOR DEN GAUDET FOR AN INDIGENT DEFENDANT

                    *****    End of Docket    *****