Michael D. Senneff, Esq. (SB 039388)
Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:   707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SONOMA, MICHAEL POTTS, et al.,<br><br>             Defendants.<br>_____/ | NO. CV 07-04274 CW<br><br>PROOF OF SERVICE RE: COUNTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>Date: April 10, 2008<br>Time: 2:00 p.m.<br>Ctrm: 2 |

SENNEFF
FREEMAN
BLUESTONE

NO.: C-07-04274 CW: County Defs' Proof of Service re: Motion to Dismiss Second Amended Complaint       1

## PROOF OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On February 29, 2008, I served the following document(s):

1. COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP Rule 12(b)(6)]
2. COUNTY DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP Rule 12(b)(6)]
3. COUNTY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP Rule 12(b)(6)]
4. [PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP Rule 12(b)(6)]

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below to:

*Attorneys for Plaintiff Rutledge:*
J. David Nick, Esq.
Editte Dalya Lerman, Esq.
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460

Facsimile: (707) 937-2207
Telephone: (707) 937-1711

*Attorneys for Defendant Michael Potts:*
John P. Devine, Esq.
Deputy Attorney General
State of California, Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Facsimile: (415) 703-5480
Telephone: (415) 703-5522

__X__ **BY U.S. MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated and sent via first class mail to each individual stated below. I am readily familiar with Senneff Freeman & Bluestone's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

_____ **BY HAND DELIVERY:** I caused such document to be delivered by hand to the addressee(s) designated.

_____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated.

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on the date set forth above.

_____
Tracy Kecskemeti

NO. C07-04274 CW                    PROOF OF SERVICE