**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

* * * * * *

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, | CASE NO.: CV 07-04274 CW |
| Plaintiff, | **STIPULATION & ORDER FOR CONTINUENCE OF HEARING AND DUE DATE OF OPPOSITION ON COUNTY DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, BEAU R. MARTIN, J. MICHAEL MULLINS, STEPHAN R. PASSALACQUA, GREG JACOBS, SONOMA COUNTY SHERIFF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 40. | |
| Defendants. | |

Page 1 of 4
STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

## STIPULATION

Defendants, County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin, through Counsel, Bonnie A. Freeman, and Plaintiff, Zachariah Rutledge, through Counsel, E. D. Lerman, hereby stipulate to continue the hearing date on COUNTY DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT currently set for April 10, 2008, 2:00 p.m. to May 15, 2008 at 2:00 p.m.

I hereby stipulate to the above described continuance:

Respectfully submitted,

Dated:  March 13, 2008


-------------------/S/-------------------
E. D. Lerman
Attorney for Plaintiff
Zachariah Rutledge



Dated:  March 13, 2008


----------------/S/----------------------
Michael D. Senneff
Bonnie A. Freeman
Attorneys for Defendants
County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin

Page 2 of 4
STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

## ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The hearing date on COUNTY DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT currently set for April 10, 2008, 2:00 p.m. is continued to May 15, 2008 at 2:00 p.m.

Dated: _____

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF SERVICE

I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On March 13, 2008,

**STIPULATION & ORDER FOR CONTINUENCE OF HEARING AND DUE DATE OF OPPOSITION ON COUNTY DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

*Attorneys for Defendant Michael Potts*
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

*Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective*
Beau M. Martin
Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 13th day of March, 2008, at Mendocino, California.

---------------/s/-------------------
Edite Lerman