**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE  LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, ) | CASE NO.:  CV 07-04274 CW |
| ) | |
| ) | **STIPULATION & ORDER** |
| Plaintiff, ) | **FOR CONTINUENCE OF HEARING** |
| ) | **AND DUE DATE OF OPPOSITION** |
| vs. ) | **ON COUNTY DEFENDANT'S MOTION** |
| ) | **TO DISMISS SECOND AMENDED** |
| COUNTY OF SONOMA, MICHAEL ) | **COMPLAINT** |
| POTTS, RUSSEL L. DAVIDSON, ) | |
| JAMES PATRICK CASEY, CHRISTINE ) | |
| M. COOK, BEAU R. MARTIN, ) | |
| J. MICHAEL MULLINS, STEPHAN R. ) | |
| PASSALACQUA, GREG JACOBS, ) | |
| SONOMA COUNTY SHERIFF'S ) | |
| DEPARTMENT, SONOMA COUNTY ) | |
| DISTRICT ATTORNEY'S OFFICE, ) | |
| and DOES 1 through 40. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Page 1 of 5
STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

1

2                                    STIPULATION

3

4              Defendants, County of Sonoma, Sonoma County Sheriff's Department, Sonoma

5    County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs,

6    Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin,

7    through Counsel, Bonnie A. Freeman, and Plaintiff, Zachariah Rutledge, through Counsel, E. D.

8    Lerman, hereby stipulate to continue the hearing date on COUNTY DEFENDANT'S MOTION

9    TO DISMISS SECOND AMENDED COMPLAINT currently set for April 10, 2008, 2:00 p.m.

10   to June 12, 2008 at 2:00 p.m.

11           I hereby stipulate to the above described continuance:

12   Respectfully submitted,

13   Dated:  March 14, 2008

14

15   --------------------/S/-------------------
     E. D. Lerman
16   Attorney for Plaintiff
     Zachariah Rutledge

17

18   Dated:  March 14, 2008

19

20   ----------------/S/-----------------------
     Michael D. Senneff
21   Bonnie A. Freeman
     Attorneys for Defendants
22   County of Sonoma, Sonoma County Sheriff's
     Department, Sonoma County District Attorney's
23   Office, Stephan Passalacqua, J. Michael Mullins,
     Greg Jacobs, Christine M. Cook, Russel L.
24   Davidson, James Patrick Casey, and Detective Beau
     M. Martin
25

                                   Page 2 of 5
26        STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

1

2

3

4

5

6

7                                                    ORDER

8

9          Satisfactory proof having been made and good cause appearing,

10          IT IS ORDERED THAT:

11          The hearing date on COUNTY DEFENDANT'S MOTION TO DISMISS SECOND

12   AMENDED COMPLAINT currently set for April 10, 2008, 2:00 p.m. is continued to June 12,

13   2008 at 2:00 p.m.

14

15   Dated:   3/18/08

16   _____

17   Hon. Claudia Wilken
     UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25
26          STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

1

2    **DECLARATION OF SERVICE**

3

4    I, Editte D. Lerman, declare as follows:
     I am a resident of the State of California, residing or employed in Mendocino, California.

5    I am over the age of 18 years and am not a party to the above-entitled action. My business
     address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

6    On March 14, 2008,

7

8    **STIPULATION & ORDER FOR CONTINUENCE OF HEARING AND DUE DATE OF
     OPPOSITION ON COUNTY DEFENDANT'S MOTION TO DISMISS SECOND
     AMENDED COMPLAINT**

9

10   was filed and served upon the following parties via the Court's PACER-ECF electronic filing
     system.

11   ***Attorneys for Defendant Michael Potts***
     EDMUND G BROWN, JR.

12   Attorney General of the State of California
     JOHN P. DEVINE, ESQ.

13   Deputy Attorney General of the State of California
     California Department of Justice

14   455 Golden Gate Avenue, Suite 11000

15   San Francisco, CA 94102-7004

16   ***Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department,
     Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins,***

17   ***Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and***

18   ***Detective***
     Beau M. Martin

19   Michael D. Senneff
     Bonnie A. Freeman

20   SENNEFF FREEMAN & BLUESTONE, LLP
     50 Old Courthouse Square, Suite 401

21   P.O. Box 3727
     Santa Rosa, CA 95402-3729

22

23   I declare under penalty of perjury that the foregoing is true and correct and that this

24   declaration was executed this 14th day of March, 2008, at Mendocino, California.

25

                                    Page 4 of 5
26             STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS

1   ---------------/s/-------------------
    Edite Lerman
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                      Page 5 of 5
26           STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS