IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTLEDGE, | No. C 07-04274 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

Notice is hereby given that the case management conference, previously set for April 8, 2008, is continued to June 12, 2008, at 2:00 p.m., to be heard along with County Defendants' Motion to Dismiss Second Amended Complaint, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 3/27/08

_____
SHEILAH CAHILL
Deputy Clerk