EDMUND G. BROWN JR.
Attorney General of the State of California
JOHN P. DEVINE, State Bar No. 170773
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5522
 Fax:  (415) 703-5480
 Email:  John.Devine@doj.ca.gov

Attorneys for Defendant Michael Potts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE,<br><br>                                            Plaintiff,<br><br>            v.<br><br>COUNTY OF SONOMA, et al.<br><br>                                            Defendants. | Case No.  C 07-04274-CW<br><br>**DEFENDANT MICHAEL POTTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>**Date:  June 12, 2008**<br>**Time:  2:00 p.m.**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:  Hon. Claudia Wilken** |

COMES NOW Defendant Michael Potts and respectfully requests that the Court take

judicial notice, pursuant to Rules 201 and 302 of the Federal Rules of Evidence, of the

following:

    1.    Exhibit A-1 & A-2 - Criminal Docket for Superior Court, County of Sonoma, Case

Number MCR - 398506, *People v. Zachariah Judson Rutledge*.

    2.    Exhibit B - State of California Victim Compensation & Government Claims Board

Documents

    A court may take judicial notice of matters of public record in ruling on a Rule 12(b)(6)

motion.   *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

1        Additionally, in accordance with the Federal Rules of Evidence 301, the official record

2  from the California Government Claims Program at the Victim Compensation and Government

3  Claims Board, formerly the State Board of Control, concerning the untimely "claim" by plaintiff

4  is subject to judicial notice.  State of California Courts take judicial notice of this document

5  under California Evidence Code § 452(c) regarding official acts of a legislative/executive

6  department of a state.  Further, in *Chas. L. Harney v. State of California* (1963) 217 Cal.App.2d

7  77, 85-86, the California Court of Appeal ruled that the files of the Board of Control can be

8  judicially noticed for purposes of a demurrer.

9        Dated:  April 7, 2008.

10                    Respectfully submitted,

11                    EDMUND G. BROWN JR.
                        Attorney General of the State of California

14                    <u>s/s John P. Devine</u>
                    JOHN P. DEVINE

15                    Deputy Attorney General

16                    Attorneys for Defendant Michael Potts

18  40238039.wpd
19  SF2008400170

Deft. Potts' Request for Judicial Notice              Rutledge v. Co. of Sonoma, et al.
                                              C 07-04274-CW

EXHIBIT A-1

```
SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA  swilliam Page    1
MCR-398506                    CRIMINAL DOCKET        Printed  9/28/2007   11:32
```

Docket of
DE 1    RUTLEDGE, ZACHARIAH JUDSON                 Offense Date: 10/23/1998
DOB 01/25/1976 DLN CA A9920344                            DA #: DAR-443724

    Filed Charges
    F PC 187(a) 2 Counts Held to Answe      F PC 459 Held to Answer
    F PC 187(a) 2 Counts Dismissed          F PC 459 Dismissed

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT        Agency #: SCY-98102411
Box Number: 113147                                 DA Location: LSTMG
========================================================================

05/08/2002 DE 1
    DECLARATION IN SUPPORT OF WARRANT OF ARREST FILED
    WARRANT #5262370 SIGNED AND ISSUED IN THE AMOUNT OF $1,000,000
    COMPLAINT FILED
    F PC 187(a) 2 Counts                    F PC 459
    ADDED TO CALENDAR BY JAIL - 05/10/2002 at 8:30am M13, WARRANT IN
      CUSTODYS

05/09/2002 DE 1
    RECEIVED PEOPLE'S REQUEST RE: BAIL

05/10/2002 DE 1
    ORDER ON MEDIA REQUEST TO PERMIT COVERAGE
    MEDIA REQUEST  TO PHOTOGRAPH, RECORD OR BROADCAST FILED
    PEOPLE'S REQUEST RE: BAIL FILED
    PEOPLE FILE INVENTORY OF DOCUMENTS

05/10/2002 DE 1    Courtroom Minutes of Department M13

    HON: Dean A. Beaupre  DDA: JAMES PATRICK CASEY  REP: MARIA HANNAN  CLK: BW
    Defendant present in custody
    Counsel Steve Weiss, Public Defender, appearing
    Public Defender Appointed
    Defendant handed copy of complaint
    Discovery provided
    Warrant #5262370 Recalled
    NO BAIL
    People request no bail
    Defendant informed of Right to Counsel
    Case Referred to Probation Department for RPO
    Re: Release on Own Recognizance or Bail Reduction
    CONTINUED TO - 05/15/2002 at 8:30am M13, RPO/BAIL REDUCTION,
      ARRAIGNMENT, PLEA

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

05/15/2002 DE 1    Courtroom Minutes of Department M13

    HON: C. WONG  DDA: JAMES PATRICK CASEY  REP: Sandra L. Carranza  CLK: CM
Defendant present in custody
Counsel A. Thomas, Public Defender, appearing
NO BAIL
Bail report filed
CONTINUED TO - 06/06/2002 at 8:30am S2, PLEA, TO SET

05/23/2002 DE 1
    ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FILED
MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST FILED

06/06/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JCP  REP: B L Peterson  CLK: VL
Defendant present in custody
Counsel A Thomas, Public Defender, appearing
Defendant stipulates to due and proper arraignment
Waives reading of complaint
Defendant pleads Not Guilty to count I PC 187(a)
Defendant pleads Not Guilty to count II PC 187(a)
Defendant pleads Not Guilty to count III PC 459
Defendant Waived Time for Preliminary Hearing, including 10 day
rule
Defendant Waived Time for Preliminary Hearing, including 60 day
rule
CONTINUED TO - 07/11/2002 at 8:30am S2, TO SET

07/11/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: KATHLEEN A. KNOTTS  REP: LYNN ANDERSON  CLK: VL
Defendant present in custody
Counsel A Thomas, Public Defender, appearing
Defendant Waived Time for Preliminary Hearing, including 10 day
rule
Defendant Waived Time for Preliminary Hearing, including 60 day
rule
Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
Time estimate-2-3 days

07/11/2002 DE 1
    INVENTORY OF TRANSCRIPTIONS FILED WITH THE COURT

10/22/2002 DE 1
    CONTINUED TO - 10/23/2002 at 8:30am S2, TO SET, COMPEL

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

10/23/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: LYNN ANDERSON  CLK: VL
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
    Time estimate for prelim: 2-3 days
    Motion to Compel Discovery Set - 10/30/2002 at 8:30am S2, MOTION,
      COMPEL, DISCOVERY

10/23/2002 DE 1
    MOTION TO COMPEL DISCOVERY
    ORDER FOR TEMPORARY REMOVAL OF PRISONER DRE ALLEN BUETOW AND HIS
    PRODUCTION AS A WITNESS FILED
    DECLARATION IN SUPPORT OF ORDER FOR TEMPORARY REMOVAL OF PRISONER
    DRE ALLEN BUETOW AND HIS PRODUCTION AS A WINTNESS FILED

10/28/2002 DE 1
    PEOPLE'S REPLY TO DEFENDANT'S MOTION TO DISCOVERY

10/30/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: LYNN ANDERSON  CLK: VL
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Preliminary Examination set - 11/14/2002 at 9:30am S2, PRELIMINARY
    time estimate 2-3 days
    Motion for Discovery is discussed and ruled upon the various matters
      as placed on the record in open Court.

11/13/2002 DE 1
    WITNESS LISTS FILED

11/14/2002 DE 1    Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: MARIA HANNAN  CLK: BW
    Judge has file
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Defendant agrees to waive right to have continual prelim
    Preliminary Hearing called at 10:30 a.m.
    Cause heard at 10:30 a.m.
    Defense calls for declaration and exclusion of People's witnesses
    People call for declaration and exclusion of Defense witnesses
    Defense advises Court Tom Johnson will be present at Defense counsel
    table as Defense Investigator.
    Court excuses all witnesses from open courtroom.
    People call Sergeant Russell Davidson, Sonoma County S.O., sworn

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 4

11/14/2002 DE 1    Courtroom Minutes of Department S2    (continued)
and testified at 10:35 a.m.
People's exhibit 1, marked for identification: large black and
white map diagram
People's exhibit 2, marked for identification: very large board
with 10 color photos (DA label A)
Stipulation stated on the record
People's exhibit 3, marked for identification: very large board
with color photos (DA label E)
People's exhibit 4, marked for identification: very large board
with color photos (DA label B)
People's exhibit 5, marked for identification: very large board
with color photos (DA label F)
People's exhibit 6, marked for identification: very large board
with color photos (DA label C)
People's exhibit 7, marked for identification: medium size board
with 4 color photos (DA label C-A)
People's exhibit 8, marked for identification: very large board
with color photos (DA label F-A)
Cross examination by defense at 11:21 a.m.
Redirect 11:33 a.m.
Witness identifies Defendant(s).
Recross examination by Mr. Thomas at 11:39 a.m.
At 11:56 a.m. Court declares noon recess.
At 1:42 p.m. Court reconvenes with all parties and defendant present
Court reporter change to Susan Standish.
Witness Sgt. Russell Davidson resumes witness stand, having been
previously sworn and still under oath.
People state on the record several stipulations for the purposes
of this prelim hearing.
Court is adjourned at 2:10 p.m.
People's exhibit 9, marked for identification: white long bow with
brown leather sheath and knife
At 2:05 p.m. Court interrupts proceedings to take a plea on another
matter.
At 2:10 p.m. Court resums this matter.  All parties present.
Recross examination at 2:10 p.m. by Mr. Thomas.
Witness excused at 2:30 p.m.
People call Charles Augustine Marcum, Jr. sworn and testifies at
2:31 p.m.
Cross examination at 2:36 p.m. by Mr. Thomas.
Redirect at 3:02 p.m.
Witness excused at 3:03 p.m.
Recess: 3:03 p.m.
Reconvene: 3:20 p.m.; All Parties present
People call Deborah Ann Becker, sworn and testified at 3:21 p.m.
Witness identifies Defendant(s).
Cross examination at 3:31 p.m.

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 5

11/14/2002 DE 1    Courtroom Minutes of Department S2    (continued)
Witness steps down at 3:53 p.m.
People call Otto Meyer, sworn and testified at 3:54 p.m.
Cross examination by defense at 4:03 p.m.
Witness steps down at 4:06 p.m.
People call William McMahon, sworn and testified at 4:06 p.m.
Witness identifies Defendant(s).
People's exhibit 10, marked for identification: white long box
with rifle inside
People's exhibit 11, marked for identification: very large board
with color photos (DA label D)
Cross examination by defense at 4:18 p.m.
Redirect at 4:23 p.m.
Witness steps down
People call Greg Adair, sworn and testified at 4:23 p.m.
Witness identifies Defendant(s).
Cross examination at 4:30 p.m. by defense
Witness steps down
People call Spencer Tomosvary, sworn and testified at 4:37 p.m.
Witness identifies Defendant(s).
Cross examination at 4:42 p.m.
Witness steps down
Defendant waives right for continual prelim hearing for 11/15/2002.
Preliminary Examination set - 11/15/2002 at 10:00am S2, PRELIMINARY
At 4:46 p.m. court stands adjourned.

11/15/2002 DE 1    Courtroom Minutes of Department S2

HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: S STANDISH  CLK: VL
Defendant present in custody
Counsel A. Thomas, Public Defender, appearing
Preliminary Examination held
At 1:33pm, Court reconvenes. Counsel present. Defendant present.
Cross examination James J. Lewis, Jr., heretofore sworn, resumes
the stand and further testifies.
Witness steps down
Sergeant Russell Davidson, heretofore sworn, resumes the stand and
further testifies.
Witness steps down
People call Michael L. Potts, sworn and testified.
Stipulation announced.
Cross examination
Witness steps down
People call Brad Burke, sworn and testified.
Witness steps down
People call John Douglas Yount, sworn and testified.
Stipulation announced.
Courtroom Clerk change to Brenda Wesson.

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 6

<u>11/15/2002 DE 1    Courtroom Minutes of Department S2</u>    (continued)
Cross examination
Recess: 2:55pm
Reconvene: 3:08pm
People call Dre Allen Buetow, sworn and testifies at 3:09pm
Witness identifies Defendant(s).
Cross examination
Witness steps down
People recall Sgt. Russell Davidson at 3:15pm.
Witness steps down
People's exhibit(s) 1-15 moved into evidence.
No objections by defense.
People rest
Defense argues
Submitted
Defendant Held to Answer to count I PC 187(a) as charged
Enhancement to count I PC 12022.53(d) held to answer
Enhancement to count I PC 190.2(a)(3) held to answer
Enhancement to count I PC 190.2(a)(15) held to answer
Enhancement to count I PC 12022.5(b)(2) held to answer
Defendant Held to Answer to count II PC 187(a) as charged
Enhancement to count II PC 12022.53(d) held to answer
Enhancement to count II PC 190.2(a)(3) held to answer
Enhancement to count II PC 190.2(a)(15) held to answer
Enhancement to count II PC 12022.5(b)(2) held to answer
Defendant Held to Answer to count III PC 459 as charged
Enhancement to count III PC 12022.5(b)(2) held to answer
Information to be filed in Superior Court by - 11/26/2002 at 8:30am
  S2, INFORMATION TO BE FILED
Bail status remains the same; $0 - NO BAIL
All People's Exhibits withdrawn and remain with DA for safekeeping.
Transcript by: 11/24/2002
Reporter: Susan Standish

<u>11/18/2002 DE 1</u>
PERTINENT PAPERS DELIVERED TO COUNTY CLERK; RECEIPT FILED #SCR-32528

<u>11/21/2002 DE 1</u>
CRIMINAL HEARING - 11/26/2002 at 8:30am S2, INFORMATION TO BE FILED
BAIL INVESTIGATION RPT
TRANSCRIPT OF PRELIMINARY EXAMINATION FILED NOV. 15, 2002
TRANSCRIPT OF PRELIMINARY EXAMINATION FILED NOV. 14, 2002

<u>11/25/2002 DE 1</u>
TRANSCRIPT OF PRELIMINARY EXAMINATION FILED

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 7

11/26/2002 DE 1     Courtroom Minutes of Department S2

    HON: ELLIOT LEE DAUM  DDA: JAMES PATRICK CASEY  REP: R KOOP  CLK: VL
    Defendant present in custody
    Counsel Ande Thomas, Public Defender, appearing
    INFORMATION FILED
    F PC 187(a) 2 Counts                    F PC 459
    Defendant stipulates to due and proper arraignment
    Defendant waives reading of information
    Defendant pleads Not Guilty to count I PC 187(a)
    Defendant pleads Not Guilty to count II PC 187(a)
    Defendant pleads Not Guilty to count III PC 459
    Enhancements/Allegations denied
    Fingerprint form filed
    Defendant waives time to 1-7-2003 plus 75 days
    CONTINUED TO - 01/07/2003 at 8:30am S2, TO SET

12/16/2002 DE 1
    ORDER

01/07/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.DALE  DDA: JAMES PATRICK CASEY  REP: B L Peterson  CLK: LA
    Defendant present in custody
    Counsel B Kinnison obo A Thomas, Public Defender, appearing
    Defendant waives time to 1-28-2003 plus 75 days
    CONTINUED TO - 01/28/2003 at 8:30am S2, TO SET

01/28/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Larry J. Scoufos  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Counsel A. Thomas, Public Defender, appearing
    Public Defender Relieved
    Counsel J David Nick appearing
    Counsel appearing generally
    Public Defender Fee Incurred filed.
    Defendant waives time to 2/18/2003 plus 60 days
    CONTINUED TO - 02/18/2003 at 8:30am S2, TO SET

02/18/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Counsel J David Nick appearing
    Defendant waives time to 4-2-2003 plus 60 days
    CONTINUED TO - 04/02/2003 at 8:30am S2, TO SET

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 8

04/02/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    No file
    Defendant present in custody
    Counsel J David Nick appearing
    People's response due 05/14/2003
    Defendant waives time to 05/29/2003 plus 60 days
    995 PC Motion Set - 05/29/2003 at 2:30pm S2, 995PC TO DISMISS
    Time estimate for motion: 2 hours

04/25/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  REP: C A Martinez  CLK: LA
    no file
    In camera hearing held
    Confidential motion held and ruled upon
    995 Motion Set - 05/29/2003 at 2:30pm S2, 995PC TO DISMISS
    Confidential motion granted
    Court reporter ordered transcript of in camera hearing sealed.

05/14/2003 DE 1
    PEOPLE'S OPPOSITIONT O DEFENDANT'S MOTION TO DISMISS INFORMATION
    PURSUANT TO PENAL CODE 995 AND CALIFORNIA COMMON LAW FILED
    PROOF OF SERVICE BY MAIL

05/27/2003 DE 1
    Defendant's Reply to Opposition to Motion to Dismiss Filed

05/29/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    At 3:05 pm motion held
    Counsel Nick presents Motion to Dismiss
    Defendant waives time to 06/19/2003 plus 60 days
    Further 995 Motion Set - 06/19/2003 at 2:30pm S2, 995PC TO DISMISS

06/19/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: MB
    DA: C Cook
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defendant waives time to 07/17/2003 plus 60 days
    Exhibits withdrawn

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 9

06/19/2003 DE 1     Courtroom Minutes of Department S2     (continued)
    Discovery motion to be filed by 07/07/2003
    995 PC Motion Held
    995 PC Motion Denied
    Discovery Motion Set - 07/17/2003 at 2:30pm S2, DISCOVERY MOTION

07/07/2003 DE 1
    NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FILED

07/17/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: E POPOVICH  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Stipulation between counsel Nick and Assistant DA G Jacobs re:
    transfer of custody of case evidence filed.
    Defendant waives time to 07/31/2003 plus 60 days
    Hearing Held
    Time estimate 8-12 weeks
    CONTINUED TO - 07/31/2003 at 2:30pm S2, FURTHER PROCEEDINGS

07/31/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: R KOOP  CLK: LA
    No File
    Defendant present in custody
    Defense Counsel J. Nick not present M. Linscheid specially
    appearing
    Amended stip between Attorney Nick and Ada Greg Jacobs re: Transfer
    of custody case evid.
    Defendant waives time to 01-19-2004 plus 60 days
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
       CONFIRMATION
    CONTINUED TO - 09/25/2003 at 2:30pm S2, COMPLIANCE

08/13/2003 DE 1
    CONTINUED TO - 08/14/2003 at 2:30pm S2, FURTHER PROCEEDINGS, AT
    JUDGE'S REQUEST

08/14/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick not present, E Vizzi appearing
    Mr. Jackson present and addresses the Court
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 10

08/14/2003 DE 1    Courtroom Minutes of Department S2    (continued)
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION
    CONTINUED TO - 08/21/2003 at 2:30pm S2, FURTHER PROCEEDINGS

08/21/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J. Nick not present, Counsel M Linscheid, specially
    CONTINUED TO - 09/25/2003 at 2:30pm S2, COMPLIANCE
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION

09/25/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Jury Trial Set - 01/20/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 01/09/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION

11/13/2003 DE 1
    STIPULATION BETW ATTY J. DAVID NICK & ASST D.A. GREGORY JAC
    OBS RE: TRANSFER OF CUSTODY OF CASE EVIDENCE FILED

11/20/2003 DE 1
    NOTICE OF MOTION AND MOTION TO DISMISS INFORMATION FOR FAILURE OF
    THE PROSECUTION TO DIVULGE MATERIAL EXCULPATORY EVIDENCE PRIOR
    TO THE PRELIMINARY EXAMINATION FILED
    CONTINUED TO - 12/11/2003 at 2:30pm S2, MOTION, CONTINUE
    TABLE OF EXHIBITS IN SUPPORT OF DEFENDANTS MOTION TO DISMISS
    INFORMATION FOR FAILURE OF THE PROSECUTION TO DIVULGE MATERIAL
    EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY EXAMINATION FILED
    DECLARATION OF MICHAEL LINSCHEID IN SUPPORT OF DEFENDANTS MOTION TO
    DISMISS INFORMATION FOR FAILURE OF THE PROSECUTION TO DIVULGE
    MATERIAL EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY EXAMINATION
    FILED

11/24/2003 DE 1
    NOTICE OF MOTION AND MOTION COMPEL DISCOVERY FILED

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 11

12/05/2003 DE 1
    PEOPLES OPPOSITION TO DEFENDANTS MOTION TO DISMISS INFORMATION FOR
    FAILURE TO DIVULGE EXCULPATORY EVIDENCE PRIOR TO THE PRELIMINARY
    EXAMINATION FILED
    PEOPLES OPPOSITION TO DEFENDANTS MOTION TO COMPEL DISCOVERY FILED
    REQUEST FOR INFORMAL DISCOVERY FILED

12/09/2003 DE 1
    Defendant's Reply to People's Opposition to Def's Motion to
    Dismiss Information Filed

12/11/2003 DE 1
    Memo of Ps and As in Support of Certificate of Materiality
    for Transfer of Federal Inmate Brady Lee Gatewood Filed

12/11/2003 DE 1      Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: KLK
    No file; Judge has file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Case heard 2:40 p.m.
    Motion to compel discovery addressed
    Defense files supplemental memorandum of points and authorities in
    support of defendant's motion to dismiss for failure of prosecutor
    to divulge material exculpatory evidence prior to preliminary
    hearing
    Defense argues
    Recess: 3:36 p.m.
    Reconvene: 3:55 p.m.; All Parties present
    People respond
    Recess: 4:04 p.m.
    Reconvene: 4:10 p.m.; All Parties present
    Defense files memorandum of points and authorities in support of
    materiality for transfer of federal inmate Brady Gatewood from FCI
    Sheridan to Sonoma County for testifying at trial
    CONTINUED TO - 12/22/2003 at 11:00am S2, RULING, DISCOVERY
      COMPLIANCE

12/11/2003 DE 1
    Defendant's Supplemental Ps and As in Support of Motion to
    Dismiss Information Filed

12/19/2003 DE 1
    DROPPED FROM CALENDAR - 12/22/2003 at 11:00am S2

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 12

12/24/2003 DE 1
    Certificate of Materiality for The Transfer of Federal Inma
    te Brady Lee Gatewood Filed

01/06/2004 DE 1
    NOTICE OF PEOPLES MOTION TO CONTINUE FILED
    POINTS AND AUTHORITIES IN SUPPORT OF PEOPLES MOTION TO CONTINUE
    FILED
    DECLARATION IN SUPPORT OF PEOPLES MOTION TO CONTINUE FILED

01/07/2004 DE 1
    SUPPLEMENTAL DECLARATION IN SUPPORT OF PEOPLES MOTION TO CONTINUE
    FILED

01/09/2004 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: LA
    DA: C. Cook
    Judge has the file
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Reported in chambers side bar hed, defendant waives his app for said
      hearing
    Court finds good cause for cont.
    Jury Trial Set - 02/26/2004 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 02/13/2004 at 8:30am S2, PRETRIAL
      CONFIRMATION
    Vacated - 01/20/2004 at 9:30am S2
    995 PC Motion Granted
    995 PC Motion Denied
    1050 PC Motion Granted
    People's 1050 PC Motion Denied

02/10/2004 DE 1
    CONTINUED TO - 02/23/2004 at 8:30am 2, TO SET, TO QUASH, AT
      ATTORNEY'S REQUEST

02/13/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.DALE  DDA: Greg J. Jacobs  REP: A MERTLE  CLK: KLK
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Court orders Counsel not to take other trials.
    Pretrial Conference Held
    Readiness Conference Set - 02/20/2004 at 10:00am 2, READINESS
      CONFERENCE
    DROPPED FROM CALENDAR - 02/23/2004 at 8:30am 2

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 13

02/20/2004 DE 1    Courtroom Minutes of Department 2

   HON: R.BALLINGER  DDA: Christine M Cook  REP: C J Hamilton  CLK: LA
Judge has file
DA: /G. Jacobs
Court orders DA not accept any other trials pending this matter
Defendant present in custody
Defense Counsel J David Nick appearing
Def. waives uninterrupted jury, specifically 3-15-2004 - 3-19-2004
Defendant waives time to 4-1-2004
Jury Trial Set - 03/08/2004 at 9:30am 2, JURY TRIAL
Readiness Conference Held
Vacated - 02/26/2004 at 9:30am 2

02/23/2004 DE 1
   CONTINUED TO - 02/23/2004 at 8:30am 2, FURTHER PROCEEDINGS

02/23/2004 DE 1    Courtroom Minutes of Department 2

   HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C J Hamilton  CLK: LA
Defendant present in custody
Defense Counsel J. Nick appearing
P. Gallagher present, addresses the Court
matter DROPPED from calendar
CONTINUED TO - 03/08/2004 at 9:30am 2, JURY TRIAL

03/02/2004 DE 1
   Media Request and Order Thereon Filed

03/08/2004 DE 1    Courtroom Minutes of Department 2

   HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: PJS
Jury Trial 1st DAY
DA also Greg Jacobs
Defendant present in custody
Defense Counsel J. David Nick appearing
People's Proposed Witness List filed
People's Trial Brief filed
The following motions are filed by Mr. Nick:
Notice of Motion & Motion In Limine to Exclude Scientific Evidence
To Wit: Paint Identification & Random Match Probability Evidence
& Demand for "Kelly-Frye" Hearing
Notice of Motion & Motion To Dismiss Information In Light Of
Recently Discovered Misrepresentations Made By Senior Criminalist
Michael Potts Of The California Department of Justice At The
Preliminary Examination
Defendant's Motion In Limine To Dismiss Because Of Denial Of Right
To Due Process Under The Constitutions Of The United States &

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 14

03/08/2004 DE 1    Courtroom Minutes of Department 2    (continued)
California Based Upon Preacussation Delay
Defendant's Motion In Limine To Exclude Any Mention Of Any Alleged
Fight Between Defendant And Victim Jason Blore As A Motive For
Either Of The Murders In The Present Case
Defendant's Motion In Limine To Exclude Admission Of A Symbol That
Was Carved Above A Door In A Cabin Owned By Defendant's Parents
Pursuant To Evidence Code 403 & 352
Defendant's Motion In Limine To Exclude Statements Made By Defendant
At Santa Rosa Junior College, In the Police Vehicle, Or At The
Sonoma County Sheriff's Department After Having Been Subjected To A
Custodial Interrogation & After Having Invoked His Right To Counsel
Defendant's Motion In Limine To Exclude Any Reference To A
Polygraph Examination
Defendant's Motion In Limine To Exclude Any Reference To A
March 29, 2002, Annoying Phone Call Placed By Defendant To
Occidental Leather Pursuant to Evidence Code 1101(b) & Evidence
Code 352
Defendant's Motion In Limine To Exclude Circumstances Surrounding
An April 3, 2002 Incident Pursuant To Evidence Code 1101(b)
Defendant's Motion In Limine To Exclude Admission Of Defendant's
Prior Bad Acts Pursuant To Evidence Code 1101(b)
Defendant's Motion In Limine To Instruct The Prosecution to Advise
All Witnesses Of The Orders Of The Court Following In Limine
Motions
Defendant's Motion In Limine To Exclude Statements Made By Defendant
To Any In-Custody Informant As Such Statements Were Obtained From
Defendant In Violation Of His Sixth Amendment Right To Counsel
Defendant's Motion In Limine For An Order Sealing Defendant's
Mental Health Records, And For An Order Excluding The Prosecution
From Arguing Or Eliciting Testimony Concerning Defendant's Mental
Health As Set Forth In His Mental Health Records
Defendant's Motion In Limine To Exclude The Knife Found At The
Crime Scene
Defendant's Motion In Limine To Exclude The Prosecution From
Referencing The Weapon As An "Assault" Rifle
Defendant's Motion In Limine to Exclude Any Writings By Defendant
Or Any Reference Thereto
Defendant's Motion In Limine To Exclude Any Mention Of Defendant's
Homosexuality, The Homosexuality Of The Victims, Or Defendant's
Alleged Hatred Of Homosexuals As A Motive For Either Of The
Murders In The Present Case
Defendant's Motion In Limine To Exclude Conviction & Circumstances
Surrounding Defendant's Prior Arrest For Possession Of Sawed Off
Shotgun Pursuant To Evidence Code 1101(b)

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 15

03/08/2004 DE 1    Courtroom Minutes of Department 2    (continued)
    Defendant's Motion In Limine to Exclude Photographs & Videotapes Of
    Victims Pursuant To Penal Code 352
    Jury Trial Set - 03/10/2004 at 1:30pm 2, JURY TRIAL, CONTINUE

03/10/2004 DE 1
    DROPPED FROM CALENDAR PER JUDGE BALLINGER - 03/10/2004 at 1:30pm 2
    CONTINUED TO - 03/12/2004 at 1:30pm 2, MOTION IN LIMINE, AT JUDGE'S
        REQUEST

03/12/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 2nd DAY
    District Attoreny Greg Jacobs also present
    Defendant present in custody
    Defense Counsel J. Nick appearing
    Court orders mental health records not be released to anyone pending
    further Court order
    People's exhibit 1, marked for identification:  copy of release
    signed by defendant
    People's exhibit 2, marked for identification:  copy of letter
    Specialist P. Dietz MD is not to discuss records with anyone
    CONTINUED TO - 03/26/2004 at 1:30pm 2, MOTION

03/18/2004 DE 1
    APP & AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE
    WITNESS IN FEDERAL CUSTODY: BRADY GATEWOOD FILE
    WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE WITNESS IN FEDERAL
    CUSTODY: BRADY GATEWOOD FILED
    CERTIFICATE OF COURT CLERK FILED

03/23/2004 DE 1
    PEOPLES RESPONSE TO DEFENDANTS NOTICE OF MOTION AND MOTION IN
    LIMINE TO EXCLUDE SCIENTIFIC EVIDENCE TO WIT: PAINT IDENTIFICATION
    AND
    RANDOM MATCH PROBABILITY EVIDENCE AND DEMAND FOR "KELLY" HEARING
    FILED
    People's Opposition to Defendant's Motion in Limine to Excl
    ude Defendant's Statements Made to Police Filed
    People's Supplemental Attachment to Previously Filed Trial
    Brief: People's Offer of Proof By Park Dietz, MD, PhD Filed
    People's Opposition to Defendant's Motion in Limine to
    Exclude Symbol in Defendant's Home Filed
    People's Opposition to Defendant's Motion to Dismiss Info.
    for Failure to Divulge Exculpatory Evidence Filed
    People's Partial Non-Opposition to Defendant's Motion
    Re: Mental Health Records Filed

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 16

03/23/2004 DE 1                                          (continued)
     People's Opposition to Defendant's Motion in Limine To
     Dismiss for Preaccusation Delay Filed
     People's Opposition to Defendant's Motion in Limine to
     Exclude the Knife Found at the Crime Scene Filed
     People's Opposition to Defendant's Motion in Limine to Excl
     ude any Mention of Defendant's Homosexuality, etc. Filed
     People's Opposition to Defendant's Motion in Limine to
     Exclude Photographs and Videotapes of Victims Filed
     People's Response to Defendant's Motion in Limine to Exclud
     e Admission of Defendant's Prior Bad Acts Filed
     People's Opposition to Defendant's Motion in Limine to Excl
     ude Mention of Alleged Fight Bet. Def and Jason Blore Filed


03/25/2004 DE 1
     DROPPED FROM CALENDAR - 03/26/2004 at 1:30pm 2
     CONTINUED TO - 04/02/2004 at 10:00am 2, MOTION
     SUBPOENAED RECDS FR SO CO MADF REC'D IN CABINET


03/29/2004 DE 1
     Defendant's Resp to People's Trial Brief re: Objec to Admis
     of Prior Shotgun Possession Conviction etc. Filed
     Defendant's Response to People's Trial Brief re: Defense
     Opposition to Use of Psychiatric Profile Evidence etc Filed


04/02/2004 DE 1
     Defense Response to DA's Trial Brief re: Defendant's Opp to
     Intro of Evidence to Prove Motive of Defendant FILED


04/02/2004 DE 1     Courtroom Minutes of Department 2


     HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
     JURY TRIAL 3rd DAY
     District Attorney Greg Jacobs also present
     Defendant present in custody
     Defense Counsel J. Nick appearing
     Motion to Dismiss for Pre Arrest Delay is argued
     Defendant waives his right to be present at crime scene
     Defendant waives his right to Court Reporter at crime scene
     Court's prior order re: mental health records remains in effect
     CONTINUED TO - 04/06/2004 at 10:00am 2, JURY TRIAL
     Reconvene: At 4:37 p.m. Court is adjourned; All Parties present
     CONTINUED TO - 04/05/2004 at 10:00am 2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 17

04/05/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 4th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. David Nick appearing
Deputy District Attorney Christine Cook also appearing for People
402 hearing held RE: Preaccusation Delay
Further Points on Preaccusation Delay filed
People call Detective Russell L. Davidson, sworn and testified.
Witness steps down
402 Hearing convened re; Mental Health Records
Defendant waives any confidentiality issues relating to Mental
Health reports
Defense calls Deputy Public Defender Ande Thomas, sworn and
testified
Defendant waives any irregularities re: Court exhibit 1a and 2a
People's exhibit #1A, marked for identification:  COPY Of
Dedendant's waiver re: mental health records
People's exhibit 2a, marked for identification:  copy of letter
from Public Defender to District Attorney
Witness steps down
Witness ordered to appear on 4/7/04 at 10:00 Dept. 2 if his files
indicate any new information
Recess: 11:36 a.m. for regularly scheduled noon break
Reconvene: 1:44 p.m.; All Parties present
Court reporter Susan Standish replaces Court Reporter C. Martinez
Detective Russell Davidson retakes the stand and further testifies
Court's exhibit(s) 3, marked for identification:  copy of yellow
pages from phone book for 1999
Recess: 3:12 P.M.
Reconvene: 3:31 P.M.; All Parties present
At 4:47 p.m. Court is adjourned
CONTINUED TO - 04/06/2004 at 10:00am 2, JURY TRIAL
People's Brief Concerning Motive Evidence filed

04/06/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: R L Whitney  CLK: LA
JURY TRIAL 5th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. David Nick appearing
At 10:28 a.m. Court convenes.
Defense calls Detective Russell Davidson, previously sworn, retakes
the stand and further testifeis.
Cross examination

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 18

---

04/06/2004 DE 1    Courtroom Minutes of Department 2    (continued)
Court's exhibit 4, marked for identification: 17 page document
including copy of arrest warrant
Redirect
Witness excused
Defense call Detective Bradford Burke, sworn and testified.
Defense Supplemental Memo Of Points And Authorities In Support Of
Motion In Limine To Dismiss Due To Denial Of Right To Due Process
Under Constitution Of United State Of America Based Upon Preaccus-
ation Delay filed
At 11:54 a.m. Court declares regularly scheduled break
Reconvene: 2:25 p.m.; All Parties present
Detective Bradford Burke retakes the stand and further testifies
Cross examination
Redirect
Witness excused, subject to recall
At 3:25 p.m. Court declared brief break
Reconvene: 3:40 p.m.; All Parties present
Defense calls Chris Reynolds, sworn and testified
Cross examination
CONTINUED TO - 04/07/2004 at 10:00am 2, JURY TRIAL
Witness steps down
At 5:05 p.m. Court is adjourned

---

04/07/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER    DDA: Craig T Brooks    REP: C A Martinez    CLK: LA
JURY TRIAL 6th DAY
Defendant present in custody
Deputy District Attorney Christine Cook also appearing
Defense Counsel J. David Nick appearing
At 10;34 a.m. Court convenes, All parties are present.
Detective Russell retakes the stand and further testifies.
Cross examination
Witness steps down
Counsel stipulate the Mr. Nick first appeared on this case on
1/23/04
Counsel stipulate that DAR number was assigned on 4/29/02
Defense calls Martin Marovich, sworn and testified
Cross examination
Witness steps down
Defense calls Richard Marovich, sworn and testified
Cross examination
Redirect
Recross
Witness excused
At 11:25 a.m. Court declares regularly scheduled noon break
Reconvene: 1:36 p.m.; All Parties present

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 19

04/07/2004 DE 1     Courtroom Minutes of Department 2     (continued)
People call Detective Russell Davidson, sworn and testified on
behalf of the People
Cross examination
Witness steps down
People call Phil Abrams Deputy District Attorney, sworn and
testified on behalf of the People
Cross examination
Witness steps down
People call Larry Scoful, Deputy District Attorney, sworn and
testified on behalf of the People
People's exhibit 5, marked for identification:   copy of desk top
calendar
At 3:13 p.m. Court declares a brief recess
At 3:35 p.m. Court reconvenes, all parties are present
People call James Casey Deputy District Attorney, sworn and
testified on behalf of the People
Cross examination
CONTINUED TO - 04/12/2004 at 10:00am 2, JURY TRIAL
Witness steps down
At 4:32 p.m. Court is adjourned

04/12/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 7th DAY
    District Attorney Grege Jacobs also present
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Legal discussions are held re: Dismissal
    At 11:25 a.m. Court is adjourned.
    CONTINUED TO - 04/13/2004 at 10:00am 2, JURY TRIAL

04/13/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 8th Day
    District Attorney Greg Jacobs also present
    Defendant present in custody
    Defense Counsel J. D.Nick appearing
    Counsel Christine Cook also present
    At 11:05 a.m. Court convenes
    Legal discussions held re: Cont. 995 Motion
    CONTINUED TO - 04/14/2004 at 10:30am 2, JURY TRIAL
    Defendant and Counsel Nick waive their presence during Court
    viewing evidence presented at Preliminary Exam

EXHIBIT A-2

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 20

04/14/2004 DE 1     Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 9th DAY
District Attorney Greg Jacobs also present
Defendant present in custody
Defense Counsel J. D. Nick appearing
Deputy District Attorney C. Cook present
At 10:38 a.m. Court convenes
Counsel J. Nick addresses the Court
Court makes the following RULING:
995 Motion is DENIED over objection of Defense
Court GRANTS Motion For Return Of Mental Health Records
Court orders that District Attorney return to Counsel Nick all
Mental Health records.  Court further orders that the Distict Attny
Sign a Statement Under Penalty Of Perjury that all original mental
health records and all copies have been returned to defense Counsel
At 10:57 a.m. Court declares a brief break
At 11:39 a.m. Court reconvenes - All parties are present
Court will allow blood splatter analysis video
At 11:42 a.m. Court declares regularly scheduled lunch break
Court's exhibit(s) 6, marked for identification:  16X20 photo of
Mr. Blore's head
Court's exhibit(s) 7, marked for identification:  16X20" photo of
Mr. Blore's right chest
Court's exhibit(s) 8, marked for identification:  16X20" photo of
Mr. Blore's chest close up
Court's exhibit(s) 9, marked for identification:  16X20" photo of
livingroom
Court's exhibit(s) 10, marked for identification:  16X20" photo of
wall above Mr. Blore
Court's exhibit(s) 11, marked for identification:  16X20" photo of
Mr. Grahlmann
Court's exhibit(s) 12, marked for identification:  16X20" photo of
Mr. Grahlmann with evidence tag
Court's exhibit(s) 13, marked for identification:  16X20" photo of
Mr. Grahlmann from behind
Court's exhibit(s) 14, marked for identification:  16X20" photo of
Mr. Grhalmann's from a distance
Court's exhibit(s) 15, marked for identification:  16X20" photo of
Mr. Grahlmann from behind/side
Court's exhibit(s) 16, marked for identification:  16X20" photo of
Mr. Grahlmann's head outside
Court's exhibit(s) 17, marked for identification:  16X20" photo of
Mr. Grahlmann's hands bagged
Court's exhibit(s) 18, marked for identification:  16X20" photo of
Mr. Blore's arm
Court's exhibit(s) 19, marked for identification:  3X5" photo of

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 21

04/14/2004 DE 1     Courtroom Minutes of Department 2     (continued)
Mr. Blore's autopsy chest/arm
Court's exhibit(s) 20: 3X5" photo of Mr. Grahlmann's autopsy head,
marked for identification:
Court's exhibit(s) 21, marked for identification:   3X5" photo of
Mr. Blore's torso with shirt
Court's exhibit(s) 22, marked for identification:   16X20" photo of
Mr. Grahlmann's autopsy
Court's exhibit(s) 23, marked for identification:   16X20" photo of
Mr. Grahlmann's ear
Court's exhibit(s) 24, marked for identification:   16X20" photo of
Mr. Blore's arm
Courts exhibit(s) 25, marked for identification:   16X20" photo of
Mr. Blore alive
Courts exhibit(s) 26, marked for identification:   16X20" photo of
Mr. Blore alive
Courts exhibit(s) 27, marked for identification:   16x20" photo of
Mr. Grahlmann alive
Courts exhibit(s) 28, marked for identification:   16X20" photo of
Mr. Blore behind computer
Courts exhibit(s) 29, marked for identification:   16X20" photo of
Mr. Blore behind computer from his feet
Courts exhibit(s) 30, marked for identification:   16x20" photo of
telephone
Courts exhibit(s) 31, marked for identification:   3X5" photo of
Mr. Grahlmann's head/ear
Courts exhibit(s) 32, marked for identification:   3X5" photo of
Mr. Grhalmann's head/chin
Courts exhibit(s) 33, marked for identification:   3x5" photo of
Mr. Blore with telephone
Reconvene: 1:40 p.m.; All Parties present
Testimony resumes re: Preaccusation Delay
Defense calls Thomas Lynch, sworn and testified
Cross examination
Witness excused
Court's exhibit(s) 34, marked for identification:   1 page copy of
telephone records
People's exhibit #34  received into evidence.
Defense calls Otto G. Meyer, sworn and testified
Side bar conference is held
Cross examination
Redirect
Witness excused
Counsel stipulate to custody status and location of Dre Buetow from
3/1/00 to 8/31/00.
Counsel stipulate Mr. Buetow arrived on 2/28/00 from Nebraska on a
on No Bail warrant
Defense exhibit(s) #35, marked for identification:  yellow and

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 22

04/14/2004 DE 1 ___ Courtroom Minutes of Department 2 ___ (continued)
white pages from phone book of 9/17/99
At 2:27 p.m. Court declares a brief break
Reconvene: 2:37; All Parties present
Counsel stipulate that Court's exhibits #7, 8, 9, 10, 11, 12, 13,
14, 15, 16, 17, 18, 19, 20, 21, and 33 may be introduced into evid-
ence
At 3:27 p.m. Court declares a brief break
Reconvene: 3:51 p.m.; All Parties present
Courts   exhibit(s) 36, marked for identification:  3X4" photo of
Mr. Blore behind computer
Courts exhibit #29 is withdrawn
People call Detective Russell Davidson, sworn and testified.
Cross examination
CONTINUED TO - 04/16/2004 at 10:00am 2, JURY TRIAL
At 4:38 Court is adjourned for the day.

04/16/2004 DE 1 ___ Courtroom Minutes of Department 2 ___

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 10th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
At 10:42 a.m. Court convenes
District Attorney Greg Jacobs also present.
The Court makes the following RULING:
Court denies the People using Court's exhibit #25
Court's exhibit #26 will be modified, picture will be cropped
Court's exhibit #27 will be modified, picture will be cropped
Court's exhibit #36 will be used in lieu of Court's exhibit #29
People call Detective Russell Davidson, sworn and testified.
Court's  exhibit #37, marked for identification:  VHS tape case
Court's  exhibit #37A, marked for identification:  VHS tape
Court's  exhibit #37b, marked for identification:  transcript of
taped interview #37A
Court's  exhibit #38, marked for identification:  1 page
transcript of taped interview
Court's  exhibit(s) #37, #37A, #37B, #38 received into evidence.
Cross examination
Redirect
Witness is excused
CONTINUED TO - 04/19/2004 at 9:30am 2, JURY TRIAL
At 11:35 a.m. Court is adjourned

04/19/2004 DE 1 ___
CONTINUED TO - 04/19/2004 at 10:00am 2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 23

04/19/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
JURY TRIAL 11th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 10:25 a.m. Court convenes.
Side bar conference is held
Defense argues
People respond
At 11:44 a.m. Court declares regularly scheduled noon break
Reconvene: 1:53 p.m.; All Parties present
402 Hearing re: Preaccusation Delay cont.
Defense calls Sgt. Bradford Burke, sworn and testified
Cross examination
Redirect
Witness steps down
People argue
At 3:02 p.m. Court declares a brief recess
Reconvene: 3:17 p.m.; All Parties present
People's argument cont.
At 4:07 p.m. Court declares a brief recess
Reconvene: 3:24 p.m. All parties present
Defense responds
At 4:39 p.m.Court goes off the bench briefly
CONTINUED TO - 09/20/2004 at 10:00am 2, JURY TRIAL
At 4:42 p.m. Court is adjourned
DROPPED FROM CALENDAR - 09/20/2004 at 10:00am 2
CONTINUED TO - 04/20/2004 at 10:00am 2, JURY TRIAL

04/20/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: CDC  REP: C A Martinez  CLK: LA
JURY TRIAL 12th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 11:03 a.m. Court convenes
Counsel J. David Nick argues Discovery Issue
At 12:00 p.m. Court declares regularly scheduled noon recess
Reconvene: 1:38 p.m.; All Parties present
Counsel Greg Jacobs responds
Court orders all members of the District Attorney and Sheriff's
Department who worked on this case to meet prior to Friday
Defense calls Detective Russell Davidson, sworn and testified.
Cross examination
Counsel argues Preaccusatory Delay

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 24

04/20/2004 DE 1    Courtroom Minutes of Department 2    (continued)
   At 2:55 p.m. Court declares a brief break
   Reconvene: 3:25 p.m.; All Parties present
   CONTINUED TO - 04/21/2004 at 10:00am 2, JURY TRIAL
   Court adjourns at 4:03 p.m.

04/21/2004 DE 1    Courtroom Minutes of Department 2

   HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
   JURY TRIAL 13th DAY
   Defendant present in custody
   Defense Counsel J. David Nick appearing
   District Attorney Greg Jacobs also present
   At 10:35 a.m. Court convenes
   Court's exhibit(s) #39, marked for identification:  18 page
   document
   Counsel Cook addresses the Court
   Court's exhibit(s) #40, marked for identification:  summary of
   powerpoint
   Counsel Jacobs addresses the Court
   Defense responds
   At 11:58 a.m. Court declares regularly scheduled noon recess
   Reconvene: 1:37 p.m.; All Parties present
   Court makes the following RULING: there will be no reference to
   "assault rifle".
   Counsel argue Motion to exclude knife
   Counsel Nick responds
   At 3:05 p.m. Court declares a brief recess
   Reconvene: 3:20 p.m. All parties are present
   Counsel Nick continues response
   Counsel Cook responds
   CONTINUED TO - 04/26/2004 at 10:00am 2, JURY TRIAL

04/23/2004 DE 1    Courtroom Minutes of Department 2

   HON: R.BALLINGER  DDA: Brian Staebell  REP: C A Martinez  CLK: LA
   IN CHAMBERS
   Defendant not present in custody
   Defense Counsel J. David Nick not present
   DROPPED FROM CALENDAR - 04/26/2004 at 10:00am 2
   CONTINUED TO - 04/27/2004 at 10:00am 2, JURY TRIAL

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 25

04/27/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    Defendant not present
    Defense Counsel J. David Nick, not present
    CONTINUED TO - 04/28/2004 at 10:00am 2, JURY TRIAL

04/28/2004 DE 1
    DROPPED FROM CALENDAR - 04/19/2004 at 9:30am 2

04/28/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 14th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 1:41 p.m. Court convenes
    Argument continues re: Third Party Culpability
    At 2:18 p.m. Court declares a break
    Reconvene: 3:48 p.m.; All Parties present
    Court makes the following RULING:
    As to Voluntariness Motion To Suppress is DENIED, defendant was
    not in custody at the time
    As to Pre-accusatory Delay Motion DENIED
    CONTINUED TO - 04/30/2004 at 9:30am 2, JURY TRIAL
    At 4:14 p.m. Court is adjourned

04/30/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAl 15th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    Motions In Limine continue to be argued
    Counsel Jacobs argues
    Court's  exhibit #41, marked for identification:  search warrant
    affadavit for Wheeler
    Court's  exhibit #42, marked for identification:  police report
    Counsel Nick responds
    CONTINUED TO - 05/03/2004 at 1:30pm 2, JURY TRIAL
    At 12:06 p.m. Court is adjourned

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 26

05/03/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    JURY TRIAL 16th DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    District Attorney Greg Jacobs also present
    At 1:56 p.m. Court convenes
    People's Motions In Limine continue
    At 2:42 p.m. Court declares a brief break
    At 2:47 p.m Court reconvenes All parties are present
    Counsel Nick responds
    People's exhibit #43, marked for identification:  16 page
    affidavit of Detective Davidson
    At 3:25 p.m. Court declares a brief break
    At 4:02 p.m. Court reconvenes - All parties are present
    Court reserves Ruling
    Court RULES that Counsel Nick is not required to turn over interview
    of witness
    Court's exhibits #6 through #33 to remain with DA for safekeeping
    CONTINUED TO - 05/05/2004 at 10:00am 2, JURY TRIAL
    At 4:38 p.m. Court is adjourned

05/04/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  CLK: LA
    Judge has file
    Defendant not present in custody
    Defense Counsel J David Nick not present
    Vacated - 05/05/2004 at 10:00am 2
    CONTINUED TO - 05/10/2004 at 9:30am 2, JURY TRIAL, CONTINUED

05/04/2004 DE 1
    DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
    DEFENDANT'S IN LIMINE MOTION TO EXCLUSE STATEMENTS PUR US V.
    CRAWFORD FIL

05/07/2004 DE 1
    Defendants Motion in Limine for Order for Sanctions for
    Prosecution's Discovery Violations FILED

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 27

05/10/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: P Schrader  CLK: LA
JURY TRIAL 17th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 11:02 a.m. Court convenes.
Motions In Limine continue re: Writings and Third party Culpability
Counsel Nick addresses the Court
At 11:36 a.m. Court declares regularly scheduled noon break
At 1:39 p.m. Court reconvenes - All parties are present
Counsel Jacobs responds
At 2:26 Court declares a brief break
Counsel Cook responds
At 2:35 p.m. Court reconvnes.  All parties are present
At 2:56 p.m. Court declares a brief break
At 3:24 p.m. Court reconvenes - All parties are present
Counsel Cook continues response
At 5:02 p.m. Court is adjourned
CONTINUED TO - 05/11/2004 at 1:30pm 2, JURY TRIAL

05/11/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: S STANDISH  CLK: LA
JURY TRIAL 18th DAY
Defendant present in custody
Defense Counsel J. David Nick appearing
District Attorney Greg Jacobs also present
At 1:50 p.m. Court convenes
Counsel Cook reopens People's argument to Motion
At 2:15 p.m. Court declares a brief recess
At 2:35 p.m Court reconvenes - All parties are present
Counsel Jacobs addresses the Court
Counsel Nick responds
At 3:17 p.m.  Court declares a brief recess
At 3:33 p.m Court reconvenes - All parties are present
Defendant's memorandum Of Points And Authorities In Support Of Def-
endant's Motion To Inspect And Copy Calaveras County Probation
Report And Records Of Prosecution Witness Tyson McLain Pursuant To
Penal Code 1203.05 And Government Code 6250
At 3:54 p.m Court is adjourned
CONTINUED TO - 05/14/2004 at 10:00am 2, JURY TRIAL

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 28

05/14/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: GREGORY JACOBS  REP: KAREN THOMPSON  CLK: IR
****** Jury Trial Motions - 19th day********
Defendant present in custody
Defense Counsel J. David Nick appearing
Motions heard and held on the record
Jury Trial Set - 05/17/2004 at 10:00am 2, JURY TRIAL, CONTINUED,
  MOTION

05/17/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Greg J. Jacobs  REP: C A Martinez  CLK: PJS
Defendant present in custody
Defense Counsel J. David Nick appearing
JURY TRIAL - MOTIONS - 20TH DAY
At 10:47am, the Court convenes.
Mental health records of Mr. Rutledge are handed to Mr. Nick by
Mr. Jacobs
Declaration by Gregory J. Jacobs re:  Mental Health Records filed
Mr. Nick argues to the Court re: sanctions for discovery violations
Mr. Reynolds is sworn and testifies on behalf of the defendant.
No cross examination
Court's exhibit # 44 is marked for identification:  copy of one
page document
People's opposition to defendant's motion in limine for sanctions
for discovery violations filed
Court's exhibit #45 is marked for identification:  copy of one
page document
Court's exhibit #46 is marked for identification:  copy of part of
Detective Davidson's report
Court's exhibit #47 is marked for identification:  copies of
America's Most Wanted tip sheets
Court's exhibit #48 is marked for identification:  copy of letter
from Brad Burke
At 12 noon, the Court declares a recess
At 1:40pm, the Court reconvenes,  All parties present
Argument by Mr. Nick continues
Court's exhibit #49 is marked for identification:  investigation
report from Tom Johnson to Ande Thomas
Court's exhibit #50 is marked for identification:  copy of e-mail
from Tom Johnson to Brad Burke, dated 11-8-02
Court's exhibit #51 is marked for identification:  page 13 of 26 -
narrative report prepared by Detective Davidson
Ande Thomas is sworn and testifies on behalf of the defense.
Cross examination
Court questions the witness
Recess: 2:45pm

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 29

05/17/2004 DE 1    Courtroom Minutes of Department 2    (continued)
    Reconvene: 3:10pm; All Parties present
    Mr. Thomas, heretofore sworn, resumes the stand
    Redirect
    Recross
    Witness steps down
    Court's exhibit #52 is marked for identification:  copy of page 43
    of 43 - audio tape transcript
    Court's exhibit #53 is marked for identification:  copy of video
    tape transcript
    Court's exhibit #54 is marked for identification:  copy of e-mail
    from  Jim Casey to Ande Thomas dated 10-10-02
    Court's exhibit #55 is marked for identification:  copy of e-mail
    from Jim Casey to Ande Thomas dated 10-9-02
    Mr. Jacobs addresses the Court
    Jury Trial Set - 05/19/2004 at 10:00am 2, JURY TRIAL, CONTINUE

05/19/2004 DE 1    Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook   REP: F SANDERS  CLK: LA
    JURY TRIAL 21st DAY
    Defendant present in custody
    Defense Counsel J. David Nick appearing
    Deputy District Attorney Greg Jacobs also present
    At 10:27 a.m. Court convenes
    Court addresses Counsel
    Counsel Jacobs responds re: paint on knife and Mr. Potts reports
    Unreported in chambers conference held
    Defense calls Mr. Michael Potts, sworn and testified
    Court's  exhibit #56, marked for identification:  1 page letter
    written by Mr. Potts
    Court's  exhibit #57, marked for identification:  copy of 1 page
    document page 4 of Mr. Potts report
    Court's  exhibit #58, marked for identification:  copy of 1 page
    document page 5 of Mr. Potts report
    Court's  exhibit #59, marked for identification:  copy of 1 page
    document page 6 of Mr. Potts report
    Court's  exhibit #60, marked for identification:  copy of 1 page
    document page 7 of Mr. Potts report
    Court's  exhibit #61, marked for identification:  copy of 1 page
    document page 8 of Mr. Potts report
    Court's  exhibit #62, marked for identification:  1 page document
    "verbal communication" for Dept. Of Justice
    Mr. Potts steps down.
    At 12:01 p.m. Court declares regularly scheduled noon break
    Reconvene: 1:43; All Parties present
    Mr. Potts heretofore sworn, retakes the stand and further testifies
    Cross examination conducted by Counsel Jacobs

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA                Page 30

05/19/2004 DE 1      Courtroom Minutes of Department 2     (continued)
  Redirect
  Court questions witness
  At 2:26 p.m. Court declares a brief recess
  Reconvene: 2:54 p.m.; All Parties present
  People call Deputy District Attorney James Casey, sworn and
  testified.
  People's exhibit 363, marked for identification:  copy of 2 page
  letter from Deputy Public Defender Ande Thomas
  Cross examination conducted by Counsel Jacobs
  Redirect
  Witness excused
  People call Sgt. Russell Davidson, sworn and testified.
  Cross examination
  Witness excused.
  Counsel Nick argues Common Law Motion To Dismiss
  At 4:36 p.m. Court is adjourned to reconvene on May 21, 2004 at 10am
  CONTINUED TO - 05/20/2004 at 10:00am 2, JURY TRIAL
  DROPPED FROM CALENDAR - 05/20/2004 at 10:00am 2
  CONTINUED TO - 05/21/2004 at 10:00am 2, JURY TRIAL

05/21/2004 DE 1      Courtroom Minutes of Department 2

  HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
  JURY TRIAL 22nd DAY - MOTIONS
  Defendant present in custody
  Defense Counsel J. David Nick appearing
  Deputy District Attoreny Greg Jacobs also present
  At 10:36 a.m. Court convenes
  Counsel J. D. Nick addresses the Court re: Sanctions re: Discovery
  CONTINUED TO - 05/25/2004 at 1:30pm 2, JURY TRIAL
  At 11:01 a.m Court is adjourned

05/25/2004 DE 1
  CONTINUED TO - 05/25/2004 at 1:30pm 2, JURY TRIAL

05/25/2004 DE 1      Courtroom Minutes of Department 2

  HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
  JURY TRIAL 23rd DAY MOTIONS
  Defendant present in custody
  Defense Counsel J. David Nick appearing
  At 1:28 p.m. Court convenes
  Deputy District Attorney Greg Jacobs also present
  Counsel Jacobs responds to Defense Motion Re: Sanctions re: Disc
  People call Deputy Public Defender Ande Thomas, sworn and
  testified.
  Cross examination

SCR-32528      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 31

05/25/2004 DE 1    Courtroom Minutes of Department 2    (continued)
Court's  exhibit #64, marked for identification:  copy of article
re: paint samples
Witness excused
Defense renews 995 Motion
Court's  exhibit #65, marked for identification: copy of
transcript pages 169 through 175
Court's  exhibit #66, marked for identification:  copy of forensic
analysis
At 2:47 p.m. Court declares a brief recess
At 3:17 p.m. Court reconvenes - All parties are present
Counsel Jacobs argues Discovery issue
CONTINUED TO - 05/26/2004 at 1:30pm 2, JURY TRIAL
At 4:09 p.m. Court is adjourned to reconvene May 26, 2004 at 1:30 pm
Courtroom 2

05/26/2004 DE 1    Courtroom Minutes of Department 2

HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
24th DAY JURY TRIAL MOTIONS CONTINUES
At 1:40 P.M. Court convenes
Defendant present in custody
Defense Counsel J David Nick appearing
Deputy District Attorney Greg Jacobs also present
Counsel Nick addresses the Court
Rebuttal
Counsel Jacobs responds
Submitted
Counsel Jacobs addresses the Court re: 3rd Party culpability
Counsel Cook addresses the Court re; prior conviction
Recess: 3:00 p.m.
Reconvene: 3:28 p.m. All parties are present
Court grants People's Motion to re-open re: shotgun
Counsel Nick responds
Counsel Cook responds
Counsel Nick responds
Submitted
 Court's exhibit #67, marked for identification:  redacted copy of
interview with defendant Rutledge
Court's  exhibit(s) #67 received into evidence.
At 4:25 p.m. Court is adjourned
Matter CONTINUED to 6/7/04 at 10:00 a.m. Courtroom 2

SCR-32528     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 32

06/04/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    IN CHAMBERS
    Defendant not present in custody
    CONTINUED TO - 06/09/2004 at 10:00am 2, JURY TRIAL

06/04/2004 DE 1
    REPORTER'S TRANSCRIPT FILED PROCEEDINGS OF 10/30/02

06/08/2004 DE 1
    Def's Obj. to Intro of Portions of the Statements Made by
    Def and Law Enf. Officers in 9/17/99 Inter. with Def FILED

06/08/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  CLK: LA
    IN CHAMBERS MINUTES
    Defendant not present in custody
    Defense Counsel J David Nick not present
    DROPPED FROM CALENDAR - 06/09/2004 at 10:00am 2
    CONTINUED TO - 06/14/2004 at 10:00am 2, JURY TRIAL

06/10/2004 DE 1
    FILE IN JUDGE BALLINGER'S CHAMBERS

06/11/2004 DE 1
    PEO'S SUPPLEMENTAL OFFER OF PROOF RE: ADMISSIBILITY OF DEFT
    'S WRITINGS FILED

06/14/2004 DE 1     Courtroom Minutes of Department 2

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    25th DAY JURY TRIAL
    Defendant present in custody
    Defense Counsel J David Nick appearing
    At 1:37 p.m. Court convenes
    Deputy District Attorney Greg Jacobs is also present
    Regarding Defense Non-statutory 995 Motion was properly filed
    Court states on the record reasons for this Court's decision
    Court finds there is a reasonable expectation that the prior Magis-
    trate would not have found a holding order
    Court GRANTS Defense Motion to DISMISS
    Court orders that Defendant be released FORTHWITH
    995 PC Motion Granted
    Case Dismissed

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 33

06/21/2004 DE 1
   AUTOMATED 8715 REPORT ISSUED

08/17/2004 DE 1
   REPORTER'S TRANSCRIPT FILED PRETRIAL MOTION

08/26/2004 DE 1
   FILES TO SUSAN STANDISH-COURT ANEX #19

08/30/2004 DE 1
   REPORTER'S TRANSCRIPT FILED PRETRIAL MOTIONS

10/20/2004 DE 1
   REPORTER'S TRANSCRIPT FILED PROCEEDINGS 3/8/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 3/12/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/2/04
   REPORTER'S TRANSCRIPT FILED PROCEEDINGS 4/5/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/12/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/13/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/14/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/16/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/19/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/20/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/21/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/28/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 4/30/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 5/3/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 5/17/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 5/21/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 5/25/04
   REPORTER'S TRANSCRIPT FILED MOTIONS 5/26/04

02/28/2005 DE 1
   REPORTER'S TRANSCRIPT FILED PRETRIAL MOTION

09/01/2005 DE 1
   SUBPOENED_RECORDS_DESTROYED

01/17/2006 DE 1
   CONTINUED TO - 01/20/2006 at 8:30am 14, RECONSIDERATION

01/19/2006 DE 1
   ORDER SHRTNG TIME FOR FILING OF PEOPLE'S OPPO TO DEF'S MOTION TO
   RE-CONSIDER DEF'S NONSTATUTORY MTN TO DISMISS BASED UPON PREVIOUSLY
   UN-
   PEOPLE'S OPPOSITION TO DEF'S MOTION TO RECONSIDER DEF'S
   NONSTATUTORYMOTION TO DISMISS BASED UPON UNDISCLOSED EVIDENCE FILED

SCR-32528    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 34

01/20/2006 DE 1    Courtroom Minutes of Department 14

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick appearing
    CONTINUED TO - 01/24/2006 at 8:30am 14, RECONSIDERATION

01/23/2006 DE 1
    Defendant's Supplem. Reply to People's Opp. to Motion to
    Reconsider Def's Nonstatutory Mot to Dismiss RECEIVED

01/24/2006 DE 1    Courtroom Minutes of Department 14

    HON: R.BALLINGER  DDA: Christine M Cook  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Defense Counsel J David Nick appearing
    Defense argues
    People respond
    Submitted
    This Court rules that it does not have authority to do anything
    further in this case

02/24/2006 DE 1
    REC'D COPY OF: PETITION FOR WRIT OF PROHIBITION/MANDATE W/ EXHIBITS
    AND MEMO OF POINTS & AUTHORITIES FROM D.C.A.
    SENT JUDGE BALLINGER-#14 DCA COPIES OF PETITION FOR WRIT OF PROHIB.
    MANDATE..., AND EXHIBITS IN SUPPORT OF..
    PETITION FOR WRIT OF PROHIBITION/MANDATE IS DENIED.

03/12/2007 DE 1
    NTC RE: DISPOSITION OF EXHIBITS FILED

***** End of Docket *****

# EXHIBIT B

C A L I F O R N I A
# VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

## CERTIFICATION

I hereby certify that the attached documents are true and correct copies of the documents constituting the record of the claim of:

ZACHARIAH J. RUTLEDGE

Claim Number  G 566507

Date of Incident:

August 2, 2000

The record includes the claim, any amendments to the claim, all notices or correspondences to and from claimant.

Attest my hand and seal of the Victim Compensation and Government Claims Board of the State of California this day.

Executed at Sacramento, California, February 6, 2008

Gail Cogburn
Custodian of Records
Government Claims Program



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 324-5398
Facsimile: (916) 322-8288
E-Mail: Supattra.Straw@doj.ca.gov

January 18, 2008

Victim Compensation and Government Claims Board
Government Claims Branch
400 R Street
Sacramento, CA 95814-6213

Government Claims Program

**JAN 2 3 2008**

**RECEIVED**

RE:    **REQUEST FOR CLAIM SEARCH**

**1. Search for a claim and or late claim application filed by:**

   *CLAIMANT:*  RUTLEDGE, Zachariah Judson

   *CLAIM NUMBER:*  G566507

   *DATE OF INCIDENT:*

**2. After search is complete, please:**

   *Provide either (1) declaration that a claim is not on file **OR** (2) a certified copy of the claim.*

**3. Please place the documents in the A.G. mail basket located at the Board** (*AG courier  will pick up*)

**4. Requested by:** John Devine, DAG, Tort-SF

Sincerely,

SUPATTRA STRAW
Office Technician

For    EDMUND G. BROWN JR.
Attorney General



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Editte D Lerman
Attorney at Law
PO Box 802 45060 Ukiah St
Mendocino, CA 95460

March 27, 2007

RE: Claim G566507 for Zachariah J Rutledge

Dear Editte Lerman,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on March 06, 2007.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your claim was filed more than one year from the date of the incident that is the basis of the claim, and it is too late for the Board to consider an application to present a late claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 47 and claim number G566507 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

Ltr 47 No Jurisdiction

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

State of California

MAR 0 8 2007

For Office Use Only
Claim No.:

## Is your claim complete?

| | |
|---|---|
| ✓ | **New!** Include a check or money order for $25 payable to the State of California. |
| | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| | Attach receipts, bills, estimates or other documents that back up your claim. |
| | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**1** Rutledge, Zachariah J.
Last name          First Name          MI

**2** Tel: 707  937  1711

**3** Email: edie@lawyer.com

**4** P.O. Box 802, 45060 Ukiah Street
Mailing Address          Mendocino          CA          95460
City          State          Zip

**5** Best time and way to reach you: business hours

**6** Is the claimant under 18?  ☐ Yes  ✓ No  If YES, give date of birth:
MM   DD   YYYY

## Attorney or Representative Information

**7** Lerman, Editte D.
Last name          First Name          MI

**8** Tel: 707  937  1711

**9** Email: edie@lawyer.com

**10** P.O. Box 802, 45060 Ukiah Street
Mailing Address          Mendocino          CA          95460
City          State          Zip

**11** Relationship to claimant: Attorney for Claimant

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ✓ No

State agency that issued the warrant:          If NO, continue to Step **13**

Dollar amount of warrant:          Date of issue:
MM   DD   YYYY
Proceed to Step **22**.

**13** Date of Incident: August 2, 2000

Was the incident more than six months ago?  ✓ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing?  ✓ Yes  ☐ No

**14** State agencies or employees against whom this claim is filed:

California Department of Justice, Bureau of Forensic Services, Santa Roas Regional Criminalistics Laboratory,  7505 Sonoma Hwy, Santa Rosa,CA 95409 - Michael Potts,Senior Criminalsist, and Does 1-100

**15** Dollar amount of claim:

If the amount is more than $10,000, indicate the type of civil case:  Tort Claim
☐ Limited civil case ($25,000 or less)
✓ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

1,000,000 for each year of incarceration, and accompanying torts.

Check # 1159    Attached to Original Sent via Certified Mail
Article # 7000 1530 0004 8544 3707

**16** Location of the incident:

Sonoma County

**17** Describe the specific damage or injury:

The incarceration of Claimant from May 8, 2002 to September 29, 2006, and the accompanying torts resulting from and conjunction with the incarceration.

**18** Explain the circumstances that led to the damage or injury:

Michael Potts presented false testimony, false forensic reports, and fabricated the key evidence which allegedly linked Claimaint to a double murder.

**19** Explain why you believe the state is responsible for the damage or injury:

Claimant would not have been incarcerated, but for the forensic misrepresentations provided by the California Department of Justice, Bureau of Forensic Services, Santa Roas Regional Criminalistics Laboratory, Michael Potts, and Does 1-100.

**20** Does the claim involve a state vehicle?  ☐ Yes  ☑ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | City | State | Zip |
|---|---|---|---|

| | |
|---|---|
| Policy Number: | Tel: |
| Are you the registered owner of the vehicle? | ☐ Yes  ☐ No |
| If NO, state name of owner: | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐ Yes  ☐ No |
| Have you received any payment for this damage or injury? | ☐ Yes  ☐ No |
| If yes, what amount did you receive? | |
| Amount of deductible, if any: | |
| Claimant's Drivers License Number: | Vehicle License Number: |
| Make of Vehicle: | Model: | Year: |
| Vehicle ID Number: | |

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Edite Lerman, Esq.                    March 6, 2007

Signature of Claimant or Representative          Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| | |
|---|---|
| Name of State Agency | Fund or Budget Act Appropriation No. |

| | |
|---|---|
| Name of Agency Budget Officer or Representative | Title |

| | |
|---|---|
| Signature | Date |

VCGCB-GC-002 (Rev. 8/04)

## Government Claims Form
### California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

**State of California**

MAR 0 9 2007

**For Office Use Only**
Claim No.:

### Is your claim complete?

| | |
|---|---|
| ✓ | **New!** Include a check or money order for $25 payable to the State of California. |
| | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| | Attach receipts, bills, estimates or other documents that back up your claim. |
| | Include two copies of this form and all the attached documents with the original. |

PAID

### Claimant Information

**1** Rutledge, Zachariah J.

*Last name          First Name          MI*

**2** Tel: 707 | 937 | 1711

**3** Email: edie@lawyer.com

**4** P.O. Box 802, 45060 Ukiah Street     | Mendocino | CA | 95460

*Mailing Address     City     State     Zip*

**5** Best time and way to reach you: business hours

**6** Is the claimant under 18?     ☐ Yes   ✓ No     If YES, give date of birth: ☐ ☐ ☐

*MM     DD     YYYY*

### Attorney or Representative Information

**7** Lerman, Editte D.

*Last name          First Name          MI*

**8** Tel: 707 | 937 | 1711

**9** Email: edie@lawyer.com

**10** P.O. Box 802, 45060 Ukiah Street     | Mendocino | CA | 95460

*Mailing Address     City     State     Zip*

**11** Relationship to claimant: Attorney for Claimant

### Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?     ☐ Yes   ✓ No

State agency that issued the warrant:     If NO, continue to Step **13**.

Dollar amount of warrant:     | Date of issue: ☐ ☐ ☐

*MM     DD     YYYY*

Proceed to Step **22**.

**13** Date of Incident: August 2, 2000

Was the incident more than six months ago?     ✓ Yes   ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing?     ✓ Yes   ☐ No

**14** State agencies or employees against whom this claim is filed:

California Department of Justice, Bureau of Forensic Services, Santa Roas Regional Criminalistics Laboratory, 7505 Sonoma Hwy, Santa Rosa,CA 95409 - Michael Potts,Senior Criminalsist, and Does 1-100

**15** Dollar amount of claim:

If the amount is more than $10,000, indicate the type of civil case: Tort Claim

☐ Limited civil case ($25,000 or less)
✓ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

1,000,000 for each year of incarceration, and accompanying torts.

**16** Location of the incident:

Sonoma County

**17** Describe the specific damage or injury:

The incarceration of Claimant from May 8, 2002 to September 29, 2006, and the accompanying torts resulting from and conjunction with the incarceration.

**18** Explain the circumstances that led to the damage or injury:

Michael Potts presented false testimony, false forensic reports, and fabricated the key evidence which allegedly linked Claimaint to a double murder.

**19** Explain why you believe the state is responsible for the damage or injury:

Claimaint would not have been incarcerated, but for the forensic misrepresentations provided by the California Department of Justice, Bureau of Forensic Services, Santa Roas Regional Criminalistics Laboratory, Michael Potts, and Does 1-100.

**20** Does the claim involve a state vehicle? ☐ Yes ☑ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

*Name of Insurance Carrier*

| *Mailing Address* | *City* | *State* | *Zip* |
|---|---|---|---|

| Policy Number: | Tel: | |
|---|---|---|
| Are you the registered owner of the vehicle? | ☐Yes | ☐No |
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |
| If yes, what amount did you receive? | | |
| Amount of deductible, if any: | | |
| Claimant's Drivers License Number: | Vehicle License Number: | |
| Make of Vehicle: | Model: | Year: |
| Vehicle ID Number: | | |

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Edите Lerman , Esq.    March 6, 2007

*Signature of Claimant or Representative*                    *Date*

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| *Name of State Agency* | *Fund or Budget Act Appropriation No.* |
|---|---|

| *Name of Agency Budget Officer or Representative* | *Title* |
|---|---|

| *Signature* | *Date* |
|---|---|

VCGCB-GC-002 (Rev. 8/04)

# Law Office of
# E.D. Lerman, Esq.

45060 Ukiah St.
PO Box 802
Mendocino, CA 95460
(707) 937-1711

March 6, 2007

California Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

Attachment to  Government Claims Program Information and Claim Form submitted by Zachariah Rutledge

      Re:    Tort claims in connection to *People v. Rutledge*

The following is a continuation and attachment to Government Claims Program Information and Claim Form, submitted by Zachariah Rutledge, dated March 6, 2007.

### STATEMENT OF LATE FILING
Sec. 13 of Claim Form

      The Claim form was not filed within six months of the initial injury because claimant Zachariah J. Rutledge was incarcerated and did not have access to the resources necessary to make the claim, and he feared retaliation.  The injury connected to the DOJ Forensic Laboratory concluded at the time of the acquittal on September 29, 2006.  See attached Verdict, Sonoma County Superior Court, Case No SCR 443363.

Sincerely,

E. D. Lerman Esq.

FILED

SEP 2 9 2006

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ........
By _____ DEPUTY CLERK

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | COURT NO. SCR443363 |
| | ) | D.A. NO.    443724 |
| Plaintiff, | ) | |
| | ) | <u>VERDICT</u> |
| vs. | ) | |
| | ) | <u>COUNT I</u> |
| ZACHARIAH JUDSON RUTLEDGE, | ) | |
| | ) | Page One |
| Defendant. | ) | |
| | ) | |
| | ) | |

We, the Jury, find the defendant, ZACHARIAH JUDSON RUTLEDGE, **Not Guilty** of

violation of Section 187(a) of the Penal Code, a felony, to wit, MURDER IN THE FIRST

DEGREE, in that he did unlawfully, and with malice aforethought murder HORST HANS

GRAHLMANN, a human being, as alleged in Count I of the Information.

DATED: \_\_\_\_9-24-06\_\_\_\_            FOREPERSON # \_\_\_\_10\_\_\_\_

I hereby certify that this is a full, true and correct
Copy of the original _____
filed in the Clerk's Office of the Municipal Court
for the County of Sonoma.
ATTEST: My hand and the seal of the said Court
this \_\_\_ day of _____
CLERK
OF THE MUNICIPAL COURT
COUNTY OF SONOMA
STATE OF CALIFORNIA
By _____
Deputy Clerk