**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

* * * * * *

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, BEAU R. MARTIN, J. MICHAEL MULLINS, STEPHAN R. PASSALACQUA, GREG JACOBS, SONOMA COUNTY SHERIFF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 40. <br><br> Defendants. | CASE NO.: CV 07-04274 CW <br><br> **CORRECTED EXHIBIT 7 OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Date: June 12, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 2 (4th Floor) <br> Judge: Hon. Claudia Wilken |

1    COMES NOW Plaintiff, Zachariah Rutledge, and respectfully requests that the Court
2    take judicial notice, pursuant to Rules 201 and 302 of the Federal Rules of Evidence, of the
3    following documents:
4
5    Exhibit 7 -    Denial of Plaintiff's claim issued by VCGCB, dated March 27, 2007;
6    A court may take judicial notice of matters of public record in ruling on a Rule 12(b)(6)
7    motion. <u>Lee v. City of Los Angeles</u> (9th Cir. 2001) 250 F.3d 668, 689   Additionally, in accordance
8    with the Federal Rules of Evidence 301, the official record from the California Government
9    Claims Program at the Victim Compensation and Government Claims Board, formerly the State
10   Board of Control, concerning the untimely "claim" by plaintiff is subject to judicial notice. State
11   of California Courts take judicial notice of this document under California Evidence Code § 452(c)
12   regarding official acts of a legislative/executive department of a state. Further, in <u>Chas. L. Harney</u>
13   <u>v. State of California</u> (1963) 217 Cal.App.2d 77, 85-86, the California Court of Appeal ruled that
14   the files of the Board of Control can be judicially noticed for purposes of a demurrer.
15
16       Dated:  May 27, 2008
17       Respectfully submitted,
18
19       ------------------/s/------------------
         Editte Lerman
20       Attorney for Plaintiff
         Zachariah Rutledge

Page 2 of 2
CORRECTED EXHIBIT 7 OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**DECLARATION OF SERVICE**

I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On May 27, 2008,

**CORRECTED EXHIBIT 7 OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

*Attorneys for Defendant Michael Potts*
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

*Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective*
Beau M. Martin
Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 27rd day of May, 2008, at Mendocino, California.


---------------/s/-------------------
Edite Lerman

# Exhibit 7

 

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Editte D Lerman
Attorney at Law
PO Box 802 45060 Ukiah St
Mendocino, CA 95460

March 27, 2007

RE: Claim G566507 for Zachariah J Rutledge

Dear Editte Lerman,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on March 06, 2007.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your claim was filed more than one year from the date of the incident that is the basis of the claim, and it is too late for the Board to consider an application to present a late claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 47 and claim number G566507 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

Ltr 47 No Jurisdiction