1

**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133

2

Tel: (415) 552-4444
Fax: (415) 358-5897

3

4

**EDITTE  LERMAN, Esq. (**SB#241471)
45060 Ukiah Street

5

P.O. Box 802
Mendocino, CA 95460

6

Tel: (707) 937-1711
Fax: (707) 937-2207

7

8

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

9

10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

* * * * * *

13

ZACHARIAH JUDSON RUTLEDGE,

14

Plaintiff,

15

vs.

16

17

COUNTY OF SONOMA, MICHAEL
POTTS, RUSSEL L. DAVIDSON,
JAMES PATRICK CASEY, CHRISTINE

18

M. COOK, BEAU R. MARTIN,
J. MICHAEL MULLINS, STEPHAN R.

19

PASSALACQUA, GREG JACOBS,
SONOMA COUNTY SHERIFF'S

20

DEPARTMENT, SONOMA COUNTY
DISTRICT ATTORNEY'S OFFICE,

21

and DOES 1 through 40.

22

Defendants.

23

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:  CV 07-04274 CW

**PLAINTIFF'S
SECOND REQUEST
FOR JUDICIAL NOTICE
IN SUPPORT OF OPPOSITION
TO DEFENDANTS' MOTION
TO DISMISS**

Date:    June 12, 2008
Time:    2:00 p.m.
Courtroom: 2 (4th Floor)
Judge: Hon. Claudia Wilken

24

25

26

1    COMES NOW Plaintiff, Zachariah Rutledge, and respectfully requests that the Court

2    take judicial notice, pursuant to Rules 201 and 302 of the Federal Rules of Evidence, of the

3    following documents:

4

5    Exhibit 9 -    PEOPLE'S PROPOSED WITNESS, Sonoma County Superior Court, People v.
     Rutledge, Case No. MCR-443363, dated June 30, 2006.

6

7        State of California Courts take judicial notice of this document under California Evidence

8    Code § 452(c) regarding official acts of a legislative/executive department of a state. Further,

9    State of California Courts may take judicial notice of this document under California Evidence

10   Code § 452(d) in that it is a record of a court of this state, and under California Evidence Code §

11   452(h) in that it provides facts and propositions that are not reasonably subject to dispute and

12   are capable of immediate and accurate determination by resort to sources of reasonably

13   indisputable accuracy.

14

15       Dated:  June 2, 2008

16       Respectfully submitted,

17

         ------------------/s/------------------
18       Editte Lerman
         Attorney for Plaintiff
19       Zachariah Rutledge

20

21

22

23

24

25

26

# EXHIBIT 9

EPHAN R. PASSALACQUA, SBN # 138293
STRICT ATTORNEY, COUNTY OF SONOMA
2 | DIANA E. GOMEZ, SBN #127417
Chief Deputy District Attorney
3 | CHRISTINE COOK, SBN #194563
Assistant District Attorney
4 | Hall of Justice, Room 212-J
600 Administration Drive
5 | Santa Rosa, CA  95403
(707) 565-2311
6

7 | Attorney for the People

8

9 |            SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

10 | THE PEOPLE OF THE STATE OF CALIFORNIA,  ) Court No.: MCR-443363
                                           )
11 |                          Plaintiff,    ) D.A. No.:  DAR-443724
                                           )
12 |                                        ) PEOPLE'S PROPOSED
                                           ) WITNESS LIST.
13 |             v.                         )
                                           ) Date: August 1, 2006
14 |                                        ) Time:        a.m./p.m.
                                           ) Dept.: 4
15 | ZACHARIAH JUDSON RUTLEDGE,             )
                                           )
16 | _____ Defendant.  )

17 | The following is a list of witnesses that may be called by the People:

18 | Dep.  T. Dulaney, SCSO

19 | Dep. J. Craver, SCSO

20 | Dep. E. Greenband, SCSO

21 | Dep. V. Eaton, SCSO

22 | (Former)Officer R. Nunez, Santa Rosa P.D.

23 | District Attorney Investigator Tony Gillotte, Sonoma County District Attorney's Office

24 | District Attorney Investigator David Brown, Lake County District Attorney's Office

25 | (Retired) District Attorney Investigator Lynne McOmber, Sonoma County District Attorney's Office

26 | (Retired) District Attorney Investigator Gary Giovannoni, Sonoma County District Attorney's Office

27 | Officer R. Mota, California Highway Patrol

28 | J. Clemens, Sonoma County Animal Control

PEOPLE'S PROPOSED WITNESS LIST

1 K. Davis, Sonoma County Animal Control

2 Sgt. S. Brown, SCSO

3 Sgt. W. Wallman, SCSO

4 Dep. A. DeiRossi, SCSO

5 Dep. R. Zunino, SCSO

6 (Retired) Dep. J. Robinson

7 Dep. C. Herzog, SCSO

8 Dep. P Gregg, SCSO

9 Dep. B. Burke, SCSO

10 Sgt. R. Davidson, SCSO

11 (Retired) Evidence Technician Craig Flick, SCSO

12 (Retired) Dep. R. Rawson, SCSO

13 (Retired) Dep. J. Rawson, SCSO

14 Stacy Carlo, Sonoma County Probation

15 Valri Ayer, Sonoma County Probation

16 Patricia Newland, Sonoma County Probation

17 Heather Sides, Sonoma County Probation

18 District Attorney Investigator Kris Allen, Sonoma County District Attorney's Office

19 (Retired) Officer Pat Patterson, California Highway Patrol

20 John Yount, California Department of Justice, Santa Rosa

21 Officer T. Porter, California State Parole

22 Chief Steve Baxman, Monte Rio Fire Department

23 Deborah Becker

24 Jubilee Beggs

25 Sandor Bogdon

26 Brent Berry

27 Jason Bowers

28 David Brocklehurst

Page 2 of 6

PEOPLE'S PROPOSED WITNESS LIST

1   William Brown

2   Marlon Burke

3   William Chapin, McCrone Institute

4   Carol Ciavonne, Santa Rosa Junior College

5   Dre Buetow

6   Sean Gee

7   Daniel Hemenway

8   James Lewis Jr.

9   James Lewis Sr.

10  Tyson McLain

11  William McMahon

12  Steve O'Rourke, Oakcrest Hospital

13  Noah Sandhoff

14  Spencer Tomosvary

15  Garrett Adair

16  Geoffrey Adair

17  Gregory Adair

18  Gerald Adair

19  Jade Baker

20  Helen Baum, Sonoma County Mental Health

21  Cathy Corbell

22  Rita Cordova, Sonoma County Mental Health

23  Michael Craig

24  Tashi Crane

25  Terry Dale, Sonoma County Mental Health

26  Park Dietz, MD, Dietz and Associates

27  Neil Erlich, Sonoma County Mental Health

28  Danny Fair

PEOPLE'S PROPOSED WITNESS LIST

1  Kenneth Ferguson

2  Robin Riggs

3  Marjorie Roush

4  Ben Schiefelbein, Ph.D., R.J. Lee Group, Inc.

5  Trevor Sikes

6  Julie Skinner

7  Eric Stegner

8  Anita Storms

9  Lloyd Strecker

10  Charles Marcum

11  Martin Mestrovich

12  Mitch Mestrovich

13  Stephan McConnell

14  Jeffrey McCracken

15  Brett McKibben

16  Nan McLain

17  Tyson McLain

18  Ed Mellinger

19  Otto Meyer

20  James Johnson

21  Mark Kuchler

22  Tom Lynch

23  Deborah Lyons

24  Tony Madrid, M.D., Russian River Health Center

25  Mike Malley

26  Thomas Malone

27  Dr. Ikechi Ogan, Forensic Medical Group

28  Jeannie Brandon, California Department of Justice

Page 4 of 6

PEOPLE'S PROPOSED WITNESS LIST

1  Steven Palka
2  Noni Palmer

3  Stacey Panas

4  Tawnja Pfleuger

5  Michael Rathbun

6  Kathy Fuller

7  Brady Gatewood

8  Jay Genovese

9  Jerry Genuing, Norton Mental Health Facility

10  Eugene Gianunizio

11  Flora Greve

12  Peter Hacket

13  Michael Dean Hughes

14  Steve Jackson

15  Tracy Meyer

16  Vela Millen

17  Carol Miller

18  Michael Miller

19  Avra Miller

20  Redwood "Bro" Miller

21  Delmar Mountainstar

22  Tamara Murrell, Sonoma County Mental Health

23  Emily Musgrave

24  Ricardo Navarette

25  Joyce Svetlick

26  Ron Svetlick

27  Ed Svetlick

28  Wesley Tischoff

Page 5 of 6

PEOPLE'S PROPOSED WITNESS LIST

1  John Weser, Santa Rosa Junior College

2  Mark Wheeler

3  Tom Williams, Camillus Cutlery Company

4  Francisco Camacho

5  Dr. Brian Peterson, Forensic Medical Group

6  Brian Rice (deceased)

7  Chris Reynolds

8  (Retired) Mike Potts, California Department of Justice

9       Additionally, the People reserve the right to call further witnesses which we may

10  learn of before trial or during trial in this matter or which may be required to rebut defense

11  testimony.

12  DATE: June 30, 2006                Respectfully submitted,

13                              STEPHAN R. PASSALACQUA, DISTRICT ATTORNEY

14

15                              BY:_____

16                                DIANA E. GOMEZ
                                 Chief Deputy District Attorney

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

**DECLARATION OF SERVICE**

I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California.
I am over the age of 18 years and am not a party to the above-entitled action. My business
address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On June 2, 2008,

**PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

was filed and served upon the following parties via the Court's PACER-ECF electronic
filing system.

*Attorneys for Defendant Michael Potts*
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004


*Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's
Department, Sonoma County District Attorney's Office, Stephan Passalacqua,
J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson,
James Patrick Casey, and Detective*
Beau M. Martin
Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729


I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed this 2nd day of June, 2008, at Mendocino, California.


---------------/s/-------------------
Edite Lerman