1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EDITTE  LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorney for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

* * * * * *

ZACHARIAH JUDSON RUTLEDGE,          )   CASE NO.:  CV 07-04274 CW
                                    )
                                    )   **CASE MANAGEMENT**
            Plaintiff,              )   **STATEMENT**
                                    )
        vs.                         )
                                    )
COUNTY OF SONOMA, MICHAEL           )
POTTS, RUSSEL L. DAVIDSON,          )
JAMES PATRICK CASEY, CHRISTINE      )
M. COOK, BEAU R. MARTIN,            )
J. MICHAEL MULLINS, STEPHAN R.      )
PASSALACQUA, GREG JACOBS,           )
SONOMA COUNTY SHERIFF'S             )
DEPARTMENT, SONOMA COUNTY           )
DISTRICT ATTORNEY'S OFFICE,         )
and DOES 1 through 40.              )
                                    )
                                    )
            Defendants.             )
_____)

The following Case Management Statement has been circulated to all parties to this action.  Since this Case Management Statement is tardy, and the opposing parties have not had reasonable time to review it and to respond, Plaintiff is filing this statement for the plaintiff only.

1. **Jurisdiction and Service**:    This Court has jurisdiction over this action under the provisions of 42 U.S.C. § 1983.

Venue in this Court is proper under 28 U.S.C. § 1391(e) because a substantial part of the events or omissions giving rise to the claim occurred in California and also is proper under subsection (e) since defendants in the action reside within this district, and the plaintiff resided within this district at the time of the incident.

All parties have been served.

2. **Facts**:    In the underlying criminal case, People v. Rutledge, Sonoma County Superior Court case number MCR-443363 and related case no. SCR32528 (hereinafter "underlying criminal matter"), Plaintiff, Zachariah Rutledge was acquitted of all charges connected to a 1998 murder of two Russian River-area men, ending a four-year legal battle.  During the investigation and prosecution of the underlying criminal matter, the police and prosecutors engaged in prosecutorial misconduct, which included misleading the magistrate, falsification, fabrication and concealment of evidence.  At one point, the underlying criminal matter was dismissed after a criminalist admitted that he gave false testimony about the prosecution's key evidence and laboratory tests during a preliminary hearing.  Nonetheless, prosecutors re-filed the charges and the case reached trial.  Jurors took less than two days to return a verdict of not guilty on all counts in the underlying criminal matter.

This case also addresses the defendants' actions involving an ongoing practice of withholding and concealing exculpatory evidence in criminal matters.

1

2    3. **Legal Issues**:    Whether the Plaintiff is entitled to damages pursuant to 42 U.S.C. § 1983, and

3    related state causes of action.

4

5    4. **Motions**:    Defendants' Rule 12(b)(6) motion is pending.

6    5. **Amendment of Pleadings**:        Issues connected to potential amendments to the pleadings

7    will be decided by the ruling on the pending Rule 12(b)(6) motion.

8

9    6. **Evidence Preservation**:        The majority of the evidence has been preserved in the Court

10   files connected to the underlying criminal matter.

11

12   7. **Disclosures**:        Neither party has provided initial disclosures pursuant to Rule 26.

13

14   8. **Discovery**:        Plaintiff is prepared to make available, for inspection and copying, all

15   documents and papers in his possession that are connected to this case.

16

17   9. **Class Actions**:        Not Applicable.

18

19   10. **Related Cases**:        None.

20

21   11. **Relief:**    Plaintiff seeks damages.

22

23   12. **Settlement and ADR**:        Prospects for settlement in this matter is unlikely, due to the

24   nature of the case.

25

26

**CASE MANAGEMENT STATEMENT**

13. **Consent to Magistrate Judge For All Purposes**:      The matter has been assigned to Hon. Claudia Wilken.

14. **Other References**:      This matter is unsuitable for reference or binding arbitration, due to the nature of the case.

15. **Narrowing of Issues**:      A hearing and ruling on Defendants' Rule 12(b)(6) motion is pending.    The issues may be narrowed upon the Court's ruling on Defendants' motion.

17. **Scheduling**:      The Court's ruling on Defendants' Rule 12(b)(6) motion is pending.

18. **Trial**:      The estimated length of the trial is unknown at this stage of the case.

19. **Disclosure of Non-party Interested Entities or Persons**:      Neither party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.  Pursuant to Civil L.R. 3-16, the undersigned plaintiff certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully Submitted,

Dated:  June 11, 2008

--------------/s/----------------
Editte Lerman
Attorney for Plaintiff
Zachariah Rutledge

**DECLARATION OF SERVICE**

I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California.
I am over the age of 18 years and am not a party to the above-entitled action. My business
address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On June 11, 2008,

**CASE MANAGEMENT STATEMENT**

was filed and served upon the following parties via the Court's PACER-ECF electronic
filing system.

***Attorneys for Defendant Michael Potts***
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

***Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's
Department, Sonoma County District Attorney's Office, Stephan Passalacqua,
J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson,
James Patrick Casey, and Detective***
Beau M. Martin
Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729

I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed this 11th day of June, 2008, at Mendocino, California.

---------------/s/-------------------
Edite Lerman