UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUTLEDGE,

    Plaintiff,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

NO. C 07-04274 CW

**MINUTE ORDER**
Date: 6/12/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
J. David Nick; E.D. Lerman

**Appearances for Defendant:**
Troy Overton; Michael D. Senneff; Bonnie Freeman

**Motions:**

| | | |
|---|---|---|
| County Defendants | Mo. to dismiss second amended complaint | Granted with leave to amended |
| Defendant Michael Potts | Mo. to dismiss plaintiff second amended complaint and mo. for more definite statement | Granted with leave to amend |

Further briefing due:
Order to be prepared by:  Court

**Case Management Conference Held?: Yes**

Notes:  Plaintiff to file amended complaint within 20 days after written order comes out. **FCMC set for 9/2/08 at 2:00 p.m.** Any motion to dismiss should be noticed for 9/2/08.

Copies to:  Chambers