**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE  LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

* * * * * *

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE, | CASE NO.:  CV 07-04274 CW |
| Plaintiff, | **MOTION, STIPULATION & ORDER FOR CONTINUENCE OF DUE DATE OF THIRD AMENDED COMPLAINT AND SUBSEQUENT MOTIONS TO DISMISS** |
| vs. | |
| COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, BEAU R. MARTIN, J. MICHAEL MULLINS, STEPHAN R. PASSALACQUA, GREG JACOBS, SONOMA COUNTY SHERIFF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 40. | |
| Defendants. | |

Plaintiff moves this Court for continuance of the July 20, 2008 due date of the Third Amended Complaint, and states that this motion is made for the following reasons, and for good cause shown:

1.      On June 12, 2008 this Court issued a Minute Order (Doc 44) which ordered that "Plaintiff to file amended complaint within 20 days after written order comes out.  FCMC set for 9/2/08 at 2:00 p.m.  Any motion to dismiss should be noticed for 9/2/08."

2.      On July 1, 2008, this Court issued its written order regarding the 6/12/08 hearing (Doc 45).  Thus, the Third Amended Complaint was due July 20, 2008.

3.      At the same time the July 1, 2008 Order was issued, Plaintiff's Counsel, J. David Nick and Editte Lerman, were preparing for a three to four week trial in People v. Bogue, which was set to begin July 14, 2008.  Due the to time required to prepare for the trial, both, Mr. Nick and Ms. Lerman were not able to set aside the necessary time required to research and prepare the Third Amended Complaint.  However, Counsel believed that the Bogue matter might settle prior to the beginning of the trial.

4.      On July 14, 2008 the Bogue matter settled.

5.      On July 16, 2008, it became apparent that it would not be possible to complete a final draft of the Third Amended Complaint by the July 20, 2008 deadline.

6.      On July 16, 2008, Ms. Lerman requested a stipulation, via e-mail, from both defendants for a two-week continuance to file the Third Amended Complaint in this case, with a due date of August 4, 2008.  On July 16, 2008, Ms. Freeman, Counsel for County Defendants, stipulated to the request so long as Plaintiff also requests that the hearing date on further motions is also continued two weeks.

7.      Mr. Devine, Counsel to Michael Potts, did not respond to the e-mail.

8.      On July 17, 2008, at approximately 4:10 p.m. Plaintiff's Counsel, made contact with Mr. Devine via telephone, at which time, Mr. Devine, informed Ms. Lerman that he would

1  not stipulate to the continuance, because he believed that the stipulation was improper.

2  However, Mr. Devine did state that he would not oppose the motion to continue.

3      9.    Plaintiff's Counsel needs additional time to research and complete the Third

4  Amended Complaint, and believes two weeks will be sufficient.

5

6      WHEREFORE, Plaintiff respectfully requests that the Court continue the due date of the

7  Third Amended Complaint to August 4, 2008, and to continue the hearing date of any further

8  motions to dismiss two weeks to a date thereafter, as available by the Court.

9

10  Respectfully submitted,

11  Dated:  July 17, 2008

12

13  -------------------/S/-------------------
E. D. Lerman
Attorney for Plaintiff

14  Zachariah Rutledge

15

16  STIPULATION

17

18      Defendants, County of Sonoma, Sonoma County Sheriff's Department, Sonoma County

19  District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M.

20  Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin, through

21  Counsel, Bonnie A. Freeman, and Plaintiff, Zachariah Rutledge, through Counsel, E. D. Lerman,

22  hereby stipulate to continue the due date of Plaintiff's THIRD AMENDED COMPLAINT

23  currently set for July 20, 2008, to August 4, 2008, and to continue FCMC set for 9/2/08 at 2:00

24  p.m. and the hearing date for any motion to dismiss that currently should be noticed for 9/2/08,

25  two weeks, to a date to be set by this Court.

26

1    I hereby stipulate to the above described continuance:

2    Respectfully submitted,

3    Dated:  July 17, 2008

4

5    --------------------/S/-------------------
     E. D. Lerman

6    Attorney for Plaintiff
     Zachariah Rutledge

7

8    Dated:  July 17, 2008

9

10   ----------------/S/----------------------
     Michael D. Senneff

11   Bonnie A. Freeman
     Attorneys for Defendants

12   County of Sonoma, Sonoma County Sheriff's
     Department, Sonoma County District Attorney's

13   Office, Stephan Passalacqua, J. Michael Mullins,
     Greg Jacobs, Christine M. Cook, Russel L.

14   Davidson, James Patrick Casey, and Detective Beau

15   M. Martin

16

17

18

19

20

21

22

23

24

25
     Page 4 of 6
26   MOTION, STIPULATION AND ORDER TO CONTINUE DUE DATE OF 3rd AMENDED COMPLAINT

1

2

3

4

5                                   <u>ORDER</u>

6

7            Satisfactory proof having been made and good cause appearing,

8            IT IS ORDERED THAT:

9            The due date for   THIRD AMEMDED COMPLAINT currently set for July 20,

10   2008, is continued to August 4, 2008;

11           And, to continue FCMC set for 9/2/08 at 2:00 p.m. and the hearing date for any motion to

12   dismiss that currently should be noticed for 9/2/08, to _____ ___, 2008.

13

14

15   Dated:

16   _____

17   Hon. Claudia Wilken
     UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25
                                Page 5 of 6
26   MOTION, STIPULATION AND ORDER TO CONTINUE DUE DATE OF 3rd AMENDED COMPLAINT

1

2 **DECLARATION OF SERVICE**

3

4 I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California.
I am over the age of 18 years and am not a party to the above-entitled action. My business address

5 is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

6 On July 17, 2008,

7 **MOTION, STIPULATION & ORDER FOR CONTINUENCE OF DUE DATE OF THIRD AMENDED COMPLAINTAND SUBSEQUENT MOTIONS TO DISMISS**

8

9 was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

10 ***Attorneys for Defendant Michael Potts***
EDMUND G BROWN, JR.

11 Attorney General of the State of California
JOHN P. DEVINE, ESQ.

12 Deputy Attorney General of the State of California
California Department of Justice

13 455 Golden Gate Avenue, Suite 11000

14 San Francisco, CA 94102-7004

15 ***Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins,***

16 ***Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective***

17 Beau M. Martin
Michael D. Senneff

18 Bonnie A. Freeman

19 SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401

20 P.O. Box 3727
Santa Rosa, CA 95402-3729

21

22 I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of July, 2008, at Mendocino, California.

23

24 --------------/s/-------------------
Edite Lerman

25

26 MOTION, STIPULATION AND ORDER TO CONTINUE DUE DATE OF 3rd AMENDED COMPLAINT