1
2
3

**J. DAVID NICK, Esq. (**SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

4
5
6
7

**EDITTE  LERMAN, Esq. (**SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax: (707) 937-2207

8
9

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

10
11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

12

* * * * * *

13
14
15
16
17
18
19
20
21
22
23

ZACHARIAH JUDSON RUTLEDGE,          )   CASE NO.:  CV 07-04274 CW
                                    )
                                    )   **STIPULATION & ORDER**
        Plaintiff,                  )   **FOR CONTINUENCE OF DUE DATE**
                                    )   **OF THIRD AMENDED COMPLAINT**
        vs.                         )   **AND SUBSEQUENT MOTIONS TO**
                                    )   **DISMISS**
COUNTY OF SONOMA, MICHAEL           )
POTTS, RUSSEL L. DAVIDSON,          )
JAMES PATRICK CASEY, CHRISTINE      )
M. COOK, BEAU R. MARTIN,            )
J. MICHAEL MULLINS, STEPHAN R.      )
PASSALACQUA, GREG JACOBS,           )
SONOMA COUNTY SHERIFF'S             )
DEPARTMENT, SONOMA COUNTY           )
DISTRICT ATTORNEY'S OFFICE,         )
and DOES 1 through 40.              )
                                    )
                                    )
        Defendants.                 )
_____     )

24
25
26

<u>STIPULATION</u>

**Defendants, County of Sonoma**, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin, through Counsel, Bonnie A. Freeman, **Defendant Michael Potts**, through Counsel, John P. Devine, Deputy Attorney General, and **Plaintiff, Zachariah Rutledge**, through Counsel, E. D. Lerman, hereby stipulate to continue the due date of Plaintiff's THIRD AMENDED COMPLAINT currently set for July 20, 2008, to August 4, 2008, and to continue FCMC set for 9/2/08 at 2:00 p.m. to 9/16/08 at 2:00 and to continue the hearing date for any motion to dismiss that currently should be noticed for 9/2/08, to 9/16/08 at 2:00.

We hereby stipulate to the above described continuance:

Respectfully submitted,

Dated:  July 18, 2008


-------------------/S/-------------------
E. D. Lerman
Attorney for Plaintiff
Zachariah Rutledge



Dated:  July 18, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California


-------------------/S/-------------------
JOHN P. DEVINE
Deputy Attorney General

Attorneys for Defendant Michael Potts

1

2

3    Dated:  July 18, 2008

4

5    ----------------/S/-----------------------
     Michael D. Senneff
6    Bonnie A. Freeman
     Attorneys for Defendants
7    County of Sonoma, Sonoma County Sheriff's
     Department, Sonoma County District Attorney's
8    Office, Stephan Passalacqua, J. Michael Mullins,
     Greg Jacobs, Christine M. Cook, Russel L.
9    Davidson, James Patrick Casey, and Detective Beau
     M. Martin
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
26    STIPULATION AND ORDER TO CONTINUE DUE DATE OF 3rd AMENDED COMPLAINT

1

2

3                                ORDER

4

5        Satisfactory proof having been made and good cause appearing,

6        IT IS ORDERED THAT:

7        The due date for   THIRD AMEMDED COMPLAINT currently set for July 20,

8   2008, is continued to August 4, 2008;

9         And, to continue FCMC set for 9/2/08 at 2:00 p.m. and the hearing date for any motion to

10   dismiss that currently should be noticed for 9/2/08, is continued to September 16, 2008 at 2:00

11   p.m.

12

13   Dated:  7/23/08

14   _____

15   Hon. Claudia Wilken
     UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO CONTINUE DUE DATE OF 3rd AMENDED COMPLAINT

**DECLARATION OF SERVICE**

I, Editte D. Lerman, declare as follows:
I am a resident of the State of California, residing or employed in Mendocino, California.
I am over the age of 18 years and am not a party to the above-entitled action. My business address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On July 18, 2008,

**STIPULATION & ORDER FOR CONTINUENCE OF DUE DATE OF THIRD AMENDED COMPLAINTAND SUBSEQUENT MOTIONS TO DISMISS**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

***Attorneys for Defendant Michael Potts***
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

***Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective***
Beau M. Martin
Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 18th day of July, 2008, at Mendocino, California.

---------------/s/-------------------
Edite Lerman