Michael D. Senneff, Esq. (SB 039388)
Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347

Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson and James Patrick Casey

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, MICHAEL POTTS, et al.,<br><br>        Defendants.<br>_____/ | NO. CV 07-04274 CW<br><br>**JOINDER OF DEFENDANTS COUNTY OF SONOMA, STEPHAN PASSALACQUA, J. MICHAEL MULLINS, GREG JACOBS, CHRISTINE M. COOK, RUSSEL L. DAVIDSON AND JAMES PATRICK CASEY IN DEFENDANT MICHAEL POTTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date: September 16, 2008<br>Time: 2:00 p.m.<br>Ctrm: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

TO EACH PARTY AND TO ALL ATTORNEYS OF RECORD IN THIS CASE:

Come now defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin (collectively "County Defendants") and join in defendant Michael Potts' Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint & Motion for More Definite Statement, filed August 12, 2008, and set for hearing on September 16, 2008 in this court. Specifically, County Defendants join in: Argument 4, Claims for Relief for Conspiracy and Malicious Prosecution (i.e., 7th and 12th causes of action) are precluded because they do not [sic] allege sufficient facts. (beginning at page 2, Line 13-14

of Defendant Potts' Notice of Motion and Motion to Dismiss and discussed at page 14, line 14 through page 15, line 23 of Defendant Potts' Memorandum of Points and Authorities in Support of said Motion).

DATED:     August 15, 2008          SENNEFF FREEMAN & BLUESTONE, LLP

                          By:     /s/ Bonnie A. Freeman
                                Michael D. Senneff
                                Bonnie A. Freeman
                                Attorneys for Defendants County of Sonoma, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin

SENNEFF FREEMAN BLUESTONE