1  J. David Nick, Esq. (SBN 157687)
   Editte Lerman, Esq. (SBN 241471)
2  45060 Ukiah Street
   P.O. Box 802
3  Mendocino, CA 95460
   **Telephone:** (707) 937-1711
4  Facsimile:   (707) 937-2209

5  Attorneys for Plaintiff Zachariah Judson Rutledge

6  Michael D. Senneff, Esq.  (SB 039388)
   Bonnie A. Freeman, Esq. (SB 180502)
7  SENNEFF FREEMAN & BLUESTONE, LLP
   50 Old Courthouse Square, Suite 401
8  P.O. Box 3729
   Santa Rosa, CA  95402-3729
9  Telephone:     707-526-4250
   Facsimile:      707-526-0347
10
   Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and
11 Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs,
   Christine M. Cook, Russel L. Davidson and James Patrick Casey
12
   John P. Devine, Esq.
13 Deputy Attorney General
   State of California, Department of Justice
14 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
15 Telephone Public**:** (415) 703-5500
   Telephone Direct**:** (415) 703-5522
16 Facsimile: (415) 703-5480

17 Attorneys for Defendant Michael Potts

18

19
                        UNITED STATES DISTRICT COURT
20
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 | ZACHARIAH JUDSON RUTLEDGE,           NO. CV 07-04274 CW

23 |          Plaintiff,                  JOINT CASE MANAGEMENT CONFERENCE
                                          STATEMENT
24 |    v.                                [Local Rule 16-1]

25 | COUNTY OF SONOMA, MICHAEL            Date:  September 16, 2008
     POTTS, et al.,                       Time:  2:00 p.m.
26 |                                      Ctrm:  2
              Defendants.
27 _____/

28

SENNEFF
FREEMAN      NO.: C-07–04274 CW: Joint Case Management Conference Statement                    1
BLUESTONE

The parties in the above entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

Jurisdiction and Service:   Jurisdiction is proper in the United States District Court, Northern District of California, pursuant to 28 U.S.C. §1367, as the conduct complained of in the complaint arose in this district and some of the plaintiff's claims involve federal question (42 USC §§1983, 1988).

Facts:   The suit arises from the arrest and prosecution of plaintiff Zachariah Rutledge for a double homicide, for which he was acquitted in September 2006. Plaintiff is alleging that his arrest was wrongful, in that it was obtained by a warrant which intentionally withheld exculpatory facts, and which intentionally misstated other facts such that a reasonable magistrate would not have issued the arrest warrant absent such omissions/misstatements. He also alleges a conspiracy between members of the Sonoma County District Attorney's Office, the Sonoma County Sheriff's Department, and Criminalist Michael Potts led to a malicious prosecution of him.   Plaintiff alleges that one defendant, Assistant District Attorney Christine Cook, slandered him in statements made during a radio show after his acquittal. Plaintiff has sued the elected District Attorney Stephan Passalacqua; former elected District Attorney J. Michael Mullins; ADA Cook; former Assistant District Attorney Greg Jacobs; Deputy District Attorney James Patrick Casey; Det. Davidson and the County of Sonoma ("County defendants"), along with Michael Potts, a former Senior Criminalist with the Department of Justice.

Defendants deny the allegations. Defendant Michael Potts has filed a motion to dismiss, which is being heard concurrently with the Case Management Conference. County defendants have joined in the motion in part, but have otherwise filed an answer to the Third Amended Complaint.

Legal Issues:   How, and to what extent, the defendants are shielded from liability by qualified and/or prosecutorial immunities; whether the 11th Amendment bars the action against the elected officials; whether some or all of plaintiff's claims are barred by applicable statutes of limitations; whether plaintiff timely exhausted all administrative remedies (governmental claims); whether state law immunities bar some or all of plaintiff's state law causes of action.

1  Motions: Pending is a motion to dismiss (in which the County defendants have joined, in part) filed
2  by defendant Michael Potts. It is set for hearing on the same date as this conference. County defendants
3  anticipate the filing of a motion for summary judgment at the close of discovery or before.

Amendment of Pleadings: The complaint was amended after the Court granted, in part, the motions to dismiss filed by the defendants to the First Amended Complaint. If the Court grants any part of the pending motion by Michael Potts, further amendment to the complaint may be required.

Evidence Preservation: The undersigned have taken steps and/or are in the process of taking additional steps, to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of emails, voice mails and other electronically-recorded materials.

Disclosures: The parties will timely comply with the Court's order of July 1, 2008 regarding Rule 26 disclosures.

Discovery: No discovery has been taken to date. The **defendants** anticipate the following discovery to be conducted and request the following discovery limitations:

    a. Depositions: The parties shall be allowed 10 depositions pursuant to the limitations of Rule 30;

    b. Written interrogatories: The parties agree not to exceed limits of 25 interrogatories pursuant to the limitations of Rule 33.

    c. Document requests: The parties agree not to exceed 25 demands to any other party.

    d. Requests for admissions: The parties agree not to exceed 25 requests to any other party.

The **plaintiff** is not in agreement with these proposed limitations.

1 <u>Class Actions:</u>  This is not a class action.

3 <u>Related Cases:</u>  There are no known related cases.

5 <u>Relief:</u> Plaintiff's damages: Plaintiff seeks monetary relief pursuant to 42 U.S.C. §§ 1983, 1985, 1988 and under the California causes of action for violations of civil rights, and conspiracy to violate plaintiff's civil rights, and their related torts. No further damage information is available to date.

9 <u>Settlement and ADR:</u> The parties have agreed to the following form of ADR: ENE

11 <u>Consent to Magistrate Judge For All Purposes:</u>  There has not been consent to proceed before a magistrate judge for all purposes.

14 <u>Other References:</u>  There are no special references at this time.

16 <u>Narrowing of Issues:</u> None.

18 <u>Expedited Schedule:</u>  This case is not amenable to expedited handling with streamlined procedures, given the number of parties involved and the complexity of the case.

21 <u>Scheduling:</u> The parties propose the following:

    Expert designations: August 3, 2009

    Discovery cutoff: June 1, 2009

    Hearing on dispositive motions: July 21, 2009

    Pretrial Conference: September 28, 2009

    Trial:   October 19, 2009

1  Trial:   All parties have demanded jury trial. **Defendants** anticipate a trial length of 12 days. **Plaintiff**
2  anticipates and requests a three-week trial estimate.

4  Disclosure of Non-party Interested Entities or Persons:  No party has filed the "Certification of Interested
5  Entities or Persons" required by Civil Local Rule 3-16.  The undersigned hereby certify, by signature
6  below, that they are unaware of any persons, firms, partnerships, corporations (including parent
7  corporations) or other entities known by the undersigned to have either: (1) a financial interest in the
8  subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could
9  be substantially affected by the outcome of the proceeding, other than the parties identified in the
10  pleadings.

12  Other Matters which may Facilitate: None known.

15  DATED:   September 4, 2008              ----s/Editt Lerman----
16                                          _____
                                            Editt Lerman, Attorney for Plaintiff

17  DATED:   September 4, 2008              SENNEFF FREEMAN & BLUESTONE, LLP

19                                          ------s/ Bonnie A. Freeman-----
                                            By_____
20                                          Bonnie A. Freeman
                                            Attorneys for Defendants County of Sonoma, Stephan
                                            Passalacqua, J. Michael Mullins, Greg Jacobs, Christine
21                                          M. Cook, Russel L. Davidson and James Patrick Casey

23  DATED:   September 4, 2008              STATE OF CALIFORNIA, DEPT. OF JUSTICE
                                            ----s/John P. Devine----
                                            By: _____
24                                          John P. Devine
                                            Attorneys for Michael Potts