IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARIAH JUDSON RUTLEDGE,

       Plaintiff,

  v.

COUNTY OF SONOMA, et al.,

       Defendants.
                                     /

No. 07-04274 CW

ORDER

    On January 7, 2009, Plaintiff filed a Motion to Quash Subpoenas Seeking Plaintiff's Medical and Psychotherapy Records.

    IT IS HEREBY ORDERED that the parties shall submit a five page joint letter summarizing the dispute by January 21, 2009.  The hearing set for February 19, 2009, is vacated.

Dated  1/15/09

CLAUDIA WILKEN
United States District Judge