Michael D. Senneff, Esq.  (SB 039388)
Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:     707-526-4250
Facsimile:      707-526-0347

Attorneys for Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson and James Patrick Casey

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, MICHAEL POTTS, et al.,<br><br>Defendants.<br>_____/ | NO. CV 07-04274 CW<br><br>**STIPULATION AND ORDER RE: EXTENDING TIME IN WHICH PARTIES MUST SUBMIT A JOINT STATEMENT REGARDING THE PLAINTIFF'S MOTION TO QUASH SUBPOENAS** |

Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin (collectively "County Defendants"), and Plaintiff Zachariah Judson Rutledge have agreed to stipulate to an order extending the time for two weeks (from January 21, 2009 to February 4, 2009) for submission of a joint letter regarding the pending motion to quash subpoenas.

///

///

///

///

///

///

The purpose of this stipulation is to allow County Defendants' counsel, who are currently in trial, adequate time to appropriately address the matter.

DATED: January 20, 2009   SENNEFF FREEMAN & BLUESTONE, LLP

By: s/----------------------------------------------
Michael D. Senneff
Bonnie A. Freeman
Attorneys for Defendants County of Sonoma, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey, and Detective Beau M. Martin

DATED: January 22, 2009   s/----------------------------------------------
Editt Lerman, Attorney for Plaintiff

## **ORDER**

Good cause appearing, and pursuant to the stipulation to extend the time for all parties to submit a joint letter regarding the motion to quash subpoenas by two weeks, IT IS HEREBY ORDERED that the parties shall submit a five page joint letter summarizing the dispute by February 4, 2009.

DATED:    1/22/09

_____
Claudia Wilken
United States District Judge