**J. David Nick** (SB#157687)
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
45060 Ukiah Street
P.O. Box 802
Mendocino, CA 95460
Tel: (707) 937-1711
Fax:(707) 937-2209

Attorneys for Plaintiff
ZACHARIAH JUDSON RUTLEDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

* * * * * *

| | |
|---|---|
| ZACHARIAH JUDSON RUTLEDGE,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF SONOMA, MICHAEL POTTS, RUSSEL L. DAVIDSON, JAMES PATRICK CASEY, CHRISTINE M. COOK, DETECTIVE BEAU R. MARTIN, SONOMA COUNTY SHERIFF'S DEPARTMENT; SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE; and DOES 1 through 40.<br><br>  Defendants. | CASE NO.:   CV 07-04274 CW<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DATE IN WHICH PARTIES MUST SUBMIT A JOINT STATEMENT REGARDING THE PLAINTIFF'S MOTION TO QUASH SUBPOENAS**<br><br>Date: February 4, 2009<br>Time: 4:00 p.m.<br>Dept.:   Courtroom 2, 4th Floor |

| | |
|---|---|
| 1 | STIPULATION |
| 2 | Defendants County of Sonoma (also sued as Sonoma County Sheriff's Department and Sonoma |
| 3 | County District Attorney's Office), Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, |
| 4 | Christine M. Cook, Russel L. Davidson and James Patrick Casey (collectively "County |
| 5 | Defendants"), and Plaintiff Zachariah Judson Rutledge have agreed to stipulate to an order |
| 6 | extending the time for two days (from February 4, 2009 to February 6, 2009) for submission of a |
| 7 | joint letter regarding the pending motion to quash subpoenas, which was set for February 19, |
| 8 | 2009, at 10:00 a.m. and thereafter vacated (See DOC 66). |
| 9 | |
| 10 | I hereby stipulate to the above described continuance: |
| 11 | Respectfully submitted, |
| 12 | Dated:  February 4, 2009 |
| 13 | |
| 14 | -------------------/S/------------------<br>E. D. Lerman |
| 15 | Attorney for Plaintiff<br>***Zachariah Judson Rutledge*** |
| 16 | Dated:  February 4, 2009 |
| 17 | |
| 18 | ----------------/S/----------------------<br>Michael D. Senneff |
| 19 | Bonnie A. Freeman<br>***Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department,*** |
| 20 | ***Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins,***<br>***Greg Jacobs, Christine M. Cook, Russel L. Davidson and James Patrick Casey*** |
| 21 | |
| 22 | SENNEFF FREEMAN & BLUESTONE, LLP<br>50 Old Courthouse Square, Suite 401 |
| 23 | P.O. Box 3727<br>Santa Rosa, CA 95402-3729 |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER TO CONTINUE DUE DATE OF JOINT STATEMENT

1
2
3                                          <u>ORDER</u>
4        Satisfactory proof having been made and good cause appearing,
5        IT IS ORDERED THAT:
6        Good cause appearing, and pursuant to the stipulation to extend the time for all
7   parties to submit a joint letter regarding the motion to quash subpoenas by two days, IT IS
8   HEREBY ORDERED that the parties shall submit a five page joint letter summarizing the
9   dispute by February 6, 2009.
10
11
12        Dated:  February _6_, 2009
13        _____
14        Hon. Claudia Wilken
           UNITED STATES DISTRICT COURT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26

**DECLARATION OF SERVICE**

I, Editte D. Lerman, declare as follows:

I am a resident of the State of California, residing or employed in Mendocino, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 45060 Ukiah Street P.O. Box 802, Mendocino C.A. 95460.

On February 4, 2009,

**STIPULATION AND [Proposed] ORDER FOR CONTINUANCE OF DATE IN WHICH PARTIES MUST SUBMIT A JOINT STATEMENT REGARDING THE PLAINTIFF'S MOTION TO QUASH SUBPOENAS**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

*Attorneys for Defendant Michael Potts*
EDMUND G BROWN, JR.
Attorney General of the State of California
JOHN P. DEVINE, ESQ.
Deputy Attorney General of the State of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

*Attorneys for Defendants County of Sonoma, Sonoma County Sheriff's Department, Sonoma County District Attorney's Office, Stephan Passalacqua, J. Michael Mullins, Greg Jacobs, Christine M. Cook, Russel L. Davidson, James Patrick Casey*

Michael D. Senneff
Bonnie A. Freeman
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3727
Santa Rosa, CA 95402-3729

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 4th day of February, 2009, at Mendocino, California.

---------------/s/-------------------
Edite Lerman