IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARIAH RUTLEDGE,

    Plaintiff,

  v.

COUNTY OF SONOMA, et al.,

    Defendants.
                                   /

No. C 07-04274 CW

ORDER RESCHEDULING TRIAL DATE

    Notice is hereby given that the jury trial, previously set for October 19, 2009, is rescheduled to **October 13, 2009, at 8:30 a.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The pretrial conference remains set for October 6, 2009.

    IT IS SO ORDERED.

Dated: 8/19/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE