UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH J. RUTLEDGE, | |
| Plaintiff(s), | No. C07-4274 CW (BZ) |
| v. | ORDER RE: SETTLEMENT CONFERENCE |
| COUNTY OF SONOMA, ET AL., | |
| Defendant(s). | |

In view of Judge Wilken's order granting defendants' motion for summary judgment, it is hereby ordered that counsel for all parties shall meet and confer immediately and decide whether they wish tomorrow's settlement conference to proceed as scheduled. The court is prepared to meet with the parties if they desire to negotiate a final resolution of this dispute. The parties shall notify the court of their decision by 2:00 p.m. today.

Dated: September 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

1